| | |
|---|---|
| **WESTERMAN BALL EDERER**<br>**ZUCKER & SHARFSTEIN LLP**<br>1201 RXR Plaza<br>Uniondale, New York 11556<br>(516) 622-9200<br>Jeffrey A. Miller, Esq.<br>*Attorney for the Receiver* | Hearing Date: April 23, 2024<br>Time: 2:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                          Chapter 11

    PEGGY NESTOR,                                           Case No. 23-10627 (MEW)

           Debtor.
-------------------------------------------------------------X
ALBERT TOGUT, Not Individually But Solely
In His Capacity as Chapter 11 Trustee,

           Plaintiff,                                 Adv. Pro. No. 24-01342 (MEW)

    v.

PEGGY NESTOR and
MARIANNE NESTOR CASSINI,

           Defendants.
-------------------------------------------------------------X

### STATEMENT AND RESERVATION OF RIGHTS OF CERTAIN INTERSTED PARTIES IN SUPPORT OF THE CHAPTER 11 TRUSTEE'S APPLICATION DIRECTING DEFENDANTS TO IMMEDIATELY VACATE, SURRENDER AND TURN OVER POSSESSION OF NEW YORK CITY TOWNHOUSE

      Rosalia Baiamonte, Esq., as the court-appointed receiver for Oleg Cassini, Inc. and Cassini Parfums, Ltd. (the "**Receiver**"), John J. Barnosky, Esq. and Alexandre Cassini Belmont, as Executors of the Estate of Christine Cassini and Successor Administrators of the Estate of Daria Cassini (the "**Objectants**"), and the Public Administrator of Nassau County, as Administrator CTA of the Estate of Oleg Cassini (the "**Public Administrator**") (collectively, the "**Interested Parties**"), by and through their attorneys, file this statement and reservation of rights in support of

1

the application (the "**Motion**") of Albert Togut, not individually but solely in his capacity as Chapter 11 trustee ("**Plaintiff**" or the "**Trustee**") of the estate (the "**Estate**") of Peggy Nestor (the "**Debtor**"), seeking a preliminary injunction directing the Debtor and Marianne Nestor Cassini ("**Marianne**" and, together with the Debtor, the "**Defendants**") to immediately vacate, surrender and turn over possession of the house and real property located at 15 East 63rd Street, New York, New York 10065 (the "**Townhouse**"), and respectfully state as follows:

1. The Receiver and the Public Administrator are both creditors of the Debtor, having filed proofs of claim (docketed as Claim Nos. 11 and 9, respectively, on the Court's claims register), based on claims they have asserted against the Debtor (and others) in a turnover proceeding pending before the Nassau County Surrogate's Court involving the administration of the estate of Oleg Cassini (the "**Cassini Estate Proceedings**").

2. The Public Administrator also holds two judgment liens on Marianne's interest in the Townhouse on account of a 2015 judgment in the original amount of $1,041,336, and a 2023 judgment in the original amount of $132,193,337.15, both of which were entered in the Cassini Estate Proceedings.

3. The Objectants hold their own judgment lien on Marianne's interest in the Townhouse on account of a 2023 judgment in the original amount of $1,945,073.33, also entered in the Cassini Estate Proceedings.

4. The Debtor and Marianne jointly purchased the Townhouse in or about 1984, and for the duration of the Cassini Estate Proceedings (i.e., from 2006 to the present), it has been represented by Marianne and the Debtor and understood by all constituents in those proceedings that Marianne and the Debtor held equal interests in the Townhouse as tenants in common.

5.      Following more than a decade of litigation in the Cassini Estate Proceedings, in which it has been proven that Marianne stole substantial amounts from Mr. Cassini's estate to the exclusion of other beneficiaries, the Debtor and Marianne have now taken the position in these bankruptcy proceedings that the Debtor is the sole owner of the Townhouse based on, among other things, an unrecorded deed that Marianne allegedly gave to the Debtor in or about January 2018. *See* Adv. Pro. No. 23-01195 (the "**Declaratory Judgment Action**").

6.      The Interested Parties respectfully submit that Defendants' attempt to reallocate ownership interests in the Townhouse, as asserted in the Declaratory Judgment Action, is nothing more than a continuation of Marianne's efforts to avoid and frustrate her judgment creditors that has been going on for years in the Cassini Estate Proceedings.

7.      While the Interested Parties support the relief sought by the Trustee in the Motion (*i.e.*, Defendants' immediate surrender and turn over of the Townhouse to the Trustee), they reserve all rights with respect to the issues that remain the subject of further litigation in the Declaratory Judgment Action, including but not limited to the Debtor's claim for a "reallocation" or "reapportionment" of the respective ownership interests of the Debtor and Marianne in the Townhouse.

8.      Although the Trustee has referenced those issues in his complaint, *see, e.g.*, ECF No. 1 ¶¶ 1, 26-27, those issues need not be decided or even addressed in this adversary proceeding in order to grant the Trustee the relief he seeks and thus remain subject to a final adjudication in the Declaratory Judgment Action.

*[The remainder of this page is intentionally left blank]*

**WHEREFORE**, the Interested Parties respectfully request that the Court (i) enter an Order granting the relief sought in the Motion, and (ii) grant such other and different relief as the Court may deem just and proper.

Dated: New York, New York
April 19, 2024

        WESTERMAN BALL EDERER MILLER
        ZUCKER & SHARFSTEIN LLP

        By: _/s/ Jeffrey A. Miller_
        Jeffrey A. Miller, Esq.
        William C. Heuer, Esq.
        1201 RXR Plaza
        Uniondale, New York 11556
        (516) 622-9200
        *Attorney for the Receiver*

        FARRELL FRITZ, P.C.

        By: _/s/ Patrick Collins_
        Patrick Collins
        Robert M. Harper
        400 RXR Plaza
        Uniondale, New York 11556
        Tel: (516) 227-0700
        *Counsel to the Objectants*

        MAHON, MAHON, KERINS & O'BRIEN, LLC

        By: _/s/ Kenneth P. Mahon_
        Kenneth P. Mahon
        Heather Callaghan
        254 Nassau Boulevard
        Garden City South, New York 11530
        (516) 538-1111

        *Counsel to the Public Administrator of Nassau County*