1

1

2 UNITED STATES BANKRUPTCY COURT

3 SOUTHERN DISTRICT OF NEW YORK

4 - - - - - - - - - - - - - - - - - - - -x

5 In the Matter of:

6 PEGGY NESTOR,                          Lead Case No.

7        Debtor.                         23-10627-mew

8 - - - - - - - - - - - - - - - - - - - -x

9 ALBERT TOGUT, NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS

10 CHAPTER 11 TRUSTEE,

11        Plaintiff,                      Adv. Proc. No.

12 v.                                     24-01342-mew

13 NESTOR, et al.,

14        Defendants.

15 - - - - - - - - - - - - - - - - - - - -x

16              United States Bankruptcy Court

17              One Bowling Green

18              New York, New York

19              April 23, 2024

20              2:04 PM

21

22 B E F O R E:

23 HON. MICHAEL E. WILES

24 U.S. BANKRUPTCY JUDGE

25 ECRO:  JONATHAN

2

1

2  Adversary proceeding: 24-01342-mew Albert Togut, Not

3  Individually but Solely in His Capacity as Chapter 11 Trustee

4  v. Nestor, et al.

5  OSC RE: motion directing defendants to surrender and turn over

6  possession of the townhouse located at 15 East 63rd Street, New

7  York, New York 10065

8

9

10

11

12

13

14

15

16

17

18

19

20  Transcribed by:  River Wolfe

21  eScribers, LLC

22  7227 North 16th Street, Suite #207

23  Phoenix, AZ 85020

24  (800) 257-0885

25  operations@escribers.net

3

1

2  A P P E A R A N C E S:

3  PENACHIO MALARA, LLP

4        Attorneys for Debtor

5        245 Main Street

6        Suite 450

7        White Plains, NY 10601

8

9  BY:   ANNE J. PENACHIO, ESQ. (TELEPHONICALLY)

10

11

12  TOGUT, SEGAL & SEGAL LLP

13        Attorneys for Chapter 11 Trustee

14        One Penn Plaza

15        New York, NY 10119

16

17  BY:   NEIL M. BERGER, ESQ.

18        MARTHA MARTIR, ESQ.

19        BRIAN F. SHAUGHNESSY, ESQ.

20

21

22

23

24

25

4

1

2   U.S. DEPARTMENT OF JUSTICE

3       Attorneys for Office of the U.S. Trustee

4       One Bowling Green

5       New York, NY 10004

6

7   BY:   DANIEL RUDEWICZ, ESQ. (TELEPHONICALLY)

8

9

10  MCGRAIL & BENSINGER LLP

11      Attorneys for Lynx Asset Services, LLC

12      888-C 8th Avenue

13      Suite 107

14      New York, NY 10019

15

16  BY:   ILANA VOLKOV, ESQ. (TELEPHONICALLY)

17

18

19  THE LAW OFFICE OF MICHAEL A. ALFIERI

20      Attorneys for Lynx Asset Services, LLC

21      30 Freneau Avenue

22      Matawan, NJ 07747

23

24  BY:   MICHAEL A. ALFIERI, ESQ. (TELEPHONICALLY)

25

5

1

2   MAHON, MAHON, KERINS & O'BRIEN, LLC

3         Attorneys for Nassau County Public Administrator

4         254 Nassau Boulevard, South

5         GARDEN CITY, NY 11530

6

7   BY:   HEATHER CALLAGHAN, ESQ. (TELEPHONICALLY)

8

9

10  FARRELL FRITZ, P.C.

11         Attorneys for John J. Barnosky, Esq. and Alexandre

12             Cassini, as Executors of the Estate of Christina

13             Cassini and as Successor Administrators of the Estate

14             of Daria Cassini

15         400 RXR Plaza

16         Uniondale, NY 11556

17

18  BY:   DARREN A. PASCARELLA, ESQ. (TELEPHONICALLY)

19

20

21

22

23

24

25

6

WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

        Attorneys for Rosalia Baiamonte, Esq., as court-appointed

            receiver for Oleg Cassini, Inc. and Cassini Parfums,

            Ltd.

