1

1

2  UNITED STATES BANKRUPTCY COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  - - - - - - - - - - - - - - - - - - - -x

5  In the Matter of:

6  PEGGY NESTOR,                          Lead Case No.

7          Debtor.                        23-10627-mew

8  - - - - - - - - - - - - - - - - - - - -x

9  ALBERT TOGUT, NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS

10  CHAPTER 11 TRUSTEE,

11          Plaintiff,                     Adv. Proc. No.

12  v.                                     24-01342-mew

13  NESTOR, et al.,

14          Defendants.

15  - - - - - - - - - - - - - - - - - - - -x

16              United States Bankruptcy Court

17              One Bowling Green

18              New York, New York

19

20              May 8, 2024

21              10:40 AM

22  B E F O R E :

23  HON. MICHAEL E. WILES

24  U.S. BANKRUPTCY JUDGE

25  ECRO:  KS

2

1

2   Adversary Proceeding: 24-01342mew Albert Togut, Not

3   Individually but Solely in His C v. Nestor et al.

4   Status Conference

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   Transcribed by:  River Wolfe

21   eScribers, LLC

22   7227 North 16th Street, Suite #207

23   Phoenix, AZ 85020

24   (800) 257-0885

25   operations@escribers.net

3

1

2  A P P E A R A N C E S:

3  TOGUT, SEGAL & SEGAL LLP

4       Attorneys for Chapter 11 Trustee

5       One Penn Plaza

6       Suite 3335

7       New York, NY 10119

8

9  BY:   NEIL M. BERGER, ESQ.

10      MARTHA E. MARTIR, ESQ.

11

12

13  THE LAW OFFICE OF MICHAEL A. ALFIERI

14      Attorneys for Lynx Asset Services, LLC

15      30 Freneau Avenue

16      Matawan, NJ 07747

17

18  BY:   MICHAEL A. ALFIERI, ESQ. (TELEPHONICALLY)

19

20

21

22

23

24

25

4

1

2  MCGRAIL & BENSINGER LLP

3        Attorneys for Lynx Asset Services, LLC

4        888-C 8th Avenue

5        Suite 107

6        New York, NY 10019

7

8  BY:   ILANA VOLKOV, ESQ.

9

10

11  ALSO PRESENT:

12        PEGGY NESTOR

13        MARIANNE NESTOR CASSINI

14

15

16

17

18

19

20

21

22

23

24

25

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

5

1               P R O C E E D I N G S

2        THE COURT:  Mr. Berger, I'm told that there's train

3   problems.  I don't know if that means subway or Metro-North,

4   but I'm told there are train delays.  I'm told there are train

5   delays that are keeping either the debtor or Marianne or both

6   from getting here on time.  We were told an ETA of 10:40, which

7   is now.  So I don't know what the issue is.

8        MR. BERGER:  I don't know what the issue is.  Your

9   Honor, Neil Berger, Togut, Segal, for the Chapter 11 trustee.

10   Martha Martir, my colleague, is with me.

11        Your Honor, I don't know what issue there might be.

12   Neither Peggy nor Marianne Nestor contacted me between the last

13   time I was here before Your Honor a few days ago and today.

14   Today's status conference was brought on by the notice that we

15   filed at docket number 11 in this adversary proceeding.

16   There's an affidavit of service at docket number 12.

17        I'm confident it reached the Nestors because before

18   the hearing started, their niece, Connor Alexandra Nestor

19   Castellano was sitting in the rows.  I introduced myself again

20   because I met her the day that we took possession.  She was

21   here only -- she thought she had to ask you for permission to

22   gather her clothing and personal belongings.  I told her that

23   wasn't necessary.  I gave her my business card.  I repeated

24   what I said to Your Honor.  She's already sent me an email, and

25   we'll make arrangements.  So I know that Peggy, the debtor, and

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

6

1   her sister Marianne had notice.

2            THE COURT:  Well, let me stop you.  Since Peggy and

3   Marianne are not here, and at least according to the phone

4   calls we're getting, they intend to be here.  It is late.  I

5   was in practice long enough that I can remember a time or two

6   having train breakdowns that prevented me from getting to court

7   in that amount of time.  So it's not inconceivable.

8            And I'm sorry to ask you to do it.  I keep imposing on

9   you, but I think we should give them a chance to show up and

10  then hear what they have in mind.  She may not have contacted

11  you, but she's sure has contacted us.

12           MR. BERGER:  I didn't mean to suggest otherwise, and

13  I'm happy to give it some more time, Judge.

14           THE COURT:  Okay.  All right.  All right.  I have

15  apparently an update up there.  Oh, they're here, I'm told.

16           MR. BERGER:  Okay.  Thanks.

17           THE COURT:  They must be downstairs.  All right.  So

18  we'll just give them a minute.

19           MR. BERGER:  Thank you, Judge.

20       (Recess from 10:44 a.m., until 10:47 a.m.)

21           THE COURT:  Just a hearing on a different matter.  All

22  the other parties left so --

23           MS. NESTOR CASSINI:  I'm so sorry.

24           THE COURT:  Don't worry about it.

25           MS. NESTOR CASSINI:  Thank you.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

1          THE COURT:  I understand these things happen.

2          MS. NESTOR CASSINI:  Well, I apologize for being late,

3    Your Honor.

4          THE COURT:  And I understand.

5          MS. NESTOR CASSINI:  Pardon?  I did call Pedro (ph.)

6    several times, and he was extremely nice.

7          THE COURT:  Yes, I understand you had some train

8    issues.  It has happened to me occasionally, so don't worry

9    about it.

10          MS. NESTOR CASSINI:  We were supposed to have -- I was

11    supposed to have an attorney come here today or to be on the

12    telephone, but he was served by a subpoena with somebody last

13    night.  He was never involved in this case, and all of a sudden

14    he gets a subpoena.  So I don't know who would have done that.

15          THE COURT:  Who is the attorney?  Who is the attorney?

16          MS. NESTOR CASSINI:  Robert DiSciullo.  He was not

17    involved in any of this.  And then he got served a subpoena.

18    Well, so he said he couldn't come, which delayed everything a

19    bit, Your Honor.

20          THE COURT:  Mr. Berger, do you know anything about

21    this?

22          MS. NESTOR CASSINI:  Did you submit --

23          MR. BERGER:  I do.

24          MS. NESTOR CASSINI:  -- a subpoena --

25          THE COURT:  Okay.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

8

1        MS. NESTOR CASSINI:  -- Mr. Berger?

2        MR. BERGER:  Good morning, Judge.  Neil Berger again

3    for Albert Togut, Chapter 11 trustee.

4        Yes, Your Honor.  You entered an order in the

5    trustee's adversary proceeding for Rule 2004 relief and

6    preserving/preventing the destruction of evidence.  We served a

7    subpoena by Federal Express to the -- and I'm going to spell

8    it -- D, for David, I-S-C-I-U-L-L-O & Associates law firm.

9    That law firm was identified to us by Anne Penachio, Ms.

10   Nestor's of counsel as being in possession of a copy of the

11   original deed that Marianne Nestor has advised the Court and

12   the trustee she delivered to Peggy Nestor.

13       We asked Ms. Penachio to help us get the original

14   deed, and she wasn't able.  So we served him with a Rule 2004

15   subpoena and all the other documents Your Honor required.  And

16   I also did, on behalf of the trustee, serve a subpoena to Peggy

17   Nestor and to Marianne Nestor in a motion to me that it's news

18   to them.  So if the record would please reflect, I'm handing

19   this subpoena --

20       MS. NESTOR:  Are you supposed to serve in a

21   courtroom?

22       MS. NESTOR CASSINI:  I don't think you serve in a

23   courtroom.

24       No, Your Honor?

25       THE COURT:  I don't see why not.

1            MR. BERGER:  I don't see why not.  They have now the

2    subpoenas --

3            MS. NESTOR CASSINI:  What is the subpoena about?

4            MR. BERGER:  -- that we served upon them at various

5    addresses?

6            MS. NESTOR:  Excuse me.  That is not my address.  I do

7    not --

8            MR. BERGER:  Okay.

9            THE COURT:  Okay.  Okay.  But you've got it.  You've

10   got it now.

11           MS. NESTOR:  All right.  We shouldn't interrupt.

12   Excuse me.

13           THE COURT:  That's all right.  You've got it now.

14   Okay.

15           MR. BERGER:  Your Honor, so I've identified that that

16   party, other subpoenas are being prepared and will be served.

17   I'm happy to --

18           THE COURT:  All right.

19           MR. BERGER:  -- give Your Honor a status of where we

20   are, unless you --

21           THE COURT:  Well, let me just say, in terms of the

22   attorney, I don't see why serving a subpoena would prevent your

23   attorney from being here.  That doesn't make sense to me.

24           MS. NESTOR:  Well, I did speak with him, and he sent

25   me a text this morning.  He said he was served with a subpoena

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

1   last night for some reason.  He didn't understand why.  He's

2   not actually involved in this particular case, and for a

3   subpoena for 15 East 63rd Street, which was very unusual.  So

4   he was not involved -- Your Honor, he's not involved in this

5   case.  All of a sudden, he gets served with --

6       MR. BERGER:  Is he an -- is he an attorney you wanted

7   to represent you in this matter?

8       MS. NESTOR:  You know how all attorneys are, Your

9   Honor.  They want to think about it before they --

10      THE COURT:  Okay.

11      MS. NESTOR:  -- jump into the water.

12      THE COURT:  All right.  Okay.

13      MS. NESTOR:  I think it was unusual and very strange

14  on the part of Mr. Berger, which is the same thing as the

15  illegal break into the house on 63rd Street.  My little niece

16  was here earlier today, and she left because she said she

17  was -- we took too long, and she said she was very scared.

18  This is wrong.  This is the United States.  And --

19      THE COURT:  Okay.  Stop.  First of all, if your niece

20  was here, she had no reason to be scared.  She didn't ask me

21  for anything.  I would have accommodated her.  As I understand

22  it --

23      MS. NESTOR:   Thank you.

24      THE COURT:  -- she just wanted to know whether she

25  needed my approval to get personal things.  And she spoke with

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

11

1  Mr. Berger, and he told her she could contact him and didn't

2  need my approval.  Certainly, she can ask me to help resolve

3  any issue that she has, but she has no reason to be scared.

4          And the break-in was not illegal.  I authorized it.  I

5  authorized the trustee to take possession of the house, so

6  there's nothing illegal about it.

7          So where do we stand, Mr. Berger?

8          MR. BERGER:  Judge, thank you.  Neil Berger for the

9  trustee.  As Your Honor knows, we are in possession and control

10  of the townhouse.  We've been very busy.  Sotheby's and my

11  paralegal spent the entire day there yesterday with Sotheby's.

12  Some folks at Sotheby's brought in to stage and photograph the

13  townhouse.  They're back there again today.  One person

14  interested in seeing the townhouse was shown the townhouse by

15  Sotheby's.

16          As we told Your Honor in our status report, and I

17  believe I mentioned in my comments last time I was here, I

18  personally and Ms. Martir photographed everything as we saw it

19  as we were going floor to floor in the townhouse.  Nothing is

20  being removed from the townhouse, other than a small quantity

21  of perishable food.

22          Today, in addition to Sotheby's and its group of folks

23  who are staging and photographing the premises, we have someone

24  coming in to check the alarm system.  It wasn't working when I

25  took possession.  It wasn't working yesterday.  We want to make

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

1   sure it's working and wired into the local precinct.

2        I believe the U.S. Marshal was able to operate an

3   elevator in the premises.  I wasn't able to.  We did see a

4   invoice in the townhouse laying on top of a table.  And that

5   elevator company is going to try to be there today, either to

6   fix it or to tell us what it would cost to fix or simply how

7   does it operate.

8        This is what's happening in the townhouse.  When the

9   trustee was appointed, there were two policies of insurance

10  covering the premises, a ten-million-dollar primary policy that

11  expires at the end of June and an excess policy for fifteen

12  million dollars that's a three-year policy, premium paid, I

13  believe, in full before the trustee was appointed.  We've been

14  working hard to try to obtain additional insurance for the

15  townhouse.

16       We've been working with the incumbent broker.  So far,

17  the market has not yet responded.  Consistent with Mr. Togut's

18  instructions, we've now contacted a number of other brokers and

19  trying our best to get additional insurance.

20       All of that, Your Honor, is keeping us very busy.

21  It's also very costly.  A new premium would be due for

22  insurance.  Things like repairs, cleaning, and other expenses

23  do cost quite a bit of money.  We've opened negotiations with

24  Lynx for a DIP loan.  We did that.  I know occasionally I

25  mention a prior townhouse case that Mr. Togut and I sold while

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

13

1  he was a Chapter 11 trustee.  We find that very useful.

2         This is a premier property.  It's a valuable property.

3  We're uncomfortable not having some level of cash on hand to

4  address unforeseen and foreseen items that have come up day-to-

5  day, week-to-week.  We're starting to put pen to paper.  We're

6  trying to develop a budget.  And we'll find Your Honor

7  hopefully soon with a motion for authority for a DIP loan from

8  Lynx, and if not Lynx, another existing creditor.

9         We currently have our next pre-trial conference in

10  front of Your Honor on June 11th in the Rule 2004 adversary

11  proceeding.  That might be a date we can use.  And the next

12  time we're in front of Your Honor beyond that is June 20, which

13  is a week before the primary ten-million-dollar policy expires.

14         So Your Honor, we are very busy.  We're doing a lot.

15  It's expensive.  We're trying to get the property -- with

16  Sotheby's get the property in a state where we can show it and

17  maximize its value.  I have not -- no one in my firm has been

18  contacted by any new counsel for Peggy Nestor or Marianne

19  Nestor.

20         For the benefit of both of them, who are sitting to my

21  right, Connor Alexander Nestor Castellano was here when I got

22  to the courtroom this morning.  I introduced myself again

23  because we've met briefly when the trustee -- when I took

24  possession for the trustee.  I handed her my business card.

25  And just before this matter was called, she confirmed her

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

14

1   request for her personal belongings in an email.

2          And I'll confirm again, for the record, I will contact

3   the U.S. Marshals Service to see how quickly they can be at the

4   townhouse.  I will make a paralegal or myself available.  And

5   we'll do all we can that's reasonable to make sure that they

6   can gather their personal belongings.

7          So that's it for today, Your Honor, insurance,

8   staging, alarm, elevator, working on the DIP, trying to get

9   this property in shape to be sold.

10          THE COURT:  Okay.  Very good.

11          Ms. Nestor Cassini, yes.

12          MS. NESTOR CASSINI:  Okay.  Your Honor, this is the

13   paper that's (indiscernible) on today.