        201 RXR Plaza

        Uniondale, NY 11556

BY:   WILLIAM C. HEUER, ESQ. (TELEPHONICALLY)

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

7

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | THE COURT:  Please be seated.  All right.  Are we |
| 3 | ready on the Peggy Nestor case? |
| 4 | MR. SHAUGHNESSY:  Yes, Your Honor. |
| 5 | THE COURT:  All right.  Why don't you identify |
| 6 | yourselves in the courtroom?  And then we also have some people |
| 7 | online.  I'll ask them to identify themselves in a minute. |
| 8 | Go ahead. |
| 9 | MR. SHAUGHNESSY:  Good afternoon, Your Honor.  I'm |
| 10 | Brian Shaughnessy, Togut, Segal & Segal, on behalf of the |
| 11 | Chapter 11 trustee.  And I'm here with my colleagues Neil |
| 12 | Berger and Martha Martir. |
| 13 | MR. BERGER:  Good afternoon, Judge. |
| 14 | THE COURT:  Good afternoon. |
| 15 | And on the phone, who do we have? |
| 16 | MS. VOLKOV:  Good afternoon, Your Honor.  Ilana |
| 17 | Volkov, McGrail & Bensinger, on behalf of Lynx Asset Services, |
| 18 | and also on the line is the principal of my client, Michael |
| 19 | Alfieri. |
| 20 | MS. CALLAGHAN:  Good afternoon, Your Honor.  Heather |
| 21 | Callaghan, Mahon, Mahon, Kerins & O'Brien, attorney for the |
| 22 | Nassau County Public Administrator, as administrator CTA of the |
| 23 | estate of Oleg Cassini. |
| 24 | MR. HEUER:  Good afternoon, Your Honor.  William |
| 25 | Heuer, Westerman Ball, for Rosalia Baiamonte as receiver. |

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

8

1          MR. RUDEWICZ:  Good afternoon, Your Honor.  Daniel, on

2    behalf of the United States Trustee.

3          MS. PENACHIO:  Good afternoon, Your Honor.  Anne

4    Penachio on behalf of the debtor, Peggy Nestor.

5          MR. PASCARELLA:  Good afternoon, Your Honor.  Darren

6    Pascarella with the law firm of Farrell Fritz on behalf of John

7    Barnosky and Alexandre Cassini Belmont, as executors of the

8    estate of Christine Cassini and successor administrators of the

9    estate of Daria Cassini.

10         THE COURT:  All right.  Ms. Penachio, I didn't see any

11   response by the debtor.  Is there any?

12         MS. PENACHIO:  No, Your Honor.  I have made concerted

13   efforts to reach the debtor.  I have been unable to communicate

14   with her.  I have been advised that she is ill with a bacterial

15   infection and her pet is also ill and she would not be

16   responding.  And I forwarded that message to the trustee's

17   counsel.

18         THE COURT:  All right.  Have you had any

19   communications with Marianne Nestor that you are able to

20   describe to us?

21         MS. PENACHIO:  Your Honor, I've had multiple

22   communications with Marianne Nestor.  When I couldn't reach

23   Peggy via text, email, telephone, and First-Class Mail, I did

24   reach out to Marianne, and as well as Rob DiSciullo, a mutual

25   friend.  I've shared the communications between myself and

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

9

1   Marianne with the trustee's counsel, and nothing in them

2   indicates that she is interposing an objection.

3          THE COURT:  Okay.

4          MS. PENACHIO:  But certainly defer to the trustee's

5   counsel.

6          THE COURT:  All right.  Well, in terms of surrendering

7   the townhouse, I'm not sure what the objection could be.  It'd

8   be one thing, I guess, if she were actually living there, but

9   she doesn't appear to be.  Do you have any indication on behalf

10  of the trustee that anything is being removed from the

11  townhouse?

12         MS. PENACHIO:  Your Honor, I have no -- oh --

13         THE COURT:  Sorry, Mr. Penachio.  That was a question

14  for the trustee.

15         MR. BERGER:  Good afternoon, Your Honor.  Neil Berger,

16  Togut, Segal & Segal, for the trustee.  The answer is no.  We

17  don't have an answer one way or the other.  We're looking

18  forward to having an order in hand so that when I go to the

19  townhouse, I'll have authority.

20         But we've seen and heard nothing about property in the

21  broadest sense being removed.  But we are extraordinarily

22  sensitive to the potential that documents property could be

23  removed, which is why we've asked for consideration of today's

24  application on shortened notice.

25         THE COURT:  Right.  You asked me to direct that the

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

10

1   townhouse be turned over, but what else do you plan to do to

2   secure it?  Do you plan to change the locks?

3          MR. BERGER:  I do, Judge.

4          THE COURT:  Change the security code?

5          MR. BERGER:   Yes.  Yeah, this is not my first time,

6   nor Mr. Togut's first time, securing a townhouse in New York

7   City.

8          THE COURT:  It's mine, so I'm interested in what

9   you're doing.