14          THE COURT:  Okay.  You have to speak into a

15   microphone, or we --

16          MS. NESTOR CASSINI:  Yes, sir.

17          THE COURT:  -- won't have any record of what you said.

18   Okay.

19          MS. NESTOR CASSINI:  Thank you, Your Honor.  Your

20   Honor, on May 2nd, I filed a paper electronically with Your

21   Court regarding my coownership with the property 15 East 63rd

22   Street with my sister Peggy Nestor.

23          As you could see, Your Honor, from this, the deed was

24   in both of our names, 1984.  It's not changed.  There's been no

25   new deed filed.  So that's Exhibit 1.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

15

1        Exhibit 2 is a certificate of occupancy, which shows

2   seven apartments.  Accordingly, three-and-a-half apartments

3   belong to me.  I am not in bankruptcy, and I am not under the

4   jurisdiction of this particular man over here, who has been

5   unbelievably awful.

6        As a result of the unlawful, forceful taking my

7   property perpetuated by the trustee, this gentleman here, in

8   contravention of the order of the Court, you said don't destroy

9   papers.  We haven't destroyed anything.  I sent tons and tons

10  of papers.  I sent many papers to Your Honor.

11        I also sent 900 dollars' worth of papers that I had

12  have done at Federal Express with a ninety-dollar bill to ship

13  it to him, a Mr. Togut, who never who signed personally for it,

14  but he never responded to anything.  I called him, but he

15  didn't respond at all.  In fact, that's here in my -- here is

16  in my paperwork that I prepared to speak with you about.

17        I'm not in Chapter 11 nor a bankruptcy.  I'm making

18  this attempt to defend myself.  There is no dissipation of

19  books or records.  Absolutely none.

20        The time since the loss of Oleg has been a horrible,

21  long, horrible haul because of the group of malicious, greedy

22  attorneys and a vicious former surrogate, the RICO (phonetic)

23  team of Riley (ph.) from Nassau County.  Barnosky, Farrel

24  Fritz, as per Loeb & Loeb, stated that this case was his gold

25  mine.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

16

1       I have lost so much of my property.  I've been

2   devastated.  Personal property, art, antique, and everything

3   else had been stolen and sold for ten cents on the dollar.

4   It's absolutely disgusting.

5       I've been working -- Oleg Cassini Inc. is my company,

6   according to the IRS, which I sent a copy of the letter to you.

7   It was accepted as filed and no tax due.  If it's not the wife,

8   which I'm the wife since 1971, that's more than fifty years.

9       This has been -- I've helped Oleg very, very much.

10  And this is countless days and nights of torture.  I've not

11  liked being thrown to the street on the orders of a trustee in

12  bare feet -- my little niece was in bare feet, and I'm wearing

13  a robe -- for no reason.  I own half of that building.  There's

14  no deed filed.  There never has been.  And the other deed,

15  whatever there was that she was talking about, Anne, she should

16  have contacted me first, but she didn't.

17      A lot of my -- a lot of -- regarding documents, a lot

18  of my documents were removed from 15 East 63rd street to an

19  unknown location by Ms. Baiamonte.  Ms. Baiamonte's order of

20  her appointment as a receiver was vacated.

21      THE COURT:  Hang on one second.

22      Somebody on the phone is speaking in the background.

23  Everybody on the phone, mute your lines, please.

24      MS. NESTOR CASSINI:  (Indiscernible) I want to give

25  this to you.  Judge.  Bear with me one second, Your Honor.

1   This is the letter filed (Indiscernible) Internal Revenue

2   Service -- the Law Department of the Internal Revenue Service

3   accepting everything that I filed as correct.  I have the -- I

4   have the paper here regarding the vacatur of the receiver Ms.

5   Baiamonte from the appellate court division.

6           THE COURT:  Okay.

7           MS. NESTOR CASSINI:  I'll just give it to you.

8           THE COURT:  I just, I know you feel aggrieved by

9   everything that's happened in this --

10           MS. NESTOR CASSINI:  You would be, too, Your Honor.

11   To be thrown on the street after I've been working since I'm

12   fourteen years old.

13           THE COURT:  Okay.

14           MS. NESTOR CASSINI:  And I made a lot of money, and I

15   made a lot of money for my husband.  I'm on the street.

16           THE COURT:  Now, I'm -- stop.

17           MS. NESTOR CASSINI:  Okay, Your Honor.

18           THE COURT:  Stop now.  I've been patient.  I'm letting

19   you --

20           MS. NESTOR CASSINI:  You are patient, and you're a

21   very nice man.

22           THE COURT:  I'm letting you speak, but you have to

23   give me a chance to speak too.

24           MS. NESTOR CASSINI:  Yes, sir.

25           THE COURT:  Okay.  I know you don't like what the

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

18

1   receiver did, what the public administrator did, et cetera.

2   That's all in the state court.  That's not for me

3   　　　　　MS. NESTOR CASSINI:   I understand, but this strictly

4   is background.

5   　　　　　THE COURT:  The townhouse and Peggy's assets are for

6   me.

7   　　　　　MS. NESTOR CASSINI:  No, it's both.  It's joint

8   assets, as you can see from the papers I've put in may --

9   　　　　　THE COURT:  I've told you last time, though, I'm not

10   going to let you make this argument because you are estopped.

11   　　　　　MS. NESTOR CASSINI:   Why?

12   　　　　　THE COURT:  Because you submitted papers --

13   　　　　　MS. NESTOR CASSINI:  No.

14   　　　　　THE COURT:  -- to me saying that it belongs entirely

15   to Peggy and not to you.

16   　　　　　MS. NESTOR CASSINI:  No, that's not true, Your Honor.

17   　　　　　THE COURT:  Not only that, an action was commenced

18   against you to --

19   　　　　　MS. NESTOR CASSINI:  By whom?

20   　　　　　THE COURT:  -- force a -- by Peggy --

21   　　　　　MS. NESTOR CASSINI:  No.

22   　　　　　THE COURT:  -- to force a sale of the house --

23   　　　　　MS. NESTOR CASSINI:  Well, that's a machination of

24   Anne Penachio.

25   　　　　　THE COURT:  -- notwithstanding -- well, it's on my

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

19

1   docket.

2          MS. NESTOR CASSINI:  I understand, Your Honor.

3          THE COURT:  There are papers filed in connection with

4   it, including by you, which we read into the record last time,

5   in which you confirmed that the entire ownership of this

6   property was with your sister, not with you.  I am not letting

7   you change your position on that.  I'm just not going to.

8          You took that position.  You may regret taking that

9   position, but you can't just change your mind about these

10  things and change your accusation depending on what seems

11  convenient to you at the moment.  You've made your bed.  Now

12  you have to lie in it.

13         Essentially, you've taken your position.  You got

14  relief and your sister got relief on that basis, and I'm not

15  letting you undo it.  I am not going to let you challenge the

16  trustee's right to control the townhouse by asserting --

17         MS. NESTOR CASSINI:  Did you actually look at my

18  papers, Your Honor?

19         THE COURT:  -- that you have an ownership interest

20  when you said you didn't.

21         MS. NESTOR CASSINI:  Did you look at my papers, Your

22  Honor?

23         THE COURT:  I've seen the deed before.

24         MS. NESTOR CASSINI:  No, besides that.  Did you see

25  the certificate of occupancy?  It's seven apartments.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

20

1          THE COURT:  So what?

2          MS. NESTOR CASSINI:  It can be divided up because

3    fifty percent is mine and fifty percent is hers.

4          THE COURT:  Okay.  I'm not letting you assert that.

5    You already said the opposite.

6          MS. NESTOR CASSINI:  Do you know how embarrassing and

7    how horrible this is to go through all of this, to be thrown on

8    the street --

9          THE COURT:  I'm sure it is.

10          MS. NESTOR CASSINI:  -- and even Sotheby's and people

11    that that we found going through the whole house with this

12    piece of meat right here just --

13          THE COURT:  Don't talk that way.

14          MS. NESTOR CASSINI:  I can't stand it.  It's horrible.

15          THE COURT:  Just stop it.  Stop it!

16          MS. NESTOR CASSINI:  It's really horrible.

17          THE COURT:  Seriously.

18          MS. NESTOR CASSINI:  Okay.  We have the opportunity

19    to --

20          THE COURT:  You like to criticize the way you were

21    treated, but so far --

22          MS. NESTOR CASSINI:  No, it was terrible.

23          THE COURT:  I said this to you before.  You don't seem

24    to realize, you speak of other people in a far worse way than

25    anybody says anything about you.  I'm sure it was terrible --

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

21

1        MS. NESTOR CASSINI:  It was, Your Honor.  I've never

2   experienced anything --

3        THE COURT:  -- to be awakened and to be forced out.

4        MS. NESTOR CASSINI:  -- so horrible in my entire life.

5        THE COURT:  You should have cooperated, and you

6   didn't.

7        MS. NESTOR CASSINI:  I cooperated.

8        THE COURT:  You did not.

9        MS. NESTOR CASSINI:  I sent tons of papers.  I also

10   sent a lot of papers to Your Honor.  Did you not get them?  The

11   interested party papers, did you not receive those?

12        THE COURT:  That's complaining.  That's not

13   cooperating.

14        MS. NESTOR CASSINI:  Well, I did --

15        THE COURT:  I ordered you to turn over keys, and you

16   didn't.  The trustee showed up --

17        MS. NESTOR CASSINI:  No, I didn't get that.

18        THE COURT:  -- and you refused to let him in.

19        MS. NESTOR CASSINI:  That's not true.

20        THE COURT:  The trustee had to bring the Marshal

21   back --

22        MS. NESTOR CASSINI:  He broke the door down.

23        THE COURT:  The trustee had to bring the Marshal back.

24   I authorized him to do it.  You had plenty of ability and time

25   to cooperate without being forcibly removed, and you didn't do

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

22

1    it.  Okay.  So if you were embarrassed by being forcibly

2    removed --

3             MS. NESTOR CASSINI:  Terrible.  It's terrible,

4    terrible.

5             THE COURT:  I'm sure you were, but it's your own

6    fault.

7             MS. NESTOR CASSINI:  No.

8             THE COURT:  Okay.  It's your own fault.

9             MS. NESTOR CASSINI:  I don't accept that.

10            THE COURT:  I can tell you don't accept it, but it is

11   true.  It's your own fault.  You should have obeyed my order.

12   You should have turned over the property --

13            MS. NESTOR CASSINI:  Your Honor, the first time I

14   appeared before you was last week.  I was never aware of all of

15   your orders.  And many of the meetings that you held with

16            THE COURT:  You obviously knew of my order because you

17   sent us emails complaining about it.

18            MS. NESTOR CASSINI:  No, I never knew about your -- I

19   was never -- I was never advised about many of the court

20   meetings that you had when Anne Penachio was representing.  She

21   told us not to attend.  There was one on January 24th, 2024 was

22   supposed to be an important meeting.  We called in to the thing

23   where you -- CourtSolutions, and they said, you're not on the

24   list of people that can go in.  This happened many, many times.

25            I am totally involved.  I think this is terrible.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

23

1  Peggy is not bankrupt.  It was the wrong advice.  This was a

2  personal -- this was loaned from a corporation.  It's not a

3  personal loan, and she's not personally bankrupt.  It's just

4  very terrible for her, for her family, and everybody else.  And

5  for me also.

6         I mean, so much has been stolen.  This is supposed to

7  still be the United States, Your Honor.  Things are not

8  supposed to happen like that, people just go in and steal your

9  stuff.  I have a lot of property in the building.  I have

10 furniture, art, antiques that I've collected over many, many

11 years.  I've been working since I'm fourteen years old,

12 traveling around the world from Moscow to Machu Picchu.  I've

13 been doing pictures.

14        I can't have all my stuff gone through by this guy or

15 his friends or whatever.  It was horrible.  My arm is still

16 hurting from where I was pulled out of the room.  They broke

17 the door down on the fourth floor, an original door from 1901.

18 They broke the door down on the fifth floor.  This little girl

19 that was here earlier, she said she had to hideout on the

20 terrace because she thought she was going to be killed.

21        It was horrible.  Very dangerous.  Seven big, enormous

22 guys and a woman.  Horrible.  This guy standing outside, I

23 said, what's your name?  He wouldn't even tell his name.  He

24 wouldn't say -- only one of the -- one of the people there, one

25 of the big guys, said the name.  And he said, I think what's

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

24

1    being done here is terrible.  That's what he said.

2         Anyway, I had a whole thing prepared for you that I

3    wanted to give to you, Your Honor, today.  I think you

4    should --

5         THE COURT:  I've ruled on these issues a week ago.

6         MS. NESTOR CASSINI:  I wish you would reconsider and

7    take a look.

8         THE COURT:  I'm not reconsidering because you

9    essentially want to reverse course on which you previously

10   said.

11        MS. NESTOR CASSINI:  No, that's not true.

12        THE COURT:  And I'm not going to let you do it.  I

13   told you, I'm not going to let you do it.

14        MS. NESTOR CASSINI:  That's not true, Your Honor.  I

15   want to put this into the Court's record, if I may, you'll

16   accept it.  Okay.

17        THE COURT:  What is it?

18        MS. NESTOR CASSINI:  This was the -- you have this.

19   This specifically vacates this receiver person who's not owed

20   anything.  Do you have this?

21        THE COURT:  That has nothing to do --

22        MS. NESTOR CASSINI:  You don't want --

23        THE COURT:  -- with the issues in front of me.

24        MS. NESTOR CASSINI:  Okay.  You have this from the

25   IRS?  I think I sent it to you.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

25

1       THE COURT:  It has nothing to do with the issues in

2  front of me.

3       MS. NESTOR CASSINI:  Okay.  I object strenuously.  Is

4  there an appeal process here?

5       THE COURT:  You can appeal any of my orders to the

6  district court.

7       MS. NESTOR CASSINI:  To whom is that done, Your Honor?

8       THE COURT:  To the United States District Court.  You

9  have to file a notice of appeal within fourteen days of the

10  entry of the order that you're appealing from, and you have to

11  file that with the United States District Court.

12       MS. NESTOR CASSINI:  Where is that?  Where is the

13  district court?

14       THE COURT:  In Foley Square.

15       MS. NESTOR CASSINI:  Foley square?

16       THE COURT:  Yeah.

17       MS. NESTOR CASSINI:  Okay.  I will file an appeal.

18  For my understanding of New York law, if it's not filed, it's

19  like having a date.  If you have a date, doesn't mean you got

20  married.  So this didn't happen.  And I'm very friendly with my

21  sister, and I think she'll withdraw her case against me.  I

22  think she's already released Anne Penachio as an attorney for

23  her for basically nonperformance and hoping to get more money

24  from the trustee.

25       THE COURT:  Your sister is no longer in control of

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

26

1  that lawsuit.  The trustee is.

2         MS. NESTOR CASSINI:  But I believe that she let Anne

3  Penachio go.

4         THE COURT:  That doesn't matter.

5         MS. NESTOR CASSINI:  She's no longer her attorney.

6         THE COURT:  That doesn't matter.

7         MS. NESTOR CASSINI:  We have to pick up the papers

8  from her.

9         THE COURT:  That doesn't matter.

10        MS. NESTOR CASSINI:  I think Peggy has to do that and

11 so forth.

12        Okay.  So if there's an order, I will definitely

13 appeal it, Your Honor, because I think it's incorrect and it's

14 wrong.  I need to get into my property.  I need my stuff.  I

15 don't need it being handled by ten different people.