10          MR. BERGER:  Yeah.  Okay.  And so we asked in the

11   proposed order that the debtor, and to the extent that Marianne

12   is exerting possession and control, and I do believe she is,

13   I'll explain that in a moment, that they have forty-eight hours

14   to hand keys to us.  The reason that we ask for that is

15   twofold.  One, giving parties an adequate opportunity to comply

16   with Your Honor's order so that in the event a reviewing court

17   looks down and sees what happens here today, no one can point

18   to a lack of notice, lack of opportunity.  Second, it is far

19   less expensive for the estate to have keys and change locks

20   than to have a locksmith break locks and replace them.

21          We do have -- or excuse me, we have had a number of

22   communications from Marianne Nestor.  Very inconsistent in the

23   messages and communications she sent to us.  When I spoke to

24   her once, she contacted me by phone.  I asked if she had the

25   ability to access the property, and she said yes.  I asked for

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

11

1    her assistance.  She declined to provide that assistance.

2          In one of the written communications she sent to us,

3    she advised that there was an alarm system on the premises, but

4    apparently, according to her, it was disabled and rendered

5    dysfunctional by a state court representative.  I don't know

6    which one.  I don't know whether it's true.

7          If we do take possession, we will change the locks.

8    If there's an alarm system, we'll change a code.  If it's not

9    working, we will have an alarm system to protect this valuable

10   property.

11         THE COURT:  Okay.

12         MR. BERGER:  And just to fill out the picture, I will

13   personally be on site with an order that Your Honor may enter

14   with a locksmith that I've previously worked with taking

15   possession of a New York City townhouse.  To the extent that

16   there are occupants, and I'll respectfully remind the Court

17   that neither the original nor amended schedules filed by this

18   debtor listed any unexpired leases or tenancies, to the extent

19   that there is someone there, I would say they're a guest.  We

20   aren't aware of any tenancies.

21         To the extent that the assistance of U.S. Marshal is

22   necessary, my office has contacted the U.S. Marshal Services

23   and alerted them to the possibility that we may need their

24   assistance.  I have in the past had the help of U.S. Marshal

25   Service.  It's not a pleasant experience, but it is a necessary

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

12

1   experience.  And my experience is that when an occupant sees a

2   U.S. Marshal armed and with handcuffs, the process moves pretty

3   quickly.

4        THE COURT:  I actually spoke to Vito Genna about this

5   earlier, and as I understand it, the Marshals, they have a lot

6   of responsibilities and thin on their resources.  I don't want

7   to send them with you unless and until it proves necessary.

8   But if it is necessary, they not only can accompany you, but

9   can coordinate with the Sheriff's office and the City police to

10  make sure that everybody knows what's going on and is

11  cooperating in what needs to be done.

12       MR. BERGER:  We take great care, Your Honor, to make

13  certain that if that is -- that if that is necessary, a space

14  near the premises is cleared.  Reputations are at play.  And

15  certainly we don't like to see physical interaction.  We'd like

16  this to be a peaceful surrender.  To the extent it's not

17  possible, we will take possession.

18       THE COURT:  Do you need me in the order to say that if

19  you don't get voluntary surrender, that you can do these

20  things?

21       MR. BERGER:  I do.  We provide for that in --

22       THE COURT:  Yeah.

23       MR. BERGER:  -- the proposed order.  And again, we

24  have contacted the U.S. Marshals Service to alert them that we

25  may need their assistance.  We need to give them a certain

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

13

1   amount of notice in advance.  But they are aware of this case,

2   and they are aware of our application.

3           THE COURT:  Is there anybody -- I saw the reservation

4   of rights, but is there anybody on the phone who objects to the

5   requested relief?

6           All right.  Well, there's no question you're entitled

7   to the possession as your position as trustee.  So I'll enter

8   the order.  With regard to the other application that's coming

9   up later this week --

10          MR. BERGER:  Yes.

11          THE COURT:  -- you may need an adversary proceeding

12   since you're seeking injunctive relief.

13          MR. BERGER:  We'll promptly file a complaint with

14   that, Your Honor.  We'll do that.  And while you're visiting a

15   housekeeping measure, again, hopefully not, hopefully not have

16   a reviewing court watch what's happening here today, but to the

17   extent necessary, my declaration should be admitted to

18   evidence, unless someone objects.

19          THE COURT:  All right.  Any objection?

20          All right.  Your declaration is admitted into

21   evidence.

22       (Declaration of Mr. Berger was hereby received into

23   evidence as Trustee's Exhibit --, as of this date.)