16        When Sotheby's was there with us originally, they were

17 there from 10 o'clock in the morning till 7 o'clock at night.

18 They saw everything that they needed to see at that time.  I

19 have personal property that's there.  I have money.  I have

20 different things that are there.

21        And I shouldn't say this, but I really don't trust

22 anybody.  I want to see my property.  I want to go through my

23 papers.  I have a lot of legal papers there, too, that I have

24 to get to enable myself to handle some of these things.

25        THE COURT:  You need to work out with supervision --

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

27

1          MS. NESTOR CASSINI:  I can't talk to him.  I can't.

2     He is awful.  I just can't.  How about Al Togut?  Or --

3          THE COURT:  He is not --

4          MS. NESTOR CASSINI:  -- I'll talk to him.  I left a --

5     I called him, and he never called me back.

6          THE COURT:  He's not awful.

7          MS. NESTOR CASSINI:  I sent him mounds of papers, and

8     he never bothered to call me.  I cannot work with him.  I just

9     can't.

10          THE COURT:  He's not awful.

11          MS. NESTOR CASSINI:  I can't.  I can't.  I can't, Your

12    Honor.  I would rather work with you.

13          THE COURT:  Well, then maybe he'll let you talk to

14    somebody --

15          MS. NESTOR CASSINI:  No.  No, no.  Your Honor --

16          THE COURT:  Stop.

17          MS. NESTOR CASSINI:  Your Honor, I can't.  I can't.

18          THE COURT:  You've got to let me finish my sentence.

19    If you want to go through your things, it has to be with

20    supervision.  It has to be.

21          MS. NESTOR CASSINI:  I can't work with him.

22          THE COURT:  I'm not letting you go in without

23    supervision.  Period.

24          MS. NESTOR CASSINI:  I can't work with him.  He has

25    been rude to me and awful.  I can't work with him.  I can't.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

28

1  He's horrible.

2        I haven't done anything wrong.  I'm not a criminal.

3  I'm not a drug dealer or anything else.  But I'm being treated

4  like that.  He was horrible.  My arm still hurts from where I

5  was pulled out of the room.  It's horrifying.

6        Why would you treat somebody who's been a citizen --

7  born here.  I'm born here.  I didn't come across the border and

8  selling dope or anything.  I'm born here.  I've work my entire

9  life.  I just don't get it.  I really, truly don't get it, Your

10  Honor.

11        THE COURT:  Ms. Nestor Cassini.

12        MS. NESTOR CASSINI:  What?  Excuse me.  You are very

13  nice, and I appreciate your patience and being with me and

14  everything else.  And I'm sorry that I am too emotional.

15        THE COURT:  But you don't -- I know you're emotional

16  about it, but you don't -- first of all, the Marshals went.

17        MS. NESTOR CASSINI:  The Marshals got to be actually

18  quite nice.  In fact --

19        THE COURT:  They went because you wouldn't turn over

20  the house voluntarily.  Okay.

21        MS. NESTOR CASSINI:  Look, I've never experienced

22  anything like this before in my life.  I thought we were maybe

23  in Germany during World War II, when they took everybody out of

24  the houses, or maybe in Russia or something like that.  And

25  I've been to Russia, and it's nothing like what these guys did.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

29

1    I traveled to Russia, actually, and I did a lot of photography

2    there.

3            THE COURT:  What did you think, you could just ignore

4    my order and --

5            MS. NESTOR CASSINI:  I didn't see your order, Your

6    Honor.

7            THE COURT:  -- as long as you didn't wish to leave,

8    you could just stay there?

9            MS. NESTOR CASSINI:  Anne Penachio was never my

10   attorney.  I did not see your order.  And basically, what we

11   were trying to do, the only reason this started was she'd

12   promised a Chapter 11 -- a corporate bankruptcy.  The Lynx loan

13   is with Gemeaux Limited.  It's not with --

14           THE COURT:  Okay.  All right.

15           MS. NESTOR CASSINI:  -- anybody else.  It's not with

16   Peggy Nestor personally.  And I'm as much responsible for the

17   loan as she is.  Should have been just a corporate thing, but

18   Anne had her own ideas.  She was wrong.  She made a mistake.

19   Peggy needs to come out of this.  It's too stressful for her.

20           THE COURT:  All right.

21           MS. NESTOR CASSINI:  Your Honor, I'd like to -- may I

22   give you this?

23           THE COURT:  You have to stop sending us emails.

24           MS. NESTOR CASSINI:  May I give you this?

25           THE COURT:  What is it?

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

30

1        MS. NESTOR CASSINI:  This is the order appointing a

2   receiver by Margaret Riley (ph.).  And here's the order to

3   vacate.  I think you should it for your files.

4        THE COURT:  It's irrelevant to what I'm doing.

5        MS. NESTOR CASSINI:  But aren't they asking for money?

6        THE COURT:  It's irrelevant to what I'm doing here.

7   Right.  There's no --

8        MS. NESTOR CASSINI:  But you should have it.  I think

9   you should have it.  You can take a look at it.

10        THE COURT:  If you think it's relevant to something,

11   you have to file it with relevant papers.  I've probably seen

12   it already anyway.

13        MS. NESTOR CASSINI:  With Pedro?  With Pedro?

14        THE COURT:  If you're making a motion that it's

15   relevant to you, that's fine.  But you can't just give me

16   everything that you are angry about that happened in the state

17   court.  It's just not --

18        MS. NESTOR CASSINI:  If it happened to you -- Your

19   Honor, this has been a -- it's been a terrible, terrible thing

20   from the very beginning.  My companies are destroyed.  Oleg

21   Cassini Inc. was my company, as stated also by the Internal

22   Revenue Service.  There were no companies in any will in the

23   first -- in the will.  That's why I had to do a secondary thing

24   to put them in because they started suing.

25        This Barnosky guy said this was his gold mine.  They

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

31

1   charged so many fees.  I've been paying everything myself, but

2   they've been charging fees and fees and fees, which I think is

3   even incorrect in a marital thing -- or not me, but this was

4   based on a marital case from California in 1952, which expired

5   under California law.

6          There was no remainderman in it, so everything --

7   there's no remainderman in a bequest.  It disappears by itself.

8   So it all had disappeared.  But this is the same baloney that

9   comes back and back and back.  Even if you're right on the law,

10  nobody listens to it.  I am right about New York's law, Your

11  Honor.  I really, truly am.  And I do need to get into my

12  property.

13         I'm a New York citizen.  I've been lived here pretty

14  much most of my life, except when I'm traveling.  I need to see

15  my property, my clothes and everything.  I can't have ten

16  people going through all my personal stuff and telling me that

17  there's food in the refrigerator.  Yes, it was for two dogs,

18  Chicklet and Mickey, the two little shih tzus that were evicted

19  when we were thrown on the street as well.  I think you should

20  reconsider, Your Honor.  I think  it's wrong --

21         THE COURT:  I won't.

22         MS. NESTOR CASSINI:  Okay.

23         THE COURT:  If you want access to property, you're

24  going to have to work that out.

25         MS. NESTOR CASSINI:  I can't.  He's impossible, Your

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

32

1   Honor.  You have to give me somebody else besides him.  He's

2   rude and abusive.

3          THE COURT:  He is not abusive.

4          MS. NESTOR CASSINI:  He has been to me.  Everybody's

5   different with everybody.  I'm different with you than I am

6   with the gentleman over here or I am with my sister.  He was

7   not correct with me.  He wouldn't even say his name.  It's

8   terrible.

9          He's going through my property?  He's going through my

10  property.  The elevator works.  If he doesn't know how to work

11  it, then there's something wrong with him.  The elevator works

12  fine.  We spent over 10, 15,000 dollars fixing it.  And it has

13  a maintenance contract on it.  It's 306 dollars a month, is

14  what it costs.

15         I really also resent him contacting people that work

16  for me because it makes me look stupid, and they wonder, what

17  happened to you.  They don't understand.  How could I be in a

18  situation like this, and how can my sister, who has never done

19  anything to hurt anybody, be in the same situation?

20         We have done a lot of things, wonderful things for

21  Oleg, et cetera, et cetera, and we're treated like dirt.  I am

22  not a migrant worker from across the border.  I'm here.  I'm a

23  New York citizen.  I've spent money, many, many years here, and

24  I've spent many, much, much taxes in New York City and New York

25  State.  I just can't -- I can't believe this.  I can't believe

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

33

1   it.  I'm here.  We built the Cassini brand up into something

2   really important.  I saw now, today, on my way here on the

3   telephone, it said --

4            THE COURT:  Okay.  Stop.

5            MS. NESTOR CASSINI:  -- that is it still in business.

6   Is it still in business?

7            THE COURT:  Just stop.  Stop, stop, stop, stop, stop.

8            MS. NESTOR CASSINI:  I think you should reconsider,

9   Your Honor, and I will file an appeal.

10           THE COURT:  I won't.  Once more, I will not.  A lot of

11  what you're complaining about is not before me.  The issue

12  before me is the townhouse.

13           MS. NESTOR CASSINI:  Why is it the townhouse?

14           THE COURT:  I am not letting you change your position.

15           MS. NESTOR CASSINI:  Okay.  We are prepared and we

16  were prepared to pay off the Lynx Asset Mike Alfieri loan.  But

17  Anne Penachio never actually picked it up.  It's here in the

18  papers that I submitted to Your Honor.

19           And they submitted papers to Your Honor in the Court.

20  There's a letter here to Your Honor here.  It's presented in

21  August.  It says U.S. Bankruptcy Court, Honorable Judge Wiles.

22  This is a letter to you.

23           THE COURT:  All right.  I'm not doing this anymore.

24  I'm not repeating myself anymore.  Okay.

25           MS. NESTOR CASSINI:  I don't want you to, Your Honor.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

34

1        THE COURT:  I'm not reconsidering.  I've explained

2   myself to you.  I know you're having a hard time accepting it

3   because you don't like it.  But I've explained myself to you.

4   I've explained that Peggy filed for bankruptcy.  Her assets are

5   subject to bankruptcy.

6        MS. NESTOR CASSINI:  It was done incorrectly, I

7   stated.

8        THE COURT:  They are subject to various secured loans.

9   I appointed a trustee.

10        MS. NESTOR CASSINI:  That was a mistake.

11        THE COURT:  That decision is final.  And I ordered

12   that the trustee take possession of the townhouse and hear

13   from --

14        MS. NESTOR CASSINI:  Where am I supposed to be?  Where

15   am I supposed to live, Your Honor?

16        THE COURT:  I don't know.

17        MS. NESTOR CASSINI:  My properties were stolen from

18   me.  Where am I supposed to go?  And where is she -- that's her

19   only property in the world.  Where is she supposed to go?

20   She's supposed to stay on the street?

21        You said the last time we were here that we should

22   have a meeting with the Lynx people and get rid of it, which

23   we're happy to do.  We were happy to do a year ago.  It got

24   kind of screwed up by the attorney that was handling this that

25   put Peggy into this situation in the first place.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

35

1          THE COURT:  Okay.

2          MS. NESTOR CASSINI:  Is that still on the table?

3          THE COURT:  You can always talk to Lynx.

4          MS. NESTOR CASSINI:  We want to get rid of it.  We

5     want to get out of it.  And she wants to get out of it.

6          THE COURT:  You can always talk to Lynx.  If you can

7     work something out, then I don't think the trustee has any

8     objection.

9          MS. NESTOR CASSINI:  No, I can't deal with him.  You

10    don't understand.  He is very nasty.  Very nasty.  You have to

11    get somebody else, Your Honor.  I spoke with Pedro.  You have

12    other people that you work with besides Al Togut's group, the

13    Togut team.

14         He's horrible.  I sent mountains of papers, and they

15    never even address it they got it.  A ton of papers were taken

16    by Rosie Baiamonte, the illegally-appointed receiver, which

17    directly responds to your thing about papers.  It's right here.

18    She took a lot of stuff out of the building.

19         I can't, Your Honor.  He's an impossibility.  He's

20    been very rude to me.  He's horrible.  I can't do it, deal with

21    him.

22         THE COURT:  You don't want to, but you can and you

23    have to.

24         MS. NESTOR CASSINI:  No.  No, Your Honor, I don't

25    think I'm a -- I think, you got other people, according to the

1  guys who work for you.  According to Pedro and Jon (ph.), you

2  have other people --

3          THE COURT:  First of all --

4          MS. NESTOR CASSINI:  -- besides the Togut team.

5          THE COURT:  -- the trustee is appointed by the Office

6  of the United States Trustee and then confirmed by me.  I'm not

7  changing it just because you don't like him when in all of my

8  experience --

9          MS. NESTOR CASSINI:  It's not that I don't like him.

10  He has been rude to me and abusive.

11          THE COURT:  In all of my experience with him, he has

12  never been that way.

13          MS. NESTOR CASSINI:  In all of my experiences, he's

14  been awful.

15          THE COURT:  Okay.  All right.

16          MS. NESTOR CASSINI:  And that's being very honest.

17          THE COURT:  I have another matter that's been waiting

18  for twenty minutes --

19          MS. NESTOR CASSINI:  Okay.  Your Honor, I have all

20  this --

21          THE COURT:  -- that I need to get to.

22          MS. NESTOR CASSINI:  -- stuff I want to give you

23  anyway.

24          THE COURT:  What?

25          MS. NESTOR CASSINI:  I'll put it as part of the

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

1   matter.

2          THE COURT:  What stuff?  I told you I don't want that.

3   It's irrelevant to anything in front of me.

4          MS. NESTOR CASSINI:  Okay.  So I should put --

5          THE COURT:  It's all about the state court.

6          MS. NESTOR CASSINI:  -- in a motion about this?

7          THE COURT:  I don't see what motion that would

8   conceivably be relevant to.

9          MS. NESTOR CASSINI:  I'll come up with one.

10          THE COURT:  Okay.  If you come up with one, you can

11   file it with the clerk.

12          MS. NESTOR CASSINI:  I also wrote to you May 1st, 2024

13   regarding this.  Is there any answer to this, Your Honor?

14          THE COURT:  I do not respond to letters.  I do not

15   respond to emails.  You have to make a motion.  We've told you

16   that --

17          MS. NESTOR CASSINI:  Okay.

18          THE COURT:  -- more times than I can count.

19          MS. NESTOR CASSINI:  This was not a motion.

20          THE COURT:  You have to stop sending us letters,

21   emails.  They are improper, ex parte communications.  We're not

22   going to open them.  We're just not even going to pay attention

23   to them.