24          MR. BERGER:  Your Honor, we have a form of order that

25   we can submit to chambers promptly today.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

14

1        THE COURT:  Okay.  Do that as quickly as you can, and
2   we'll enter it as quickly as we can.

3        MR. BERGER:  Very good, Judge.

4        THE COURT:  Okay.  Anything else for today?

5        MR. BERGER:  My colleagues are not nodding to me that
6   I've missed something, so I suppose --

7        Oh, thank you.

8        My colleagues now are nodding to me.

9        The proposed order that will submit to Your Honor
10  schedules a status conference following today's hearing, which
11  would also serve as a final hearing on the injunctive relief.
12  There being no objection, we propose that that hearing happen
13  sometime next week.  And what I've done in the past with Your
14  Honor's approval, what we propose to do is submit proposed
15  findings of fact, conclusions of law, and an order granting
16  judgment to conclude the adversary proceeding once we get to
17  the point of having possession and reappearing before Your
18  Honor.

19        THE COURT:  Okay.  That sounds fine.  And we'll fill
20  on a date for that conference when we get the order.  Okay.

21        MR. BERGER:  With that, Judge, that's all from the
22  trustee today.

23        THE COURT:  Okay.  Ms. Volkov, were you about to say
24  something?

25        MS. VOLKOV:  No, Your Honor.  I'm sorry if it sounded

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

15

1    like I was.  We just support the trustee's request, hundred

2    percent.

3          THE COURT:  All right.  Ms. Penachio, if you speak

4    with the debtor or with her sister, I'm sorry to hear that

5    she's not feeling well, but turning over keys is not exactly an

6    exercise that requires much.  And I hope that she will just

7    cooperate and do it, rather than force us into unnecessary

8    expense.  Okay.

9          MS. PENACHIO:  Understood, Your Honor.

10          THE COURT:  All right.  Well, if that's it, then we

11    are adjourned.

12          MR. BERGER:  Thank you, Judge.

13          THE COURT:  Thanks.

14          MR. BERGER:  Thank you.

15          MS. PENACHIO:  Thank you, Your Honor.

16          MR. SHAUGHNESSY:  Thank you, Your Honor.

17       (Whereupon these proceedings were concluded at 2:16 PM)

18

19

20

21

22

23

24

25

16

1

2                          I N D E X

3                        E X H I B I T S

4  TRUSTEE'S        DESCRIPTION            MARKED   ADMITTED

5  --              Declaration of Mr.               13

6                  Berger

7

8  RULINGS:                                PAGE   LINE

9  Trustee's motion for turnover of                13      6

10  townhouse is granted

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

17

1

2               C E R T I F I C A T I O N

3

4   I, River Wolfe, certify that the foregoing transcript is a true

5   and accurate record of the proceedings.

6

7

8

9   _____

10   River Wolfe (CDLT-265)

11   TTA-Certified Digital Legal Transcriber

12

13   eScribers

14   7227 North 16th Street, Suite #207

15   Phoenix, AZ 85020

16

17   Date:  April 24, 2024

18

19

20

21

22

23

24

25

**eScribers, LLC**

## #

**#207 (1)**
2:22

## A

**ability (1)**
10:25
**able (1)**
8:19
**access (1)**
10:25
**accompany (1)**
12:8
**according (1)**
11:4
**actually (2)**
9:8;12:4
**adequate (1)**
10:15
**adjourned (1)**
15:11
**Administrator (3)**
5:3;7:22,22
**Administrators (2)**
5:13;8:8
**admitted (2)**
13:17,20
**advance (1)**
13:1
**Adversary (3)**
2:2;13:11;14:16
**advised (2)**
8:14;11:3
**afternoon (10)**
7:9,13,14,16,20,24;
8:1,3,5;9:15
**again (2)**
12:23;13:15
**ahead (1)**
7:8
**al (1)**
2:4
**alarm (3)**
11:3,8,9
**Albert (1)**
2:2
**alert (1)**
12:24
**alerted (1)**
11:23
**Alexandre (2)**
5:11;8:7
**ALFIERI (3)**
4:19,24;7:19
**amended (1)**
11:17
**amount (1)**
13:1
**Anne (1)**
8:3

**apparently (1)**
11:4
**appear (1)**
9:9
**application (3)**
9:24;13:2,8
**approval (1)**
14:14
**armed (1)**
12:2
**Asset (3)**
4:11,20;7:17
**assistance (5)**
11:1,1,21,24;12:25
**attorney (1)**
7:21
**Attorneys (6)**
4:3,11,20;5:3,11;
6:3
**authority (1)**
9:19
**Avenue (2)**
4:12,21
**aware (3)**
11:20;13:1,2
**AZ (1)**
2:23