24          MS. NESTOR CASSINI:  No, I didn't -- you said to drop

25   them here at the desk of 614.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

38

```
 1            THE COURT:  Yeah, but you can't just -- you can't

 2  just --

 3            MS. NESTOR CASSINI:  You said to put --

 4            THE COURT:  -- hand them papers that don't relate to a

 5  request for relief.

 6            MS. NESTOR CASSINI:  Well, you said to get them to

 7  stamp them.

 8            THE COURT:  If they're relevant to an application that

 9  you're making.

10            MS. NESTOR CASSINI:  It's all relevant.  The fact that

11  I'm here is relevant.

12            THE COURT:  Okay.  I've had it.  Enough.  I've got to

13  move to this other matter.

14            MS. NESTOR CASSINI:  Okay.  Your Honor --

15            THE COURT:  Enough.

16            MS. NESTOR CASSINI:  -- let me just recount.  You're

17  going to give me --

18            THE COURT:  I'm losing patience because  --

19            MS. NESTOR CASSINI:  Don't lose patience, please.

20            THE COURT:  -- you're not listening to me, and you're

21  not facing reality.  Okay.

22            MS. NESTOR CASSINI:  I am facing reality.  It's you.

23            THE COURT:  You're not.  You're not.  You're not

24  acknowledging your own fault in --

25            MS. NESTOR CASSINI:  That's not true.
```

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

39

1      THE COURT:  -- the situation that you're finding

2  yourself in.  That's the problem.

3      MS. NESTOR CASSINI:  I don't believe you're correct,

4  Your Honor, on that.

5      THE COURT:  Okay.

6      MS. NESTOR CASSINI:  You're a very important man.

7  You're a very highly educated person.  Georgetown and I think

8  the school in New Haven, you went to both of those.  You're

9  very highly educated.  You were with a very important law firm.

10  I have the highest respect for you.

11      I'm just begging you to be reasonable with me.  I need

12  my property.  I need to get into my property.  And if he's

13  having all these people there on an open house, why can't I go

14  into my own place?  A lot of that stuff belongs to me in that

15  house, and it's mine.  My property has nothing to do with my

16  sister.

17      THE COURT:  For the last -- for the last time, you

18  can --

19      MS. NESTOR CASSINI:  I can't talk to him.

20      THE COURT:  See, you already even knew what I was

21  going to tell you.  You know what my ruling is.  You just don't

22  like it.  And you can ask --

23      MS. NESTOR CASSINI:  I'm begging you to reconsider.

24      THE COURT:  -- me a million times -- no.  How many

25  times do I have to say no?  You cannot go into the house

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

40

1  unsupervised.  Okay.

2          MS. NESTOR CASSINI:  That, I understand.  I can't go

3  into my own house unsupervised.  I would like a guy like him.

4  He could watch if he wants.

5          THE COURT:  I don't think he's volunteering.

6          MS. NESTOR CASSINI:  I think he would.  Would you like

7  to --

8          UNIDENTIFIED SPEAKER:  I can't.

9          MS. NESTOR:  He can't.  He said he can't.  He's got a

10  prior engagement.

11          MR. BERGER:  Judge, Neil Berger for the trustee.  I

12  believe I have been.  I will continue to be accommodating.  We

13  will contact --

14          MS. NESTOR CASSINI:  That's not true.

15          MR. BERGER:  -- the U.S. Marshal, and someone from the

16  U.S. Marshals will be with Ms. Nester., Marianne Nestor, Peggy

17  Nestor.  The niece may want to go in --

18          MS. NESTOR CASSINI:  Who is Denise?  Who is Denise?

19          MR. BERGER:  And when they want --

20          MS. NESTOR CASSINI:  Who is Denise?

21          THE COURT:  The niece.

22          MR. BERGER:  The niece.

23          THE COURT:  Your niece.

24          MR. BERGER:  Your niece that was --

25          MS. NESTOR CASSINI:  Oh, I thought she said Denise.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

41

1          MR. BERGER:  -- here earlier today when they want to

2     retrieve --

3          THE COURT:  Yes.

4          MR. BERGER:  -- their personal belongings.

5          MS. NESTOR CASSINI:  This is -- (indiscernible).

6          MR. BERGER:  Your Honor, I believe I said it last

7     time.  I'll repeat it again today.  We are taking an inventory

8     of what is in --

9          MS. NESTOR CASSINI:  Of my personal stuff.

10         MR. BERGER:  -- the property.  I'm happy to share it

11    with both Marianne and Peggy Nestor.  The U.S. Marshal

12    requested a copy of it.  We'll provide it to them.

13         We are trying as best as we can to be transparent.

14    Whenever we seek relief from Your Honor, we will serve both Ms.

15    Nestors, who are here today, other parties-in-interest so

16    everyone has an opportunity to see what we're doing and have an

17    opportunity to be heard.

18         The elevator invoice that I mentioned earlier in my

19    presentation is addressed to Peggy Nestor.

20         MS. NESTOR:  What did you say?  Did you name me?

21         MR. BERGER:  I'm sorry.

22         MS. NESTOR:  I didn't hear it.

23         MR. BERGER:  I'll repeat it.  I'm sorry.

24         The invoice that we discovered on premises, the way we

25    found our way to the elevator maintenance company, that invoice

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

42

1  is addressed to Ms. Peggy --

2          MS. NESTOR:  It's in our papers.  You could get it in

3  our papers.

4          MS. NESTOR CASSINI:  That was part of one of those --

5          MS. NESTOR:  Please don't try to make us feel bad.

6          MS. NESTOR CASSINI:  -- monthly reports with --

7          MR. BERGER:  Peggy Nestor, Your Honor.

8          MS. NESTOR CASSINI:  -- Anne Penachio.  Repair of the

9  elevator.

10          MS. NESTOR:  Anne has all the information.

11          THE COURT:  Okay.

12          MS. NESTOR:  I'm sorry.

13          THE COURT:  All right.

14          MS. NESTOR:  I mean, I can't hear that.

15          MS. NESTOR CASSINI:  Your Honor, the elevator was in

16  the monthly reports that --

17          THE COURT:  Very good.  Very good.

18          MS. NESTOR CASSINI:  -- it's 306 dollars a month, and

19  we pay --

20          THE COURT:  I don't need to hear back-and-forth

21  about --

22          MS. NESTOR CASSINI:  No, but I'm just telling you, he

23  said that the elevator, nobody told him.  It's not true.  It

24  was in the monthly reports delivered to Anne Penachio, who

25  apparently never gave it to anybody.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

43

1          THE COURT:  He didn't say nobody told him.  He said he

2    didn't realize it.  And I don't care whether he should have or

3    not because it's just not important.  Okay.  The elevator,

4    whether he knew or should have known who the maintenance

5    company was is not important to anything in front of me today.

6          MS. NESTOR CASSINI:  Well, he brought it up.

7          THE COURT:  Okay.  He just explained what --

8          MS. NESTOR CASSINI:  Excuse me.  We are not hiding

9    anything.

10          THE COURT:  Just, he didn't --

11          MS. NESTOR CASSINI:  It's so embarrassing to have

12    someone go through --

13          THE COURT:  -- he didn't accuse you of hiding

14    anything.  He just explained --

15          MS. NESTOR CASSINI:  No, Your Honor.

16          THE COURT:  -- what he's doing.

17          MS. NESTOR CASSINI:  Somebody going through all my

18    personal stuff, I mean, it's so horrible.

19          THE COURT:  Okay.  That's it.  That's it.

20          MS. NESTOR CASSINI:  No, I can't say --

21          THE COURT:  I have to move on.  That's it.  That's it.

22    That's it.

23          MS. NESTOR CASSINI:  I understand.

24          THE COURT:  We're finished.

25          MS. NESTOR CASSINI:  I understand.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

44

1          THE COURT:  I'm moving on.  I'm moving on to another

2    man.

3          MS. NESTOR CASSINI:  You have to speak with Peggy,

4    please, Your Honor.

5          MS. NESTOR:  Did you want to speak with me, Your

6    Honor?

7          THE COURT:  Did you have something you wanted to raise

8    with me?  Did you have something you wanted to raise with me?

9          MS. NESTOR CASSINI:  Yes.

10         MS. NESTOR:  Yes.  I actually just wanted to come back

11   to the beginning.  Oh, (indiscernible) microphone.

12         When I went -- I went with Marianne to a meeting in

13   April in 2023.  I was not a party to anything at that point.

14         THE COURT:  Just move the microphone so you're

15   speaking more --

16         MS. NESTOR:  (Indiscernible) --

17         THE COURT:  That's better.

18         MS. NESTOR:  And I have one personal mortgage in my

19   name since 2010, which I have personally paid all the time.  At

20   that time that when I went and met with Anne in -- actually,

21   she was meeting with Marianne.  And I had already paid April,

22   and I had already prepaid May.  And everything was up to date.

23   I was in negotiating with the Lynx Asset group, Ms. Volkov, but

24   mostly with Mike Alfieri, who was the head of the group.  And

25   he was okay on settling.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

45

1        I had had, just to let you know, since the attack on

2   Marianne in 2018, where she was pulled off the street

3   unexpectedly by another court, the same group of people, also

4   Farrell Fritz, where Veronique Urban worked for eleven years

5   prior to her coming on board to ask you to get a trustee

6   against me.  So that, I felt, was a conflict of interest,

7   which, when I found out about it, I looked her up on the

8   internet, and I told that to Anne and her brother Frank.

9        Anyway, at the meeting in April of 2023, I had

10  everything up to date.  And they were talking to Marianne about

11  different things and so forth.  And they said, because of the

12  complications of the Nassau County group that she was

13  resolving, it would be easier if you do it.  And I said, I've

14  never been bankrupt.  I wouldn't want to be bankrupt in any

15  way.  They said, no, you could do Chapter 11, which is a

16  corporate bankruptcy, which you can eliminate your debt and so

17  forth.  And I had looked it up also, the Chapter 11 debtor-in-

18  possession.  So I printed that out on the internet.

19       I also have here -- so that was my understanding, that

20  it was a business thing, which was a business loan, and then

21  money was standing by with this group, SMP, and which they

22  later wrote a couple of months later to Your Honor in the Court

23  to illustrate that they had the funding to remove that second

24  late loan or mortgage.

25       A year later, the price of the -- she said to me, oh,

1   it's gone up two million dollars.  That is crazy, when all the

2   money was there in the time in April.  And I can submit the

3   papers to the Court, if you'll allow me, to show that.

4   However --

5         THE COURT:  No, because here -- let me explain.

6         MS. NESTOR:  -- I still have to get an attorney.

7         THE COURT:  What's happened is --

8         MS. NESTOR:  Sorry.

9         THE COURT:  -- whether you think you could or --

10        MS. NESTOR:  I just want to explain me.

11        THE COURT:  Just let me explain something.

12        MS. NESTOR:  Okay.  Go ahead.

13        THE COURT:  Whatever your dealings with Lynx were,

14   they got a foreclosure judgment.

15        MS. NESTOR:  Yes.

16        THE COURT:  And they were on the eve of a foreclosure

17   sale when you stopped it by filing for bankruptcy.

18        MS. NESTOR:  That's right.  That's right.  That was

19   the reason they had to run the meeting.

20        THE COURT:  So when the bankruptcy was filed, you were

21   not on the verge of a deal with Lynx.  You were on the verge of

22   Lynx --

23        MS. NESTOR:  Absolutely.

24        THE COURT:  -- foreclosing on your property?

25        MS. NESTOR:  That was why --

24-01342-mew   Doc 21   Filed 05/15/24   Entered 05/17/24 09:42:07   Main Document
Pg 47 of 62
**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

47

1          THE COURT:  We gave you time at the beginning of the

2     case if you thought that you could refinance.  And nobody ever

3     came forward.  In this court, nobody ever came forward with a

4     refinancing proposal that would have allowed these debts to be

5     paid.

6          MS. NESTOR:  Okay.

7          THE COURT:  Lynx was clamoring for relief from the

8     automatic stay because it was being held in abeyance.  And I

9     informed your counsel, and I believe the two of you were on the

10    phone, many times that I needed a way of dealing with this.

11    Either a sale or a refinancing had to be pursued.  I was not

12    going to make Lynx and the other secured creditors wait

13    forever, at which point, you agreed to a sale process.  Okay.

14          I have appointed a trustee because that process wasn't

15    moving and because of the way assets were used without my

16    approval.  And now the trustee is in charge of the sale

17    process.  I don't want to hear about whether you don't think

18    you should have filed for bankruptcy, whether you don't like

19    the advice you got from Ms. Penachio, whether you think, before

20    the foreclosure, you could have worked things out with Lynx or

21    not.  It has nothing to do with where we actually find

22    ourselves today.  Okay.

23          MS. NESTOR:  Thank you for hearing what I understood.

24    And I hope that you believe me.  I have papers to show that and

25    so forth.  And I have papers to show that the funding was

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

48

1   available then when the amount had gone up to seventeen.

2           I also have -- I also have, since 2018 -- well, and

3   specifically, from the people on Long Island.  They had a

4   credit bid with the attorney -- for the attorney that was for

5   the public administrator.  And he did a credit bid

6   (indiscernible) office on the property.  Somewhere against

7   Marianne, who had a -- she had an IRA in her name.  And they

8   said that it belonged to her, that it was in her name since

9   1996.  And so they built up something of interest on that.

10          And so he did a credit bid on that for fifty percent

11  of the building and so forth.  And then money was being raised

12  for that to get rid of that.  It like a conglomeration of a

13  group of lawyers.  And I'm not insulting any lawyer.  My

14  grandson wants to be a lawyer.  I have two nephews that are

15  lawyers.  So I highly respect the legal field.

16          I had a firm, Loeb & Loeb, working for me, and they

17  created many of the papers that I submitted to Anne showing all

18  what had gone on previously.  And then when -- and we did --

19  they tried to do a partition sale, and then I did a quiet title

20  on that.  And Judge Saunders in the Supreme had moved it to the

21  side, and we had the -- that, we were rid of that.  And then I

22  have tried to work with raising funds for this growing amount

23  of money for Lynx Assets Mike Alfieri.  I had five

24  conversations on that and so forth, and I had the funding ready

25  to go on this.

**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

49

1          And it's still relevant though.  Like, like, that was
2    the crux of the matter, was the problem of the Lynx Asset.  But
3    it's been a very long, disturbing time.  It's eighteen years
4    since Oleg passed away.  And it's been since 2018, where there
5    was a hostile takeover of various companies for property and
6    everything inside.

7          So it's been incredibly distressful.  If we could all
8    put ourselves and walk a mile in our own moccasins, we would
9    understand how destructive it has been for her personally.
10   Because with me, I can get by with things.  I would also
11   even --

12          THE COURT:  But -- here's a problem.

13          MS. NESTOR:  -- I (indiscernible) sublease it, Your
14   Honor.

15          THE COURT:  Here's a problem.

16          MS. NESTOR:  I did.  I went to through the top of
17   the --

18          THE COURT:  You've lost a lot of judgments.

19          MS. NESTOR:  (Indiscernible).

20          THE COURT:  The surrogate's court has entered
21   judgments, orders, all kinds of rulings against you.  And your
22   reaction to all of it is that it's a big, personal affront.
23   But there's reasons why courts decide things, and they've
24   decided a lot of things against you.  At some point, you have
25   to obey the orders that are entered and live with them.