## B

**bacterial (1)**
8:14
**Baiamonte (2)**
6:3;7:25
**BALL (2)**
6:2;7:25
**Barnosky (2)**
5:11;8:7
**behalf (6)**
7:10,17;8:2,4,6;9:9
**Belmont (1)**
8:7
**BENSINGER (2)**
4:10;7:17
**Berger (20)**
7:12,13;9:15,15;
10:3,5,10;11:12;
12:12,21,23;13:10,13,
22,24;14:3,5,21;
15:12,14
**Boulevard (1)**
5:4
**Bowling (1)**
4:4
**break (1)**
10:20
**Brian (1)**
7:10
**broadest (1)**
9:21

## C

**CALLAGHAN (3)**
5:7;7:20,21
**can (7)**
10:17;12:8,9,19;
13:25;14:1,2
**Capacity (1)**
2:3
**care (1)**
12:12
**case (2)**
7:3;13:1
**Cassini (9)**
5:12,13,14;6:4,4;
7:23;8:7,8,9
**certain (2)**
12:13,25
**certainly (2)**
9:4;12:15
**chambers (1)**
13:25
**change (5)**
10:2,4,19;11:7,8
**Chapter (2)**
2:3;7:11
**Christina (1)**
5:12
**Christine (1)**
8:8
**CITY (4)**
5:5;10:7;11:15;
12:9
**cleared (1)**
12:14
**client (1)**
7:18
**code (2)**
10:4;11:8
**colleagues (3)**
7:11;14:5,8
**coming (1)**
13:8
**communicate (1)**
8:13
**communications (6)**
8:19,22,25;10:22,
23;11:2
**complaint (1)**
13:13
**comply (1)**
10:15
**concerted (1)**
8:12
**conclude (1)**
14:16
**concluded (1)**
15:17
**conclusions (1)**
14:15
**conference (2)**
14:10,20
**consideration (1)**
9:23
**contacted (3)**

**10:24;11:22;12:24**
**control (1)**
10:12
**cooperate (1)**
15:7
**cooperating (1)**
12:11
**coordinate (1)**
12:9
**counsel (3)**
8:17;9:1,5
**County (2)**
5:3;7:22
**COURT (29)**
7:2,5,14;8:10,18;
9:3,6,13,25;10:4,8,16;
11:5,11,16;12:4,18,
22;13:3,11,16,19;
14:1,4,19,23;15:3,10,
13
**court-appointed (1)**
6:3
**courtroom (1)**
7:6
**CTA (1)**
7:22

## D

**DANIEL (2)**
4:7;8:1
**Daria (2)**
5:14;8:9
**DARREN (2)**
5:18;8:5
**date (2)**
13:23;14:20
**debtor (6)**
8:4,11,13;10:11;
11:18;15:4
**declaration (3)**
13:17,20,22
**declined (1)**
11:1
**defendants (1)**
2:5
**defer (1)**
9:4
**DEPARTMENT (1)**
4:2
**describe (1)**
8:20
**direct (1)**
9:25
**directing (1)**
2:5
**disabled (1)**
11:4
**DiSciullo (1)**
8:24
**documents (1)**
9:22
**done (2)**

**12:11;14:13**
**down (1)**
10:17
**dysfunctional (1)**
11:5

## E

**earlier (1)**
12:5
**East (1)**
2:6
**EDERER (1)**
6:2
**efforts (1)**
8:13
**else (2)**
10:1;14:4
**email (1)**
8:23
**enter (3)**
11:13;13:7;14:2
**entitled (1)**
13:6
**eScribers (1)**
2:21
**ESQ (8)**
4:7,16,24;5:7,11,
18;6:3,9
**Estate (6)**
5:12,13;7:23;8:8,9;
10:19
**et (1)**
2:4
**event (1)**
10:16
**everybody (1)**
12:10
**evidence (3)**
13:18,21,23
**exactly (1)**
15:5
**excuse (1)**
10:21
**Executors (2)**
5:12;8:7
**exercise (1)**
15:6
**exerting (1)**
10:12
**Exhibit (1)**
13:23
**expense (1)**
15:8
**expensive (1)**
10:19
**experience (3)**
11:25;12:1,1
**explain (1)**
10:13
**extent (6)**
10:11;11:15,18,21;
12:16;13:17