24-01342-mew   Doc 21   Filed 05/15/24   Entered 05/17/24 09:42:07   Main Document
Pg 50 of 62
**PEGGY NESTOR; TOGUT V. NESTOR, ET AL.**

50

1        MS. NESTOR:  Sure.  But you're also allowed to appeal.

2    And the appellate term too was appealed.  And they turned over

3    everything that was decided by the (indiscernible) court.

4        THE COURT:  I would think that twenty years of

5    litigation is --

6        MS. NESTOR:  Judge (Indiscernible) --

7        THE COURT:  -- an awful lot.

8        MS. NESTOR:  -- three other judges were the

9    (indiscernible) --

10       THE COURT:  Okay.  I really have to move on to another

11   matter here.

12       MS. NESTOR:  I'm sorry.  We were late coming here.

13       THE COURT:  Yeah.

14       MS. NESTOR:  I appreciate it.

15       THE COURT:  That's all right.

16       MS. NESTOR CASSINI:  Your Honor, one more thing --

17       MS. NESTOR:  I have also --

18       MS. NESTOR CASSINI:  -- I don't have any documents.

19   Everything was turned over, and the rest of the documents were

20   seized.

21       MS. NESTOR:  Yeah.

22       MS. NESTOR CASSINI:  I have no documents to give to

23   this gentleman.

24       THE COURT:  If you don't have them, tell them.  If you

25   don't have them, tell them that.

1        MS. NESTOR CASSINI:  So I'll give him back his

2    subpoena.

3        THE COURT:  If you know where they are, tell them

4    where they are.

5        MS. NESTOR CASSINI:  So I'll give him back his

6    subpoena.

7        THE COURT:  No, you keep the subpoena.  You don't give

8    it back to him.  You just respond to the subpoena.  If you say

9    you don't have anything --

10       MS. NESTOR CASSINI:  I don't have anything.

11       THE COURT:  -- that's what you tell him.  Huh?  What

12   is that?

13       MS. NESTOR:  I just, it's a little hard to hear.  I've

14   had an infection, that's why --

15       THE COURT:  I was talking to your sister.  She was

16   asking --

17       MS. NESTOR:  Oh, okay.

18       THE COURT:  -- to return the subpoena.

19       MS. NESTOR:  I'm done, then.

20       THE COURT:  Okay.  Thank you.

21       All right.  I have to move on to the Mercon Coffee

22   Corporation case, where I have people waiting on the telephone.

23       MS. NESTOR CASSINI:  I don't know what I'm supposed to

24   do, but I don't even -- (audio ends mid-sentence).

25       (Whereupon these proceedings were concluded at 11:33 AM)

52

C E R T I F I C A T I O N

I, River Wolfe, certify that the foregoing transcript is a true

and accurate record of the proceedings.

_____

River Wolfe (CDLT-265)

TTA-Certified Digital Legal Transcriber

eScribers

7227 North 16th Street, Suite #207

Phoenix, AZ 85020

Date:  May 13, 2024

## A

abeyance (1)
47:8
ability (1)
21:24
able (3)
8:14;12:2,3
Absolutely (3)
15:19;16:4;46:23
abusive (3)
32:2,3;36:10
accept (3)
22:9,10;24:16
accepted (1)
16:7
accepting (2)
17:3;34:2
access (1)
31:23
accommodated (1)
10:21
accommodating (1)
40:12
according (4)
6:3;16:6;35:25;
36:1
Accordingly (1)
15:2
accusation (1)
19:10
accuse (1)
43:13
acknowledging (1)
38:24
across (2)
28:7;32:22
action (1)
18:17
actually (8)
10:2;19:17;28:17;
29:1;33:17;44:10,20;
47:21
addition (1)
11:22
additional (2)
12:14,19
address (3)
9:6;13:4;35:15
addressed (2)
41:19;42:1
addresses (1)
9:5
administrator (2)
18:1;48:5
adversary (2)
5:15;8:5;13:10
advice (2)
23:1;47:19
advised (2)
8:11;22:19
affidavit (1)

5:16
affront (1)
49:22
again (6)
5:19;8:2;11:13;
13:22;14:2;41:7
against (6)
18:18;25:21;45:6;
48:6;49:21,24
aggrieved (1)
17:8
ago (3)
5:13;24:5;34:23
agreed (1)
47:13
ahead (1)
46:12
Al (2)
27:2;35:12
alarm (2)
11:24;14:8
Albert (1)
8:3
Alexander (1)
13:21
Alexandra (1)
5:18
Alfieri (3)
33:16;44:24;48:23
allow (1)
46:3
allowed (2)
47:4;50:1
always (2)
35:3,6
amount (3)
6:7;48:1,22
angry (1)
30:16
Anne (15)
8:9;16:15;18:24;
22:20;25:22;26:2;
29:9,18;33:17;42:8,
10,24;44:20;45:8;
48:17
antique (1)
16:2
antiques (1)
23:10
anymore (2)
33:23,24
apartments (3)
15:2,2;19:25
apologize (1)
7:2
apparently (2)
6:15;42:25
appeal (7)
25:4,5,9,17;26:13;
33:9;50:1
appealed (1)
50:2
appealing (1)

25:10
appeared (1)
22:14
appellate (2)
17:5;50:2
application (1)
38:8
appointed (5)
12:9,13;34:9;36:5;
47:14
appointing (1)
30:1
appointment (1)
16:20
appreciate (2)
28:13;50:14
approval (3)
10:25;11:2;47:16
April (4)
44:13,21;45:9;46:2
argument (1)
18:10
arm (2)
23:15;28:4
around (1)
23:12
arrangements (1)
5:25
art (2)
16:2;23:10
assert (1)
20:4
asserting (1)
19:16
Asset (4)
4:3;33:16;44:23;
49:2
assets (5)
18:5,8;34:4;47:15;
48:23
Associates (1)
8:8
attack (1)
45:1
attempt (1)
15:18
attend (1)
22:21
attention (1)
37:22
attorney (13)
7:11,15,15,9:22,23;
10:6;25:22;26:5;
29:10;34:24;46:6;
48:4,4
Attorneys (3)
4:3;10:8;15:22
audio (1)
51:24
August (1)
33:21
authority (1)
13:7

authorized (3)
11:4,5;21:24
automatic (1)
47:8
available (2)
14:4;48:1
Avenue (1)
4:4
awakened (1)
21:3
aware (1)
22:14
away (1)
49:4
awful (7)
15:5;27:2,6,10,25;
36:14;50:7

## B

back (11)
11:13;21:21,23;
27:5;31:9,9,9;44:10;
51:1,5,8
back-and-forth (1)
42:20
background (2)
16:22;18:4
bad (1)
42:5
Baiamonte (3)
16:19;17:5;35:16
Baiamonte's (1)
16:19
baloney (1)
31:8
bankrupt (4)
23:1,3;45:14,14
bankruptcy (10)
15:3,17;29:12;
33:21;34:4,5;45:16;
46:17,20;47:18
bare (2)
16:12,12
Barnosky (2)
15:23;30:25
based (1)
31:4
basically (2)
25:23;29:10
basis (1)
19:14
Bear (1)
16:25
bed (1)
19:11
begging (2)
39:11,23
beginning (3)
30:20;44:11;47:1
behalf (1)
8:16
belong (1)

15:3
belonged (1)
48:8
belongings (4)
5:22;14:1,6;41:4
belongs (2)
18:14;39:14
benefit (1)
13:20
BENSINGER (1)
4:2
bequest (1)
31:7
Berger (35)
5:2,8,9;6:12,16,19;
7:20,23;8:1,2,2,9:1,4,
8,15,19;10:6,14;11:1,
7,8,8;40:11,11,15,19,
22,24;41:1,4,6,10,21,
23;42:7
besides (4)
19:24;32:1;35:12;
36:4
best (2)
12:19;41:13
better (1)
44:17
beyond (1)
13:12
bid (3)
48:4,5,10
big (3)
23:21,25;49:22
bill (1)
15:12
bit (2)
7:19;12:23
board (1)
45:5
books (1)
15:19
border (2)
28:7;32:22
born (3)
28:7,7,8
both (7)
5:5;13:20;14:24;
18:7;39:8;41:11,14
bothered (1)
27:8
brand (1)
33:1
break (1)
10:15
breakdowns (1)
6:6
break-in (1)
11:4
briefly (1)
13:23
bring (2)
21:20,23
broke (3)

21:22;23:16,18
**broker (1)**
    12:16
**brokers (1)**
    12:18
**brother (1)**
    45:8
**brought (3)**
    5:14;11:12;43:6
**budget (1)**
    13:6
**building (4)**
    16:13;23:9;35:18;
    48:11
**built (2)**
    33:1;48:9
**business (6)**
    5:23;13:24;33:5,6;
    45:20,20
**busy (3)**
    11:10;12:20;13:14

**C**

**California (2)**
    31:4,5
**call (2)**
    7:5;27:8
**called (5)**
    13:25;15:14;22:22;
    27:5,5
**calls (1)**
    6:4
**came (2)**
    47:3,3
**can (26)**
    6:5;11:2;13:11,16;
    14:3,5,6;18:8;20:2;
    22:10,24;25:5;30:9;
    32:18;35:3,6,6,22;
    37:10,18;39:18,22;
    41:13;45:16;46:2;
    49:10
**card (2)**
    5:23;13:24
**care (1)**
    43:2
**case (9)**
    7:13;10:2,5;12:25;
    15:24;25:21;31:4;
    47:2;51:22
**cash (1)**
    13:3
**CASSINI (168)**
    4:13;6:23,25;7:2,5,
    10,16,22,24;8:1,22;
    9:3;14:11,12,16,19;
    16:5,24;17:7,10,14,
    17,20,24;18:3,7,11,
    13,16,19,21,23;19:2,
    17,21,24;20:2,6,10,
    14,16,18,22;21:1,4,7,
    9,14,17,19,22;22:3,7,

9,13,18;24:6,11,14,
18,22,24;25:3,7,12,
15,17;26:2,5,7,10;
27:1,4,7,11,15,17,21,
24;28:11,12,17,21;
29:5,9,15,21,24;30:1,
5,8,13,18,21;31:22,
25;32:4;33:1,5,8,13,
15,25;34:6,10,14,17;
35:2,4,9,24;36:4,9,13,
16,19,22,25;37:4,6,9,
12,17,19,24;38:3,6,
10,14,16,19,22,25;
39:3,6,19,23;40:2,6,
14,18,20,25;41:5,9;
42:4,6,8,15,18,22;
43:6,8,11,15,17,20,23,
25;44:3,9;50:16,18,
22;51:1,5,10,23
**Castellano (2)**
    5:19;13:21
**cents (1)**
    16:3
**Certainly (1)**
    11:2
**certificate (2)**
    15:1;19:25
**cetera (3)**
    18:1;32:21,21
**challenge (1)**
    19:15
**chance (2)**
    6:9;17:23
**change (4)**
    19:7,9,10;33:14
**changed (1)**
    14:24
**changing (1)**
    36:7
**Chapter (7)**
    5:9;8:3;13:1;15:17;
    29:12;45:15,17
**charge (1)**
    47:16
**charged (1)**
    31:1
**charging (1)**
    31:2
**check (1)**
    11:24
**Chicklet (1)**
    31:18
**citizen (3)**
    28:6;31:13;32:23
**City (1)**
    32:24
**clamoring (1)**
    47:7
**cleaning (1)**
    12:22
**clerk (1)**
    37:11
**clothes (1)**

31:15
**clothing (1)**
    5:22
**Coffee (1)**
    51:21
**colleague (1)**
    5:10
**collected (1)**
    23:10
**coming (3)**
    11:24;45:5;50:12
**commenced (1)**
    18:17
**comments (1)**
    11:17
**communications (1)**
    37:21
**companies (3)**
    30:20,22;49:5
**company (5)**
    12:5;16:5;30:21;
    41:25;43:5
**complaining (3)**
    21:12;22:17;33:11
**complications (1)**
    45:12
**conceivably (1)**
    37:8
**concluded (1)**
    51:25
**conference (2)**
    5:14;13:9
**confident (1)**
    5:17
**confirm (1)**
    14:2
**confirmed (3)**
    13:25;19:5;36:6
**conflict (1)**
    45:6
**conglomeration (1)**
    48:12
**connection (1)**
    19:3
**Connor (2)**
    5:18;13:21
**Consistent (1)**
    12:17
**contact (3)**
    11:1;14:2;40:13
**contacted (6)**
    5:12;6:10,11;12:18;
    13:18;16:16
**contacting (1)**
    32:15
**continue (1)**
    40:12
**contract (1)**
    32:13
**contravention (1)**
    15:8
**control (3)**
    11:9;19:16;25:25

**convenient (1)**
    19:11
**conversations (1)**
    48:24
**cooperate (1)**
    21:25
**cooperated (2)**
    21:5,7
**cooperating (1)**
    21:13
**coownership (1)**
    14:21
**copy (3)**
    8:10;16:6;41:12
**corporate (3)**
    29:12,17;45:16
**corporation (2)**
    23:2;51:22
**cost (2)**
    12:6,23
**costly (1)**
    12:21
**costs (1)**
    32:14
**counsel (3)**
    8:10;13:18;47:9
**count (1)**
    37:18
**countless (1)**
    16:10
**County (2)**
    15:23;45:12
**couple (1)**
    45:22
**course (1)**
    24:9
**COURT (209)**
    5:2;6:2,6,14,17,21,
    24;7:1,4,7,15,20,25;
    8:11,25;9:9,13,18,21;
    10:10,12,19,24;14:10,
    14,17,21;15:8;16:21;
    17:5,6,8,13,16,18,22,
    25;18:2,5,9,12,14,17,
    20,22,25;19:3,19,23;
    20:1,4,9,13,15,17,20,
    23;21:3,5,8,12,15,18,
    20,23;22:5,8,10,16,
    19;24:5,8,12,17,21,
    23;25:1,5,6,8,8,11,13,
    14,16,25;26:4,6,9,25;
    27:3,6,10,13,16,18,
    22;28:11,15,19;29:3,
    7,14,20,23,25;30:4,6,
    10,14,17;31:21,23;
    32:3;33:4,7,10,14,19,
    21,23;34:1,8,11,16;
    35:1,3,6,22;36:3,5,11,
    15,17,21,24;37:2,5,5,
    7,10,14,18,20;38:1,4,
    8,12,15,18,20,23;
    39:1,5,17,20,24;40:5,
    21,23;41:3;42:11,13,

17,20;43:1,7,10,13,
16,19,21,24;44:1,7,
14,17;45:3,22;46:3,5,
7,9,11,13,16,20,24;
47:1,3,7;49:12,15,18,
20,20;50:3,4,7,10,13,
15,24;51:3,7,11,15,
18,20
**courtroom (3)**
    8:21,23;13:22
**courts (1)**
    49:23
**Court's (1)**
    24:15
**CourtSolutions (1)**
    22:23
**covering (1)**
    12:10
**crazy (1)**
    46:1
**created (1)**
    48:17
**credit (3)**
    48:4,5,10
**creditor (1)**
    13:8
**creditors (1)**
    47:12
**criminal (1)**
    28:2
**criticize (1)**
    20:20
**crux (1)**
    49:2
**currently (1)**
    13:9