**extraordinarily (1)**
9:21

**F**

**fact (1)**
14:15
**far (1)**
10:18
**FARRELL (2)**
5:10;8:6
**feeling (1)**
15:5
**file (1)**
13:13
**filed (1)**
11:17
**fill (2)**
11:12;14:19
**final (1)**
14:11
**findings (1)**
14:15
**fine (1)**
14:19
**firm (1)**
8:6
**first (2)**
10:5,6
**First-Class (1)**
8:23
**following (1)**
14:10
**force (1)**
15:7
**form (1)**
13:24
**forty-eight (1)**
10:13
**forward (1)**
9:18
**forwarded (1)**
8:16
**Freneau (1)**
4:21
**friend (1)**
8:25
**FRITZ (2)**
5:10;8:6

**G**

**GARDEN (1)**
5:5
**Genna (1)**
12:4
**giving (1)**
10:15
**Good (11)**
7:9,13,14,16,20,24;
8:1,3,5;9:15;14:3
**granting (1)**
14:15

**great (1)**
12:12
**Green (1)**
4:4
**guess (1)**
9:8
**guest (1)**
11:19

**H**

**hand (2)**
9:18;10:14
**handcuffs (1)**
12:2
**happen (1)**
14:12
**happening (1)**
13:16
**happens (1)**
10:17
**hear (1)**
15:4
**heard (1)**
9:20
**hearing (3)**
14:10,11,12
**HEATHER (2)**
5:7;7:20
**help (1)**
11:24
**hereby (1)**
13:22
**HEUER (3)**
6:9;7:24,25
**Honor (22)**
7:4,9,16,20,24;8:1,
3,5,12,21;9:12,15;
11:13;12:12;13:14,
24;14:9,18,25;15:9,
15,16
**Honor's (2)**
10:16;14:14
**hope (1)**
15:6
**hopefully (2)**
13:15,15
**hours (1)**
10:13
**housekeeping (1)**
13:15
**hundred (1)**
15:1

**I**

**identify (2)**
7:5,7
**ILANA (2)**
4:16;7:16
**ill (2)**
8:14,15
**Inc (1)**

6:4
**inconsistent (1)**
10:22
**indicates (1)**
9:2
**indication (1)**
9:9
**Individually (1)**
2:3
**infection (1)**
8:15
**injunctive (2)**
13:12;14:11
**interaction (1)**
12:15
**interested (1)**
10:8
**interposing (1)**
9:2
**into (3)**
13:20,22;15:7

**J**

**John (2)**
5:11;8:6
**Judge (5)**
7:13;10:3;14:3,21;
15:12
**judgment (1)**
14:16
**JUSTICE (1)**
4:2

**K**

**KERINS (2)**
5:2;7:21
**keys (3)**
10:14,19;15:5
**knows (1)**
12:10

**L**

**lack (2)**
10:18,18
**later (1)**
13:9
**LAW (3)**
4:19;8:6;14:15
**leases (1)**
11:18
**less (1)**
10:19
**line (1)**
7:18
**listed (1)**
11:18
**living (1)**
9:8
**LLC (4)**
2:21;4:11,20;5:2

**LLP (2)**
4:10;6:2
**located (1)**
2:6
**locks (4)**
10:2,19,20;11:7
**locksmith (2)**
10:20;11:14
**looking (1)**
9:17
**looks (1)**
10:17
**lot (1)**
12:5
**Ltd (1)**
6:5
**Lynx (3)**
4:11,20;7:17

**M**

**MAHON (4)**
5:2,2;7:21,21
**Mail (1)**
8:23
**Marianne (6)**
8:19,22,24;9:1;
10:11,22
**Marshal (4)**
11:21,22,24;12:2
**Marshals (2)**
12:5,24
**Martha (1)**
7:12
**Martir (1)**
7:12
**Matawan (1)**
4:22
**may (4)**
11:13,23;12:25;
13:11
**MCGRAIL (2)**
4:10;7:17
**measure (1)**
13:15
**message (1)**
8:16
**messages (1)**
10:23
**MICHAEL (3)**
4:19,24;7:18
**MILLER (1)**
6:2
**mine (1)**
10:8
**minute (1)**
7:7
**missed (1)**
14:6
**moment (1)**
10:13
**motion (1)**
2:5

**moves (1)**
12:2
**much (1)**
15:6
**multiple (1)**
8:21
**mutual (1)**
8:24
**myself (1)**
8:25

**N**

**Nassau (3)**
5:3,4;7:22
**near (1)**
12:14
**necessary (6)**
11:22,25;12:7,8,13;
13:17
**need (5)**
11:23;12:18,25,25;
13:11
**needs (1)**
12:11
**Neil (2)**
7:11;9:15
**neither (1)**
11:17
**Nestor (6)**
2:4;7:3;8:4,19,22;
10:22
**New (6)**
2:6,7;4:5,14;10:6;
11:15
**next (1)**
14:13
**NJ (1)**
4:22
**nodding (2)**
14:5,8
**nor (2)**
10:6;11:17
**North (1)**
2:22
**notice (3)**
9:24;10:18;13:1
**number (1)**
10:21
**NY (5)**
4:5,14;5:5,16;6:7