**D**

**dangerous (1)**
    23:21
**date (5)**
    13:11;25:19,19;
    44:22;45:10
**David (1)**
    8:8
**day (3)**
    5:20;11:11;13:5
**days (3)**
    5:13;16:10;25:9
**day-to- (1)**
    13:4
**deal (3)**
    35:9,20;46:21
**dealer (1)**
    28:3
**dealing (1)**
    47:10
**dealings (1)**
    46:13
**debt (1)**
    45:16
**debtor (2)**

5:5,25
**debtor-in- (1)**
  45:17
**debts (1)**
  47:4
**decide (1)**
  49:23
**decided (2)**
  49:24;50:3
**decision (1)**
  34:11
**deed (7)**
  8:11,14;14:23,25;
  16:14,14;19:23
**defend (1)**
  15:18
**definitely (1)**
  26:12
**delayed (1)**
  7:18
**delays (2)**
  5:4,5
**delivered (2)**
  8:12;42:24
**Denise (4)**
  40:18,18,20,25
**Department (1)**
  17:2
**depending (1)**
  19:10
**desk (1)**
  37:25
**destroy (1)**
  15:8
**destroyed (2)**
  15:9;30:20
**destruction (1)**
  8:6
**destructive (1)**
  49:9
**devastated (1)**
  16:2
**develop (1)**
  13:6
**different (6)**
  6:21;26:15,20;32:5,
  5;45:11
**DIP (3)**
  12:24;13:7;14:8
**directly (1)**
  35:17
**dirt (1)**
  32:21
**disappeared (1)**
  31:8
**disappears (1)**
  31:7
**DiSciullo (1)**
  7:16
**discovered (1)**
  41:24
**disgusting (1)**
  16:4

**dissipation (1)**
  15:18
**distressful (1)**
  49:7
**district (4)**
  25:6,8,11,13
**disturbing (1)**
  49:3
**divided (1)**
  20:2
**division (1)**
  17:5
**docket (3)**
  5:15,16;19:1
**documents (6)**
  8:15;16:17,18;
  50:18,19,22
**dogs (1)**
  31:17
**dollar (1)**
  16:3
**dollars (5)**
  12:12;32:12,13;
  42:18;46:1
**dollars' (1)**
  15:11
**done (9)**
  7:14;15:12;24:1;
  25:7;28:2;32:18,20;
  34:6;51:19
**door (4)**
  21:22;23:17,17,18
**dope (1)**
  28:8
**down (3)**
  21:22;23:17,18
**downstairs (1)**
  6:17
**drop (1)**
  37:24
**drug (1)**
  28:3
**due (2)**
  12:21;16:7
**during (1)**
  28:23

**E**

**earlier (4)**
  10:16;23:19;41:1,
  18
**easier (1)**
  45:13
**East (3)**
  10:3;14:21;16:18
**educated (2)**
  39:7,9
**eighteen (1)**
  49:3
**either (3)**
  5:5;12:5;47:11
**electronically (1)**

14:20
**elevator (11)**
  12:3,5;14:8;32:10,
  11;41:18,25;42:9,15,
  23;43:3
**eleven (1)**
  45:4
**eliminate (1)**
  45:16
**else (7)**
  16:3;23:4;28:3,14;
  29:15;32:1;35:11
**email (2)**
  5:24;14:1
**emails (4)**
  22:17;29:23;37:15,
  21
**embarrassed (1)**
  22:1
**embarrassing (2)**
  20:6;43:11
**emotional (2)**
  28:14,15
**enable (1)**
  26:24
**end (1)**
  12:11
**ends (1)**
  51:24
**engagement (1)**
  40:10
**enormous (1)**
  23:21
**enough (3)**
  6:5;38:12,15
**entered (3)**
  8:4;49:20,25
**entire (4)**
  11:11;19:5;21:4;
  28:8
**entirely (1)**
  18:14
**entry (1)**
  25:10
**ESQ (1)**
  4:8
**Essentially (2)**
  19:13;24:9
**estopped (1)**
  18:10
**et (3)**
  18:1;32:21,21
**ETA (1)**
  5:6
**eve (1)**
  46:16
**even (10)**
  20:10;23:23;31:3,9;
  32:7;35:15;37:22;
  39:20;49:11;51:24
**Everybody (4)**
  16:23;23:4;28:23;
  32:5

**Everybody's (1)**
  32:4
**everyone (1)**
  41:16
**evicted (1)**
  31:18
**evidence (1)**
  8:6
**ex (1)**
  37:21
**except (1)**
  31:14
**excess (1)**
  12:11
**Excuse (4)**
  9:6,12;28:12;43:8
**Exhibit (2)**
  14:25;15:1
**existing (1)**
  13:8
**expenses (1)**
  12:22
**expensive (1)**
  13:15
**experience (2)**
  36:8,11
**experienced (2)**
  21:2;28:21
**experiences (1)**
  36:13
**expired (1)**
  31:4
**expires (2)**
  12:11;13:13
**explain (3)**
  46:5,10,11
**explained (5)**
  34:1,3,4;43:7,14
**Express (2)**
  8:7;15:12
**extremely (1)**
  7:6

**F**

**facing (2)**
  38:21,22
**fact (3)**
  15:15;28:18;38:10
**family (1)**
  23:4
**far (3)**
  12:16;20:21,24
**Farrel (1)**
  15:23
**Farrell (1)**
  45:4
**fault (2)**
  22:6,8,11;38:24
**Federal (2)**
  8:7;15:12
**feel (2)**
  17:8;42:5

**fees (4)**
  31:1,2,2,2
**feet (2)**
  16:12,12
**felt (1)**
  45:6
**few (1)**
  5:13
**field (1)**
  48:15
**fifteen (1)**
  12:11
**fifth (1)**
  23:18
**fifty (4)**
  16:8;20:3,3;48:10
**file (6)**
  25:9,11,17;30:11;
  33:9;37:11
**filed (12)**
  5:15;14:20,25;16:7,
  14;17:1,3;19:3;25:18;
  34:4;46:20;47:18
**files (1)**
  30:3
**filing (1)**
  46:17
**final (1)**
  34:11
**find (3)**
  13:1,6;47:21
**finding (1)**
  39:1
**fine (2)**
  30:15;32:12
**finish (1)**
  27:18
**finished (1)**
  43:24
**firm (5)**
  8:8,9;13:17;39:9;
  48:16
**First (7)**
  10:19;16:16;22:13;
  28:16;30:23;34:25;
  36:3
**five (1)**
  48:23
**fix (2)**
  12:6,6
**fixing (1)**
  32:12
**floor (4)**
  11:19,19;23:17,18
**Foley (2)**
  25:14,15
**folks (2)**
  11:12,22
**food (2)**
  11:21;31:17
**force (2)**
  18:20,22
**forced (1)**

21:3
**forceful (1)**
  15:6
**forcibly (2)**
  21:25;22:1
**foreclosing (1)**
  46:24
**foreclosure (3)**
  46:14,16;47:20
**foreseen (1)**
  13:4
**forever (1)**
  47:13
**former (1)**
  15:22
**forth (6)**
  26:11;45:11,17;
  47:25;48:11,24
**forward (2)**
  47:3,3
**found (3)**
  20:11;41:25;45:7
**fourteen (3)**
  17:12;23:11;25:9
**fourth (1)**
  23:17
**Frank (1)**
  45:8
**friendly (1)**
  25:20
**friends (1)**
  23:15
**Fritz (2)**
  15:24;45:4
**front (6)**
  13:10,12;24:23;
  25:2;37:3;43:5
**full (1)**
  12:13
**funding (3)**
  45:23;47:25;48:24
**funds (1)**
  48:22
**furniture (1)**
  23:10

**G**

**gather (2)**
  5:22;14:6
**gave (3)**
  5:23;42:25;47:1
**Gemeaux (1)**
  29:13
**gentleman (3)**
  15:7;32:6;50:23
**Georgetown (1)**
  39:7
**Germany (1)**
  28:23
**gets (2)**
  7:14;10:5
**girl (1)**

23:18
**gold (2)**
  15:24;30:25
**Good (4)**
  8:2;14:10;42:17,17
**grandson (1)**
  48:14
**greedy (1)**
  15:21
**group (9)**
  11:22;15:21;35:12;
  44:23,24;45:3,12,21;
  48:13
**growing (1)**
  48:22
**guy (4)**
  23:14,22;30:25;
  40:3
**guys (4)**
  23:22,25;28:25;
  36:1

**H**

**half (1)**
  16:13
**hand (2)**
  13:3;38:4
**handed (1)**
  13:24
**handing (1)**
  8:18
**handle (1)**
  26:24
**handled (1)**
  26:15
**handling (1)**
  34:24
**Hang (1)**
  16:21
**happen (3)**
  7:1;23:8;25:20
**happened (7)**
  7:8;17:9;22:24;
  30:16,18;32:17;46:7
**happening (1)**
  12:8
**happy (5)**
  6:13;9:17;34:23,23;
  41:10
**hard (3)**
  12:14;34:2;51:13
**haul (1)**
  15:21
**Haven (1)**
  39:8
**head (1)**
  44:24
**hear (7)**
  6:10;34:12;41:22;
  42:14,20;47:17;51:13
**heard (1)**
  41:17

**hearing (3)**
  5:18;6:21;47:23
**held (2)**
  22:15;47:8
**help (2)**
  8:13;11:2
**helped (1)**
  16:9
**here's (3)**
  30:2;49:12,15
**hideout (1)**
  23:19
**hiding (2)**
  43:8,13
**highest (1)**
  39:10
**highly (3)**
  39:7,9;48:15
**honest (1)**
  36:16
**Honor (74)**
  5:9,11,13,24;7:3,
  19;8:4,15,24;9:15,19;
  10:4,9;11:9,16;12:20;
  13:6,10,12,14;14:7,
  12,19,20,23;15:10;
  16:25;17:10,17;
  18:16;19:2,18,22;
  21:1,10;22:13;23:7;
  24:3,14;25:7;26:13;
  27:12,15,17;28:10;
  29:6,21;30:19;31:11,
  20;32:1;33:9,18,19,
  20,25;34:15;35:11,19,
  24;36:19;37:13;
  38:14;39:4;41:6,14;
  42:7,15;43:15;44:4,6;
  45:22;49:14;50:16
**Honorable (1)**
  33:21
**hope (1)**
  47:24
**hopefully (1)**
  13:7
**hoping (1)**
  25:23
**horrible (14)**
  15:20,21;20:7,14,
  16;21:4;23:15,21,22;
  28:1,4;35:14,20;
  43:18
**horrifying (1)**
  28:5
**hostile (1)**
  49:5
**house (9)**
  10:15;11:5;18:22;
  20:11;28:20;39:13,
  15,25;40:3
**houses (1)**
  28:24
**Huh (1)**
  51:11

**hurt (1)**
  32:19
**hurting (1)**
  23:16
**hurts (1)**
  28:4
**husband (1)**
  17:15

**I**

**ideas (1)**
  29:18
**identified (2)**
  8:9;9:15
**ignore (1)**
  29:3
**II (1)**
  28:23
**ILANA (1)**
  4:8
**illegal (3)**
  10:15;11:4,6
**illegally-appointed (1)**
  35:16
**illustrate (1)**
  45:23
**important (6)**
  22:22;33:2;39:6,9;
  43:3,5
**imposing (1)**
  6:8
**impossibility (1)**
  35:19
**impossible (1)**
  31:25
**improper (1)**
  37:21
**Inc (2)**
  16:5;30:21
**including (1)**
  19:4
**inconceivable (1)**
  6:7
**incorrect (2)**
  26:13;31:3
**incorrectly (1)**
  34:6
**incredibly (1)**
  49:7
**incumbent (1)**
  12:16
**indiscernible (12)**
  14:13;16:24;17:1;
  41:5;44:11,16;48:6;
  49:13,19;50:3,6,9
**infection (1)**
  51:14
**information (1)**
  42:10
**informed (1)**
  47:9
**inside (1)**

49:6
**instructions (1)**
  12:18
**insulting (1)**
  48:13
**insurance (5)**
  12:9,14,19,22;14:7
**intend (1)**
  6:4
**interest (3)**
  19:19;45:6;48:9
**interested (2)**
  11:14;21:11
**Internal (3)**
  17:1,2;30:21
**internet (2)**
  45:8,18
**interrupt (1)**
  9:11
**into (14)**
  10:11,15;12:1;
  14:14;19:4;24:15;
  26:14;31:11;33:1;
  34:25;39:12,14,25;
  40:3
**introduced (2)**
  5:19;13:22
**inventory (1)**
  41:7
**invoice (4)**
  12:4;41:18,24,25
**involved (6)**
  7:13,17;10:2,4,4;
  22:25
**IRA (1)**
  48:7
**irrelevant (3)**
  30:4,6;37:3
**IRS (2)**
  16:6;24:25
**I-S-C-I-U-L-L-O (1)**
  8:8
**Island (1)**
  48:3
**issue (5)**
  5:7,8,11;11:3;33:11
**issues (4)**
  7:8;24:5,23;25:1
**it! (1)**
  20:15
**items (1)**
  13:4

**J**

**January (1)**
  22:21
**joint (1)**
  18:7
**Jon (1)**
  36:1
**Judge (9)**
  6:13,19;8:2;11:8;

16:25;33:21;40:11;
48:20;50:6
**judges (1)**
50:8
**judgment (1)**
46:14
**judgments (2)**
49:18,21
**jump (1)**
10:11
**June (3)**
12:11;13:10,12
**jurisdiction (1)**
15:4

### K

**keep (2)**
6:8;51:7
**keeping (2)**
5:5;12:20
**keys (1)**
21:15
**killed (1)**
23:20
**kind (1)**
34:24
**kinds (1)**
49:21
**knew (4)**
22:16,18;39:20;
43:4
**known (1)**
43:4
**knows (1)**
11:9

### L

**last (11)**
5:12;7:12;10:1;
11:17;18:9;19:4;
22:14;34:21;39:17,
17;41:6
**late (4)**
6:4;7:2;45:24;
50:12
**later (3)**
45:22,22,25
**law (8)**
8:8,9;17:2;25:18;
31:5,9,10;39:9
**lawsuit (1)**
26:1
**lawyer (2)**
48:13,14
**lawyers (2)**
48:13,15
**laying (1)**
12:4
**least (1)**
6:3
**leave (1)**