**O**

**objection (4)**
9:2,7;13:19;14:12
**objects (2)**
13:4,18
**O'BRIEN (2)**
5:2;7:21
**occupant (1)**
12:1
**occupants (1)**

11:16
**Office (4)**
  4:3,19;11:22;12:9
**Oleg (2)**
  6:4;7:23
**once (2)**
  10:24;14:16
**One (7)**
  4:4;9:8,17;10:15,
  17;11:2,6
**online (1)**
  7:7
**only (1)**
  12:8
**operations@escribersnet (1)**
  2:25
**opportunity (2)**
  10:15,18
**order (11)**
  9:18;10:11,16;
  11:13;12:18,23;13:8,
  24;14:9,15,20
**original (1)**
  11:17
**OSC (1)**
  2:5
**out (2)**
  8:24;11:12
**over (3)**
  2:5;10:1;15:5

**P**

**Parfums (1)**
  6:4
**parties (1)**
  10:15
**PASCARELLA (3)**
  5:18;8:5,6
**past (2)**
  11:24;14:13
**PC (1)**
  5:10
**peaceful (1)**
  12:16
**Peggy (3)**
  7:3;8:4,23
**PENACHIO (11)**
  8:3,4,10,12,21;9:4,
  12,13;15:3,9,15
**people (1)**
  7:6
**percent (1)**
  15:2
**personally (1)**
  11:13
**pet (1)**
  8:15
**Phoenix (1)**
  2:23
**phone (3)**
  7:15;10:24;13:4
**physical (1)**

12:15
**picture (1)**
  11:12
**plan (2)**
  10:1,2
**play (1)**
  12:14
**Plaza (2)**
  5:15;6:6
**pleasant (1)**
  11:25
**Please (1)**
  7:2
**PM (1)**
  15:17
**point (2)**
  10:17;14:17
**police (1)**
  12:9
**position (1)**
  13:7
**possession (7)**
  2:6;10:12;11:7,15;
  12:17;13:7;14:17
**possibility (1)**
  11:23
**possible (1)**
  12:17
**potential (1)**
  9:22
**premises (2)**
  11:3;12:14
**pretty (1)**
  12:2
**previously (1)**
  11:14
**principal (1)**
  7:18
**proceeding (3)**
  2:2;13:11;14:16
**proceedings (1)**
  15:17
**process (1)**
  12:2
**promptly (2)**
  13:13,25
**property (4)**
  9:20,22;10:25;
  11:10
**propose (2)**
  14:12,14
**proposed (4)**
  10:11;12:23;14:9,
  14
**protect (1)**
  11:9
**proves (1)**
  12:7
**provide (2)**
  11:1;12:21
**Public (2)**
  5:3;7:22

**Q**

**quickly (3)**
  12:3;14:1,2

**R**

**rather (1)**
  15:7
**RE (1)**
  2:5
**reach (3)**
  8:13,22,24
**ready (1)**
  7:3
**reappearing (1)**
  14:17
**reason (1)**
  10:14
**received (1)**
  13:22
**receiver (2)**
  6:4;7:25
**regard (1)**
  13:8
**relief (3)**
  13:5,12;14:11
**remind (1)**
  11:16
**removed (1)**
  9:10,21,23
**rendered (1)**
  11:4
**replace (1)**
  10:20
**representative (1)**
  11:5
**Reputations (1)**
  12:14
**request (1)**
  15:1
**requested (1)**
  13:5
**requires (1)**
  15:6
**reservation (1)**
  13:3
**resources (1)**
  12:6
**respectfully (1)**
  11:16
**responding (1)**
  8:16
**response (1)**
  8:11
**responsibilities (1)**
  12:6
**reviewing (2)**
  10:16;13:16
**right (11)**
  7:2,5;8:10,18;9:6,
  25;13:6,19,20;15:3,10

**rights (1)**
  13:4
**River (1)**
  2:20
**Rob (1)**
  8:24
**Rosalia (2)**
  6:3;7:25
**RUDEWICZ (2)**
  4:7;8:1
**RXR (2)**
  5:15;6:6