29:7
**left (3)**
6:22;10:16;27:4
**legal (2)**
26:23;48:15
**letter (4)**
16:6;17:1;33:20,22
**letters (2)**
37:14,20
**letting (7)**
17:18,22;19:6,15;
20:4;27:22;33:14
**level (1)**
13:3
**lie (1)**
19:12
**life (4)**
21:4;28:9,22;31:14
**liked (1)**
16:11
**Limited (1)**
29:13
**lines (1)**
16:23
**list (1)**
22:24
**listening (1)**
38:20
**listens (1)**
31:10
**litigation (1)**
50:5
**little (5)**
10:15;16:12;23:18;
31:18;51:13
**live (2)**
34:15;49:25
**lived (1)**
31:13
**LLC (1)**
4:3
**LLP (1)**
4:2
**loan (8)**
12:24;13:7;23:3;
29:12,17;33:16;
45:20,24
**loaned (1)**
23:2
**loans (1)**
34:8
**local (1)**
12:1
**location (1)**
16:19
**Loeb (4)**
15:24,24;48:16,16
**long (6)**
6:5;10:17;15:21;
29:7;48:3;49:3
**longer (2)**
25:25;26:5
**look (6)**

19:17,21;24:7;
28:21;30:9;32:16
**looked (2)**
45:7,17
**lose (1)**
38:19
**losing (1)**
38:18
**loss (1)**
15:20
**lost (2)**
16:1;49:18
**lot (17)**
13:14;16:17,17,17;
17:14,15;21:10;23:9;
26:23;29:1;32:20;
33:10;35:18;39:14;
49:18,24;50:7
**Lynx (18)**
4:3;12:24;13:8,8;
29:12;33:16;34:22;
35:3,6;44:23;46:13,
21,22;47:7,12,20;
48:23;49:2

### M

**machination (1)**
18:23
**Machu (1)**
23:12
**maintenance (3)**
32:13;41:25;43:4
**makes (1)**
32:16
**making (3)**
15:17;30:14;38:9
**malicious (1)**
15:21
**man (4)**
15:4;17:21;39:6;
44:2
**many (14)**
15:10;22:15,19,24,
24;23:10,10;31:1;
32:23,23,24;39:24;
47:10;48:17
**Margaret (1)**
30:2
**MARIANNE (15)**
4:13;5:5,12;6:1,3;
8:11,17;13:18;40:16;
41:11;44:12,21;45:2,
10;48:7
**marital (2)**
31:3,4
**market (1)**
12:17
**married (1)**
25:20
**Marshal (5)**
12:2;21:20,23;
40:15;41:11

**Marshals (4)**
14:3;28:16,17;
40:16
**Martha (1)**
5:10
**Martir (2)**
5:10;11:18
**matter (11)**
6:21;10:7;13:25;
26:4,6,9;36:17;37:1;
38:13;49:2;50:11
**maximize (1)**
13:17
**may (10)**
6:10;14:20;18:8;
19:8;24:15;29:21,24;
37:12;40:17;44:22
**maybe (3)**
27:13;28:22,24
**MCGRAIL (1)**
4:2
**mean (5)**
6:12;23:6;25:19;
42:14;43:18
**means (1)**
5:3
**meat (1)**
20:12
**meeting (6)**
22:22;34:22;44:12,
21;45:9;46:19
**meetings (2)**
22:15,20
**mention (1)**
12:25
**mentioned (2)**
11:17;41:18
**Mercon (1)**
51:21
**met (3)**
5:20;13:23;44:20
**Metro-North (1)**
5:3
**Mickey (1)**
31:18
**microphone (3)**
14:15;44:11,14
**mid-sentence (1)**
51:24
**might (2)**
5:11;13:11
**migrant (1)**
32:22
**Mike (3)**
33:16;44:24;48:23
**mile (1)**
49:8
**million (3)**
12:12;39:24;46:1
**mind (2)**
6:10;19:9
**mine (4)**
15:25;20:3;30:25;

39:15
**minute (1)**
6:18
**minutes (1)**
36:18
**mistake (2)**
29:18;34:10
**moccasins (1)**
49:8
**moment (1)**
19:11
**money (11)**
12:23;17:14,15;
25:23;26:19;30:5;
32:23;45:21;46:2;
48:11,23
**month (2)**
32:13;42:18
**monthly (3)**
42:6,16,24
**months (1)**
45:22
**more (7)**
6:13;16:8;25:23;
33:10;37:18;44:15;
50:16
**morning (4)**
8:2;9:25;13:22;
26:17
**mortgage (2)**
44:18;45:24
**Moscow (1)**
23:12
**most (1)**
31:14
**mostly (1)**
44:24
**motion (5)**
8:17;13:7;30:14;
37:6,7,15,19
**mounds (1)**
27:7
**mountains (1)**
35:14
**move (5)**
38:13;43:21;44:14;
50:10;51:21
**moved (1)**
48:20
**moving (3)**
44:1,1;47:15
**much (7)**
16:1,9;23:6;29:16;
31:14;32:24,24
**must (1)**
6:17
**mute (1)**
16:23
**myself (9)**
5:19;13:22;14:4;
15:18;26:24;31:1;
33:24;34:2,3

## N

**name (8)**
23:23,23,25;32:7;
41:20;44:19;48:7,8
**names (1)**
14:24
**Nassau (2)**
15:23;45:12
**nasty (2)**
35:10,10
**necessary (1)**
5:23
**need (11)**
11:2;26:14,14,15,
25;31:11,14;36:21;
39:11,12;42:20
**needed (3)**
10:25;26:18;47:10
**needs (1)**
29:19
**negotiating (1)**
44:23
**negotiations (1)**
12:23
**Neil (4)**
5:9;8:2;11:8;40:11
**Neither (1)**
5:12
**nephews (1)**
48:14
**Nester (1)**
40:16
**NESTOR (225)**
4:12,13;5:12,18;
6:23,25;7:2,5,10,16,
22,24;8:1,11,12,17,
17,20,22;9:3,6,11,24;
10:8,11,13,23;13:18,
19,21;14:11,12,16,19,
22;16:24;17:7,10,14,
17,20,24;18:3,7,11,
13,16,19,21,23;19:2,
17,21,24;20:2,6,10,
14,16,18,22;21:1,4,7,
9,14,17,19,22;22:3,7,
9,13,18;24:6,11,14,
18,22,24;25:3,7,12,
15,17;26:2,5,7,10;
27:1,4,7,11,15,17,21,
24;28:11,12,17,21;
29:5,9,15,16,21,24;
30:1,5,8,13,18;31:22,
25;32:4;33:5,8,13,15,
25;34:6,10,14,17;
35:2,4,9,24;36:4,9,13,
16,19,22,25;37:4,6,9,
12,17,19,24;38:3,6,
10,14,16,19,22,25;
39:3,6,19,23;40:2,6,9,
14,16,17,18,20,25;
41:5,9,11,19,20,22;

42:2,4,5,6,7,8,10,12,
14,15,18,22;43:6,8,
11,15,17,20,23,25;
44:3,5,9,10,16,18;
46:6,8,10,12,15,18,23,
25;47:6,23;49:13,16,
19;50:1,6,8,12,14,16,
17,18,21,22;51:1,5,
10,13,17,19,23
**Nestors (2)**
5:17;41:15
**Nestor's (1)**
8:10
**New (11)**
4:6;12:21;13:18;
14:25;25:18;31:10,
13;32:23,24,24;39:8
**news (1)**
8:17
**next (2)**
13:9,11
**nice (4)**
7:6;17:21;28:13,18
**niece (9)**
5:18;10:15,19;
16:12;40:17,21,22,23,
24
**night (3)**
7:13;10:1;26:17
**nights (1)**
16:10
**ninety-dollar (1)**
15:12
**nobody (5)**
31:10;42:23;43:1;
47:2,3
**none (1)**
15:19
**nonperformance (1)**
25:23
**nor (2)**
5:12;15:17
**notice (3)**
5:14;6:1;25:9
**notwithstanding (1)**
18:25
**number (3)**
5:15,16;12:18
**NY (1)**
4:6

## O

**obey (1)**
49:25
**obeyed (1)**
22:11
**object (1)**
25:3
**objection (1)**
35:8
**obtain (1)**
12:14

**obviously (1)**
22:16
**occasionally (2)**
7:8;12:24
**occupancy (2)**
15:1;19:25
**o'clock (2)**
26:17,17
**off (2)**
33:16;45:2
**Office (2)**
36:5;48:6
**old (2)**
17:12;23:11
**Oleg (6)**
15:20;16:5,9;30:20;
32:21;49:4
**Once (1)**
33:10
**One (13)**
11:13;13:17;16:21,
25;22:21;23:24,24,
24;37:9,10;42:4;
44:18;50:16
**only (5)**
5:21;18:17;23:24;
29:11;34:19
**open (2)**
37:22;39:13
**opened (1)**
12:23
**operate (2)**
12:2,7
**opportunity (3)**
20:18;41:16,17
**opposite (1)**
20:5
**order (12)**
8:4;15:8;16:19;
22:11,16;25:10;
26:12;29:4,5,10;30:1,
2
**ordered (2)**
21:15;34:11
**orders (5)**
16:11;22:15;25:5;
49:21,25
**original (3)**
8:11,13;23:17
**originally (1)**
26:16
**otherwise (1)**
6:12
**ourselves (2)**
47:22;49:8
**out (14)**
21:3;23:16;26:25;
28:5,23;29:19;31:24;
35:5,5,7,18;45:7,18;
47:20
**outside (1)**
23:22
**over (9)**

15:4;21:15;22:12;
23:10;28:19;32:6,12;
50:2,19
**owed (1)**
24:19
**own (9)**
16:13;22:5,8,11;
29:18;38:24;39:14;
40:3;49:8
**ownership (2)**
19:5,19

## P

**paid (4)**
12:12;44:19,21;
47:5
**paper (4)**
13:5;14:13,20;17:4
**papers (29)**
15:9,10,10,11;18:8,
12;19:3,18,21;21:9,
10,11;26:7,23,23;
27:7;30:11;33:18,19;
35:14,15,17;38:4;
42:2,3;46:3;47:24,25;
48:17
**paperwork (1)**
15:16
**paralegal (2)**
11:11;14:4
**Pardon (1)**
7:5
**part (3)**
10:14;36:25;42:4
**parte (1)**
37:21
**particular (2)**
10:2;15:4
**parties (1)**
6:22
**parties-in-interest (1)**
41:15
**partition (1)**
48:19
**party (3)**
9:16;21:11;44:13
**passed (1)**
49:4
**patience (3)**
28:13;38:18,19
**patient (2)**
17:18,20
**pay (3)**
33:16;37:22;42:19
**paying (1)**
31:1
**Pedro (5)**
7:5;30:13,13;35:11;
36:1
**PEGGY (22)**
4:12;5:12,25;6:2;
8:12,16;13:18;14:22;

18:15,20;23:1;26:10;
29:16,19;34:4,25;
40:16;41:11,19;42:1,
7;44:3
**Peggy's (1)**
18:5
**pen (1)**
13:5
**Penachio (11)**
8:9,13;18:24;22:20;
25:22;26:3;29:9;
33:17;42:8,24;47:19
**people (16)**
20:10,24;22:24;
23:8,24;26:15;31:16;
32:15;34:22;35:12,
25;36:2;39:13;45:3;
48:3;51:22
**per (1)**
15:24
**percent (2)**
20:3,3;48:10
**Period (1)**
27:23
**perishable (1)**
11:21
**permission (1)**
5:21
**perpetuated (1)**
15:7
**person (3)**
11:13;24:19;39:7
**personal (14)**
5:22;10:25;14:1,6;
16:2;23:2,3;26:19;
31:16;41:4,9;43:18;
44:18;49:22
**personally (6)**
11:18;15:13;23:3;
29:16;44:19;49:9
**ph (4)**
7:5;15:23;30:2;
36:1
**phone (4)**
6:3;16:22,23;47:10
**phonetic (1)**
15:22
**photograph (1)**
11:12
**photographed (1)**
11:18
**photographing (1)**
11:23
**photography (1)**
29:1
**Picchu (1)**
23:12
**pick (1)**
26:7
**picked (1)**
33:17
**pictures (1)**
23:13

**piece (1)**
20:12
**place (2)**
34:25;39:14
**please (5)**
8:18;16:23;38:19;
42:5;44:4
**plenty (1)**
21:24
**point (3)**
44:13;47:13;49:24
**policies (1)**
12:9
**policy (4)**
12:10,11,12;13:13
**position (5)**
19:7,8,9,13;33:14
**possession (8)**
5:20;8:10;11:5,9,
25;13:24;34:12;45:18
**practice (1)**
6:5
**precinct (1)**
12:1
**premier (1)**
13:2
**premises (4)**
11:23;12:3,10;
41:24
**premium (2)**
12:12,21
**prepaid (1)**
44:22
**prepared (5)**
9:16;15:16;24:2;
33:15,16
**PRESENT (1)**
4:11
**presentation (1)**
41:19
**presented (1)**
33:20
**preserving/preventing (1)**
8:6
**pre-trial (1)**
13:9
**pretty (1)**
31:13
**prevent (1)**
9:22
**prevented (1)**
6:6
**previously (2)**
24:9;48:18
**price (1)**
45:25
**primary (2)**
12:10;13:13
**printed (1)**
45:18
**prior (3)**
12:25;40:10;45:5
**probably (1)**

30:11
**problem (4)**
39:2;49:2,12,15
**problems (1)**
5:3
**proceeding (3)**
5:15;8:5;13:11
**proceedings (1)**
51:25
**process (4)**
25:4;47:13,14,17
**promised (1)**
29:12
**properties (1)**
34:17
**property (28)**
13:2,2,15,16;14:9,
21;15:7;16:1,2;19:6;
22:12;23:9;26:14,19,
22;31:12,15,23;32:9,
10;34:19;39:12,12,
15;41:10;46:24;48:6;
49:5
**proposal (1)**
47:4
**provide (1)**
41:12
**public (2)**
18:1;48:5
**pulled (3)**
23:16;28:5;45:2
**pursued (1)**
47:11
**put (9)**
13:5;18:8;24:15;
30:24;34:25;36:25;
37:4;38:3;49:8

---

**Q**

**quantity (1)**
11:20
**quickly (1)**
14:3
**quiet (1)**
48:19
**quite (2)**
12:23;28:18

---

**R**

**raise (2)**
44:7,8
**raised (1)**
48:11
**raising (1)**
48:22
**rather (1)**
27:12
**reached (1)**
5:17
**reaction (1)**
49:22

**read (1)**
19:4
**ready (1)**
48:24
**reality (2)**
38:21,22
**realize (2)**
20:24;43:2
**really (7)**
20:16;26:21;28:9;
31:11;32:15;33:2;
50:10
**reason (6)**
10:1,20;11:3;16:13;
29:11;46:19
**reasonable (2)**
14:5;39:11
**reasons (1)**
49:23
**receive (1)**
21:11
**receiver (6)**
16:20;17:4;18:1;
24:19;30:2;35:16
**Recess (1)**
6:20
**reconsider (4)**
24:6;31:20;33:8;
39:23
**reconsidering (2)**
24:8;34:1
**record (5)**
8:18;14:2,17;19:4;
24:15
**records (1)**
15:19
**recount (1)**
38:16
**refinance (1)**
47:2
**refinancing (2)**
47:4,11
**reflect (1)**
8:18
**refrigerator (1)**
31:17
**refused (1)**
21:18
**regarding (4)**
14:21;16:17;17:4;
37:13
**regret (1)**
19:8
**relate (1)**
38:4
**released (1)**
25:22
**relevant (8)**
30:10,11,15;37:8;
38:8,10,11;49:1
**relief (6)**
8:5;19:14,14;38:5;
41:14;47:7