**S**

**saw (1)**
  13:3
**schedules (2)**
  11:17;14:10
**seated (1)**
  7:2
**Second (1)**
  10:18
**secure (1)**
  10:2
**securing (1)**
  10:6
**security (1)**
  10:4
**seeking (1)**
  13:12
**sees (2)**
  10:17;12:1
**Segal (4)**
  7:10,10;9:16,16
**send (1)**
  12:7
**sense (1)**
  9:21
**sensitive (1)**
  9:22
**sent (2)**
  10:23;11:2
**serve (1)**
  14:11
**Service (2)**
  11:25;12:24
**Services (4)**
  4:11,20;7:17;11:22
**shared (1)**
  8:25
**SHARFSTEIN (1)**
  6:2
**SHAUGHNESSY (4)**
  7:4,9,10;15:16
**Sheriff's (1)**
  12:9
**shortened (1)**
  9:24
**sister (1)**
  15:4
**site (1)**
  11:13

**Solely (1)**
  2:3
**someone (2)**
  11:19;13:18
**sometime (1)**
  14:13
**Sorry (3)**
  9:13;14:25;15:4
**sounded (1)**
  14:25
**sounds (1)**
  14:19
**South (1)**
  5:4
**space (1)**
  12:13
**speak (1)**
  15:3
**spoke (2)**
  10:23;12:4
**state (1)**
  11:5
**States (1)**
  8:2
**status (1)**
  14:10
**Street (2)**
  2:6,22
**submit (3)**
  13:25;14:9,14
**Successor (2)**
  5:13;8:8
**Suite (2)**
  2:22;4:13
**support (1)**
  15:1
**suppose (1)**
  14:6
**sure (2)**
  9:7;12:10
**surrender (3)**
  2:5;12:16,19
**surrendering (1)**
  9:6
**system (3)**
  11:3,8,9

**T**

**telephone (1)**
  8:23
**TELEPHONICALLY (6)**
  4:7,16,24;5:7,18;
  6:9
**tenancies (2)**
  11:18,20
**terms (1)**
  9:6
**Thanks (1)**
  15:13
**thin (1)**
  12:6
**today (5)**

10:17;13:16,25;
14:4,22
**today's (2)**
9:23;14:10
**Togut (3)**
2:2;7:10;9:16
**Togut's (1)**
10:6
**townhouse (7)**
2:6;9:7,11,19;10:1,
6;11:15
**Transcribed (1)**
2:20
**true (1)**
11:6
**Trustee (9)**
2:3;4:3;7:11;8:2;
9:10,14,16;13:7;
14:22
**trustee's (5)**
8:16;9:1,4;13:23;
15:1
**turn (1)**
2:5
**turned (1)**
10:1
**turning (1)**
15:5
**twofold (1)**
10:15

---

**U**

**unable (1)**
8:13
**Understood (1)**
15:9
**unexpired (1)**
11:18
**Uniondale (2)**
5:16;6:7
**United (1)**
8:2
**unless (2)**
12:7;13:18
**unnecessary (1)**
15:7
**up (1)**
13:9

---

**V**

**valuable (1)**
11:9
**via (1)**
8:23
**visiting (1)**
13:14
**Vito (1)**
12:4
**VOLKOV (5)**
4:16;7:16,17;14:23,
25

**voluntary (1)**
12:19

---

**W**

**watch (1)**
13:16
**way (1)**
9:17
**week (2)**
13:9;14:13
**WESTERMAN (2)**
6:2;7:25
**what's (2)**
12:10;13:16
**Whereupon (1)**
15:17
**WILLIAM (2)**
6:9;7:24
**Wolfe (1)**
2:20
**worked (1)**
11:14
**working (1)**
11:9
**written (1)**
11:2

---

**Y**

**York (6)**
2:7,7;4:5,14;10:6;
11:15

---

**Z**

**ZUCKER (1)**
6:2

---

**0**

**07747 (1)**
4:22

---

**1**

**10004 (1)**
4:5
**10019 (1)**
4:14
**10065 (1)**
2:7
**107 (1)**
4:13
**11 (2)**
2:3;7:11
**11530 (1)**
5:5
**11556 (2)**
5:16;6:7
**15 (1)**
2:6
**16th (1)**

2:22

---

**2**

**2:16 (1)**
15:17
**201 (1)**
6:6
**24-01342-mew (1)**
2:2
**254 (1)**
5:4
**257-0885 (1)**
2:24

---

**3**

**30 (1)**
4:21

---

**4**

**400 (1)**
5:15

---

**6**

**63rd (1)**
2:6

---

**7**

**7227 (1)**
2:22

---

**8**

**800 (1)**
2:24
**85020 (1)**
2:23
**888-C (1)**
4:12
**8th (1)**
4:12