**remainderman (2)**
31:6,7
**remember (1)**
6:5
**remove (1)**
45:23
**removed (4)**
11:20;16:18;21:25;
22:2
**Repair (1)**
42:8
**repairs (1)**
12:22
**repeat (2)**
41:7,23
**repeated (1)**
5:23
**repeating (1)**
33:24
**report (1)**
11:16
**reports (3)**
42:6,16,24
**represent (1)**
10:7
**representing (1)**
22:20
**request (2)**
14:1;38:5
**requested (1)**
41:12
**required (1)**
8:15
**resent (1)**
32:15
**resolve (1)**
11:2
**resolving (1)**
45:13
**respect (2)**
39:10;48:15
**respond (4)**
15:15;37:14,15;
51:8
**responded (2)**
12:17;15:14
**responds (1)**
35:17
**responsible (1)**
29:16
**rest (1)**
50:19
**result (1)**
15:6
**retrieve (1)**
41:2
**return (1)**
51:18
**Revenue (3)**
17:1,2;30:22
**reverse (1)**
24:9
**RICO (1)**

15:22
**rid (4)**
34:22;35:4;48:12,
21
**right (23)**
6:14,14,17;9:11,13,
18;10:12;13:21;
19:16;20:12;29:14,
20;30:7;31:9,10;
33:23;35:17;36:15;
42:13;46:18,18;
50:15;51:21
**Riley (1)**
15:23;30:2
**robe (1)**
16:13
**Robert (1)**
7:16
**room (2)**
23:16;28:5
**Rosie (1)**
35:16
**rows (1)**
5:19
**rude (4)**
27:25;32:2;35:20;
36:10
**Rule (3)**
8:5,14;13:10
**ruled (1)**
24:5
**ruling (1)**
39:21
**rulings (1)**
49:21
**run (1)**
46:19
**Russia (3)**
28:24,25;29:1

---

**S**

**sale (6)**
18:22;46:17;47:11,
13,16;48:19
**same (4)**
10:14;31:8;32:19;
45:3
**Saunders (1)**
48:20
**saw (3)**
11:18;26:18;33:2
**saying (1)**
18:14
**scared (3)**
10:17,20;11:3
**school (1)**
39:8
**screwed (1)**
34:24
**second (3)**
16:21,25;45:23
**secondary (1)**

30:23
**secured (2)**
34:8;47:12
**seeing (1)**
11:14
**seek (1)**
41:14
**seem (1)**
20:23
**seems (1)**
19:10
**Segal (1)**
5:9
**seized (1)**
50:20
**selling (1)**
28:8
**sending (2)**
29:23;37:20
**sense (1)**
9:23
**sent (12)**
5:24;9:24;15:9,10,
11;16:6;21:9,10;
22:17;24:25;27:7;
35:14
**sentence (1)**
27:18
**Seriously (1)**
20:17
**serve (4)**
8:16,20,22;41:14
**served (8)**
7:12,17;8:6,14;9:4,
16,25;10:5
**service (5)**
5:16;14:3;17:2,2;
30:22
**Services (1)**
4:3
**serving (1)**
9:22
**settling (1)**
44:25
**seven (3)**
15:2;19:25;23:21
**seventeen (1)**
48:1
**several (1)**
7:6
**shape (1)**
14:9
**share (1)**
41:10
**shih (1)**
31:18
**ship (1)**
15:12
**show (5)**
6:9;13:16;46:3;
47:24,25
**showed (1)**
21:16

**showing (1)**
48:17
**shown (1)**
11:14
**shows (1)**
15:1
**side (1)**
48:21
**signed (1)**
15:13
**simply (1)**
12:6
**sister (10)**
6:1;14:22;19:6,14;
25:21,25;32:6,18;
39:16;51:15
**sitting (2)**
5:19;13:20
**situation (4)**
32:18,19;34:25;
39:1
**small (1)**
11:20
**SMP (1)**
45:21
**sold (3)**
12:25;14:9;16:3
**somebody (7)**
7:12;16:22;27:14;
28:6;32:1;35:11;
43:17
**someone (3)**
11:23;40:15;43:12
**Somewhere (1)**
48:6
**soon (1)**
13:7
**sorry (8)**
6:8,23;28:14;41:21,
23;42:12;46:8;50:12
**Sotheby's (8)**
11:10,11,12,15,22;
13:16;20:10;26:16
**speak (8)**
9:24;14:14;15:16;
17:22,23;20:24;44:3,
5
**SPEAKER (1)**
40:8
**speaking (2)**
16:22;44:15
**specifically (2)**
24:19;48:3
**spell (1)**
8:7
**spent (4)**
11:11;32:12,23,24
**spoke (2)**
10:25;35:11
**Square (2)**
25:14,15
**stage (1)**
11:12

**staging (2)**
11:23;14:8
**stamp (1)**
38:7
**stand (2)**
11:7;20:14
**standing (2)**
23:22;45:21
**started (3)**
5:18;29:11;30:24
**starting (1)**
13:5
**state (5)**
13:16;18:2;30:16;
32:25;37:5
**stated (3)**
15:24;30:21;34:7
**States (5)**
10:18;23:7;25:8,11;
36:6
**status (3)**
5:14;9:19;11:16
**stay (3)**
29:8;34:20;47:8
**steal (1)**
23:8
**still (8)**
23:7,15;28:4;33:5,
6;35:2;46:6;49:1
**stolen (3)**
16:3;23:6;34:17
**stop (16)**
6:2;10:19;17:16,18;
20:15,15;27:16;
29:23;33:4,7,7,7,7,7,
7;37:20
**stopped (1)**
46:17
**strange (1)**
10:13
**Street (11)**
10:3,15;14:22;
16:11,18;17:11,15;
20:8;31:19;34:20;
45:2
**strenuously (1)**
25:3
**stressful (1)**
29:19
**strictly (1)**
18:3
**stuff (10)**
23:9,14;26:14;
31:16;35:18;36:22;
37:2;39:14;41:9;
43:18
**stupid (1)**
32:16
**subject (2)**
34:5,8
**sublease (1)**
49:13
**submit (2)**

7:22;46:2
**submitted (4)**
18:12;33:18,19;
48:17
**subpoena (17)**
7:12,14,17,24;8:7,
15,16,19;9:3,22,25;
10:3;51:2,6,7,8,18
**subpoenas (2)**
9:2,16
**subway (1)**
5:3
**sudden (2)**
7:13;10:5
**suggest (1)**
6:12
**suing (1)**
30:24
**Suite (1)**
4:5
**supervision (3)**
26:25;27:20,23
**supposed (7)**
7:10,11;8:20;22:22;
23:6,8;34:14,15,18,
19,20;51:23
**Supreme (1)**
48:20
**sure (7)**
6:11;12:1;14:5;
20:9,25;22:5;50:1
**surrogate (1)**
15:22
**surrogate's (1)**
49:20
**system (1)**
11:24

**T**

**table (2)**
12:4;35:2
**takeover (1)**
49:5
**talk (7)**
20:13;27:1,4,13;
35:3,6;39:19
**talking (3)**
16:15;45:10;51:15
**tax (1)**
16:7
**taxes (1)**
32:24
**team (3)**
15:23;35:13;36:4
**telephone (1)**
7:12;33:3;51:22
**telling (2)**
31:16;42:22
**ten (3)**
16:3;26:15;31:15
**ten-million-dollar (2)**
12:10;13:13

**term (1)**
50:2
**terms (1)**
9:21
**terrace (1)**
23:20
**terrible (11)**
20:22,25;22:3,3,4,
25;23:4;24:1;30:19,
19;32:8
**Thanks (1)**
6:16
**though (2)**
18:9;49:1
**thought (5)**
5:21;23:20;28:22;
40:25;47:2
**three (1)**
50:8
**three-and-a-half (1)**
15:2
**three-year (1)**
12:12
**thrown (4)**
16:11;17:11;20:7;
31:19
**till (1)**
26:17
**times (6)**
7:6;22:24;37:18;
39:24,25;47:10
**title (1)**
48:19
**today (15)**
5:13;7:11;10:16;
11:13,22;12:5;14:7,
13;24:3;33:2;41:1,7,
15;43:5;47:22
**Today's (1)**
5:14
**Togut (7)**
5:9;8:3;12:25;
15:13;27:2;35:13;
36:4
**Togut's (2)**
12:17;35:12
**told (16)**
5:2,4,4,6,22;6:15;
11:1,16;18:9;22:21;
24:13;37:2,15;42:23;
43:1;45:8
**ton (1)**
35:15
**tons (3)**
15:9,9;21:9
**took (7)**
5:20;10:17;11:25;
13:23;19:8;28:23;
35:18
**top (2)**
12:4;49:16
**torture (1)**
16:10

**totally (1)**
22:25
**townhouse (16)**
11:10,13,14,14,19,
20;12:4,8,15,25;14:4;
18:5;19:16;33:12,13;
34:12
**train (5)**
5:2,4,4;6:6;7:7
**transparent (1)**
41:13
**traveled (1)**
29:1
**traveling (2)**
23:12;31:14
**treat (1)**
28:6
**treated (3)**
20:21;28:3;32:21
**tried (2)**
48:19,22
**true (8)**
18:16;21:19;22:11;
24:11,14;38:25;
40:14;42:23
**truly (2)**
28:9;31:11
**trust (1)**
26:21
**trustee (27)**
5:9;8:3,12,16;11:5,
9;12:9,13;13:1,23,24;
15:7;16:11;21:16,20,
23;25:24;26:1;34:9,
12;35:7;36:5,6;40:11;
45:5;47:14,16
**trustee's (2)**
8:5;19:16
**try (3)**
12:5,14;42:5
**trying (6)**
12:19;13:6,15;14:8;
29:11;41:13
**turn (2)**
21:15;28:19
**turned (3)**
22:12;50:2,19
**twenty (2)**
36:18;50:4
**two (7)**
6:5;12:9;31:17,18;
46:1;47:9;48:14
**tzus (1)**
31:18

**U**

**unbelievably (1)**
15:5
**uncomfortable (1)**
13:3
**under (2)**
15:3;31:5

**understood (1)**
47:23
**undo (1)**
19:15
**unexpectedly (1)**
45:3
**unforeseen (1)**
13:4
**UNIDENTIFIED (1)**
40:8
**United (5)**
10:18;23:7;25:8,11;
36:6
**unknown (1)**
16:19
**unlawful (1)**
15:6
**unless (1)**
9:20
**unsupervised (2)**
40:1,3
**unusual (2)**
10:3,13
**up (19)**
6:9,15;13:4;20:2;
21:16;26:7;33:1,17;
34:24;37:9,10;43:6;
44:22;45:7,10,17;
46:1;48:1,9
**update (1)**
6:15
**upon (1)**
9:4
**Urban (1)**
45:4
**use (1)**
13:11
**used (1)**
47:15
**useful (1)**
13:1

**V**

**vacate (1)**
30:3
**vacated (1)**
16:20
**vacates (1)**
24:19
**vacatur (1)**
17:4
**valuable (1)**
13:2
**value (1)**
13:17
**various (3)**
9:4;34:8;49:5
**verge (2)**
46:21,21
**Veronique (1)**
45:4
**vicious (1)**

15:22
**VOLKOV (2)**
4:8;44:23
**voluntarily (1)**
28:20
**volunteering (1)**
40:5

**W**

**wait (1)**
47:12
**waiting (2)**
36:17;51:22
**walk (1)**
49:8
**wants (3)**
35:5;40:4;48:14
**War (1)**
28:23
**watch (1)**
40:4
**water (1)**
10:11
**way (10)**
20:13,20,24;33:2;
36:12;41:24,25;
45:15;47:10,15
**wearing (1)**
16:12
**week (3)**
13:13;22:14;24:5
**week-to-week (1)**
13:5
**what's (4)**
12:8;23:23,25;46:7
**Whenever (1)**
41:14
**Whereupon (1)**
51:25
**whole (2)**
20:11;24:2
**who's (2)**
24:19;28:6
**wife (2)**
16:7,8
**Wiles (1)**
33:21
**wired (1)**
12:1
**wish (2)**
24:6;29:7
**withdraw (1)**
25:21
**within (1)**
25:9
**without (3)**
21:25;27:22;47:15
**woman (1)**
23:22
**wonder (1)**
32:16
**wonderful (1)**

32:20
**work (14)**
26:25;27:8,12,21,
24,25;28:8;31:24;
32:10,15;35:7,12;
36:1;48:22
**worked (2)**
45:4;47:20
**worker (1)**
32:22
**working (10)**
11:24,25;12:1,14,
16;14:8;16:5;17:11;
23:11;48:16
**works (2)**
32:10,11
**world (3)**
23:12;28:23;34:19
**worry (2)**
6:24;7:8
**worse (1)**
20:24
**worth (1)**
15:11
**wrong (7)**
10:18;23:1;26:14;
28:2;29:18;31:20;
32:11
**wrote (2)**
37:12;45:22

**Y**

**year (2)**
34:23;45:25
**years (8)**
16:8;17:12;23:11,
11;32:23;45:4;49:3;
50:4
**yesterday (2)**
11:11,25
**York (6)**
4:6;25:18;31:13;
32:23,24,24
**York's (1)**
31:10

**1**

**1 (1)**
14:25
**10 (2)**
26:17;32:12
**10:40 (1)**
5:6
**10:44 (1)**
6:20
**10:47 (1)**
6:20
**10019 (1)**
4:6
**107 (1)**
4:5

**11 (8)**
5:9,15;8:3;13:1;
15:17;29:12;45:15,17
**11:33 (1)**
51:25
**11th (1)**
13:10
**12 (1)**
5:16
**15 (3)**
10:3;14:21;16:18
**15,000 (1)**
32:12
**1901 (1)**
23:17
**1952 (1)**
31:4
**1971 (1)**
16:8
**1984 (1)**
14:24
**1996 (1)**
48:9
**1st (1)**
37:12

**2**

**2 (1)**
15:1
**20 (1)**
13:12
**2004 (3)**
8:5,14;13:10
**2010 (1)**
44:19
**2018 (3)**
45:2;48:2;49:4
**2023 (2)**
44:13;45:9
**2024 (2)**
22:21;37:12
**24th (1)**
22:21
**2nd (1)**
14:20

**3**

**306 (2)**
32:13;42:18

**6**

**614 (1)**
37:25
**63rd (4)**
10:3,15;14:21;
16:18

**7**

**7 (1)**

**In the Matter of: PEGGY NESTOR**

May 8, 2024

| | |
|---|---|
| 26:17 | |
| **8** | |
| **888-C (1)** | |
| 4:4 | |
| **8th (1)** | |
| 4:4 | |
| **9** | |
| **900 (1)** | |
| 15:11 | |