1

1

2   UNITED STATES BANKRUPTCY COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   - - - - - - - - - - - - - - - - - - - -x

5   In the Matter of:

6   PEGGY NESTOR,                          Lead Case No.

7          Debtor.                         23-10627-mew

8   - - - - - - - - - - - - - - - - - - - -x

9   ALBERT TOGUT, NOT INDIVIDUALLY BUT SOLELY IN HIS CAPACITY AS

10  CHAPTER 11 TRUSTEE,

11          Plaintiff,                     Adv. Proc. No.

12  v.                                     24-01342-mew

13  NESTOR, et al.,

14          Defendants.

15  - - - - - - - - - - - - - - - - - - - -x

16              United States Bankruptcy Court

17              One Bowling Green

18              New York, New York

19

20              May 1, 2024

21              3:05 PM

22  B E F O R E:

23  HON. MICHAEL E. WILES

24  U.S. BANKRUPTCY JUDGE

25  ECRO:  JONATHAN

2

1

2   Status Conference RE: Letters filed by Peggy Nestor (dkt# 130),

3   Marianne Nestor (dkt# 131), and Gemeaux (dkt#132).

4

5   Adversary Proceeding: 24-01342mew Albert Togut, Not

6   Individually but Solely in His C v. Nestor et al. Status

7   Conference

8

9

10

11

12

13

14

15

16

17

18

19

20   Transcribed by:  Michael Drake

21   eScribers, LLC

22   7227 North 16th Street, Suite #207

23   Phoenix, AZ 85020

24   (800) 257-0885

25   operations@escribers.net

3

1

2  A P P E A R A N C E S:

3  PENACHIO MALARA, LLP

4        Attorneys for Debtor

5        245 Main Street

6        Suite 450

7        White Plains, NY 10601

8

9

10  BY:   ANNE J. PENACHIO, ESQ. (TELEPHONICALLY)

11

12

13  TOGUT, SEGAL & SEGAL LLP

14        Attorneys for Chapter 11 Trustee

15        One Penn Plaza

16        New York, NY 10119

17

18  BY:   NEIL M. BERGER, ESQ.

19        MARTHA MARTIR, ESQ.

20

21

22

23

24

25

4

1

2   UNITED STATES DEPARTMENT OF JUSTICE

3       Office of the United States Trustee

4       One Bowling Green

5       New York, NY 10004

6

7   BY:   DANIEL RUDEWICZ, ESQ. (TELEPHONICALLY)

8

9

10  THE LAW OFFICE OF MICHAEL A. ALFIERI

11      Attorneys for Lynx Asset Services, LLC

12      30 Freneau Avenue

13      Matawan, NJ 07747

14

15  BY:   MICHAEL A. ALFIERI, ESQ. (TELEPHONICALLY)

16

17

18  WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

19      Attorneys for Rosalia Baiamonte, Esq., as court-appointed

20      receiver for Oleg Cassini, Inc. and Cassini Parfums, Ltd.

21      201 RXR Plaza

22      Uniondale, NY 11556

23

24  BY:   WILLIAM C. HEUER, ESQ. (TELEPHONICALLY)

25

**eScribers, LLC**

5

1

2  ALSO PRESENT:

3        Marianne Nestor Cassini (Telephonically)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**PEGGY NESTOR**

6

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | THE COURT:  Please be seated. |
| 3 | All right.  Mr. Berger, you I know.  And one of you |
| 4 | must be Peggy Nestor.  And one of you must be Marianne Nestor. |
| 5 | MS. CASSINI:  Yeah, I'm Marianne. |
| 6 | THE COURT:  Okay.  I know you've been on -- |
| 7 | MS. CASSINI:  I think I saw you the other day.  I |
| 8 | waved.  Somebody waved back.  Is that you? l |
| 9 | THE COURT:  Not that I recall.  But if I see somebody |
| 10 | wave, I usually will wave back.  And then I may say to myself, |
| 11 | I'm not sure who that was, but that's just me. |
| 12 | Okay.  All right.  So Mr. Burger, you want to update |
| 13 | me on where things stand? |
| 14 | MR. BERGER:  Good afternoon, Judge Neil Burger, Togut |
| 15 | Siegel & Siegel, for Albert Togut, Chapter11 Trustee.  My |
| 16 | colleague, Martha Martir, is with me today. |
| 17 | Your Honor entered an order directing Ms. Peggy Nestor |
| 18 | and Ms. Marianne Nestor to surrender possession of the |
| 19 | townhouse at 15 East 63rd Street to the trustee by time certain |
| 20 | last Thursday.  That did not occur.  Your Honor also provided |
| 21 | authority for the Trustee to seek the assistance of the U.S. |
| 22 | Marshal Service to obtain possession and to remove occupants |
| 23 | from the townhouse. |
| 24 | I was before Your Honor last Friday morning on a |
| 25 | separate matter concerning preservation of evidence in the |

**PEGGY NESTOR**

7

1   case.  And after that matter concluded, I told Your Honor I was

2   going up to the townhouse without a U.S. Marshal but with a

3   locksmith.  I did go.  There were there's an intercom

4   doorbells, for lack of a better phrase.  I rang each.  A female

5   voice answered.  I identified myself.  I told that person that

6   I had an order in hand concerning possession of the townhouse.

7   That person said she was unaware of the circumstances.  I

8   offered to explain the circumstances, and the order of that

9   person would come to the front door.  She declined.  She hung

10  up.  I turned to Ms. Martir and the locksmith, and I left the

11  premises, saw a voice mail on my phone from Marianne Nestor.  I

12  returned the call to her.  And she asked that I leave.  I did.

13  And the call ended.

14        As I advised the Court last week, the trustee did

15  reach out to the U.S. Marshal Service, and they advised me that

16  they would be able to have marshals, deputy marshals, on site

17  yesterday morning.  They were on site at 7:30 a.m.  I appeared

18  at the premises at approximately 7:40 a.m.  Ms. Martir and the

19  locksmith were there.  When I arrived, the U.S. Marshals were

20  unable to have anyone voluntarily open the front door.  They

21  used equipment to force open the front door after the trustee's

22  locksmith removed the cylinder bolt on the outside door.  There

23  are two doors to the townhouse.  There is an iron door with a

24  glass backing facing the street.  You enter that door into a

25  vestibule.  And there's another iron door behind that.

**PEGGY NESTOR**

8

1        They opened both doors.  They instructed Ms. Martir

2   and the locksmith and me to stay outside of the premises until

3   they could give us an all-clear, meaning a safe premises.  We

4   stood at a distance.  Approximately thirty-five to forty

5   minutes later the marshals, numbering approximately six or

6   seven, including a female deputy marshal, appeared in the

7   foyer.  Ms. Martir and I began to photograph and video record

8   everything that happened.  The U.S. Marshals brought Peggy

9   Nestor, Marianne Nestor, and a young woman, Alexandra Nestor

10  Castellano, out onto the street.  And the marshals gave us the

11  all clear.

12        My colleague and the locksmith and I went into the

13  premises.  It's a multi-floor premises.  We started on the top

14  floor.  There's an elevator that either wasn't working or we

15  couldn't get it to work.  And the locksmith and we went from

16  the top floor, securing every point of egress, exit,

17  opportunities of the premises, changing deadbolt locks,

18  installing slide bolts, for instance, on doors that led out to

19  a terrace where we found a ladder tied to the building next

20  door leading onto another terrace.  We removed that ladder,

21  brought it into the premises, locked those doors.  And we went

22  floor by floor into the basement and subbasement, doing our

23  best to identify every point of entrance or exit from the

24  premise.  We worked our way back up to the top floor and then

25  back down, changing all of the locks.  It was a great expense

**PEGGY NESTOR**

1 to the estate, over 4,600 dollars.  But the premises has been

2 secured.

3        There's an alarm system in the premises that was

4 beeping.  We couldn't disable it.  I reached out this morning

5 to a security expert.  We're hoping to have one of his

6 colleagues and one of mine in the townhouse this week to repair

7 that alarm system, hopefully have it wired to the local

8 precinct.

9        While all of this is happening, Your Honor, both Peggy

10 and Marianne Nestor, and the niece, we believe is their niece,

11 Alexandra Castellano, were out on the front porch with front

12 steps of the premises, Marshals standing by.  We were inside.

13 The front door is now locked, so we are secure in the interior.

14 We understand that one -- either Peggy or Marianne called the

15 local precinct to solicit help.  The precinct contacted the

16 U.S. Marshal service.  The marshal explained their jurisdiction

17 and purpose.  And the New York Police Department did not

18 appear.

19        Some hours later the nesters did call the police

20 again.  And again, the police call the U.S. Marshal.  I

21 overheard him speaking with the police department to explain

22 his purpose and the order that Your Honor had entered.

23        At approximately 12:30, 12:45.  The locksmith had

24 completed his work.  My colleagues and I left the premises.

25 The U.S. Marshal formed a corridor so that there was safe

**PEGGY NESTOR**

10

1    passage.  I walked a few blocks south to Sotheby's office, the

2    court-authorized retained real estate broker in the case, and

3    gave them a set of keys.  And we're in the process of

4    coordinating how it would be safe for Sotheby's to go into the

5    premises and stage the premises.

6          I'm not a real estate expert, Your Honor, but this is

7    a large, spectacular property with a lot of promise.  There are

8    areas in the property that need a lot of work just to stage to

9    show for Sotheby's to do its work.  And we're talking with them

10   about that.

11         There were portions of the premises that appeared to

12   have been under construction at some point in the past and not

13   finished.  And we stayed away from them because they didn't

14   appear safe.  There were living quarters on the upper floors I

15   presume were Peggy, Marianne, and the niece were spending some

16   time.  There are portions of the property that are floor to

17   ceiling filled with boxes of -- I'm not sure what, old

18   clothing, paperweights, mugs branded Cassini.  But there are

19   certain parts of the premises, and I have pictures of all,

20   where I simply could not make my way down the hallway because

21   they were blocked.

22         So that was our experience.  I've read the letters

23   that were filed or delivered to the clerk of the court

24   requesting an opportunity to retain counsel.  I'm prepared to

25   respond to that if Your Honor would like.  I think we tried to

**PEGGY NESTOR**

1    address that in the trustees status report that we filed at

2    docket 14 in the adversary proceedings.  It's not entirely

3    clear what form of relief or what type of stay is sought, but

4    I'm prepared to respond to that.  I don't think that in any

5    instance, there's any basis to stop the progress of the case.

6          I think Your Honor has been very careful.  And

7    certainly the trustee has been careful that each step of the

8    way we provide as much written notice as is possible.  We file

9    affidavits of service on the docket of the case.  As we move

10   forward, we'll solicit bids for the purchase of the property.

11   Hopefully we'll get bids, competitive bids.  We'll hopefully

12   have an auction.  And the Trustee would bring on a separate

13   written application on notice to everyone including the

14   Nestors, anyone else who's appeared in this case.  So everyone

15   will know that there's transparency in the process and

16   opportunity to be heard.

17         This is not a pleasant exercise.  But this case has

18   been on your docket for more than a year.  The Nestors agreed

19   to the retention of Sotheby's as the real estate agent.  Peggy

20   Nestor's plan provided for either a refinance of the property.

21   Didn't happen.  In the event it didn't happen, for the sale of

22   the property.  Marianne Nestor has made a number of filings in

23   the court disowning any ownership interest in the property when

24   it suits her interest, and when it doesn't, asserting an

25   ownership interest otherwise.

**PEGGY NESTOR**

12

1        Your Honor's March 13th order directed that the

2   property be sold pursuant to Bankruptcy Code Section 363(h)

3   free and clear of interest.  And disputes concerning

4   entitlement to proceeds can be dealt with at that time.

5        That's my report today, Your Honor.  The trustee is in

6   possession of the townhouse.  And we're making efforts to bring

7   it into a condition to properly show it.  Sotheby's has

8   contacted me to alert me that there are a number of parties who

9   want to tour it and look at it.  While Ms. Martir and I were

10  outside waiting for the Marshals to give us the all-clear sign,

11  a gentleman walked up to me, asked for my business cards.  He's

12  interested in seeing the property.  So there is interest in

13  this property.

14        We're now in a position to implement Your Honor's

15  orders.  We'd like to move forward.  We should move forward

16  without interruption.  Everyone will see and know exactly what

17  steps we're taking.  And they'll all have an opportunity to be

18  heard.

19        THE COURT:  All right.  I'm going to -- I don't want

20  to use your first names.  That doesn't seem quite keeping with

21  the formality of a proceeding like this.

22        So Peggy Nestor, I'm going to refer to you as Ms.

23  Nestor.  And Marianne Nestor Cassini, I will refer to you as

24  Ms. Nestor Cassini, if that's okay with both of you.

25        MS. CASSINI:  Whatever you wish, Your Honor.

**PEGGY NESTOR**

13

1          THE COURT:  Okay.

2          MS. CASSINI:  Who would you like to go first?

3          THE COURT:  Ms. Nestor, as the debtor.

4          Now, you still technically have Ms. Penachio as your

5    counsel of --

6          MS. CASSINI:  Excuse me.  I want to bring something in

7    before -- I heard everything you said, but there's some

8    information that you should know, Your Honor.

9          THE COURT:  We'll get to it.  Don't worry.  Okay.

10          MS. CASSINI:  Okay.  Thank you.

11          THE COURT:  But Ms. Nestor, you still have Ms.

12    Penachio as your counsel of record.  She has a motion pending

13    to withdraw.  I don't know what your position is on that.  Do

14    you wish her to speak for you today, or do you wish to speak

15    for yourself pro se.

16          MS. CASSINI:  Do you want Penachio to speak for you or

17    speak for yourself?

18          MS. NESTOR:  Oh, I can speak as well.

19          MS. CASSINI:  She should speak for herself.

20          MS. NESTOR:  I've had -- I don't have any problem with

21    either Anne or myself speaking. But I -- there were some

22    missing links in the whole process.  I hope you can hear me.

23          THE COURT:  I can hear you.   can hear you fine.

24          MS. NESTOR:  Thank you.

25          THE COURT:  You're welcome to stand, but you're

**PEGGY NESTOR**

14

1   welcome to sit if you're more comfortable.

2           MS. NESTOR:  Oh.

3           THE COURT:  Whatever makes you more comfortable.  You

4   don't have to stand.

5           MS. NESTOR:  Thank you very much.  I appreciate it.  I

6   appreciate all the time you've spent in some of the comments

7   you made, because I -- and it's a pleasure to meet with you

8   because basically, we were on the telephone.  It seemed it

9   didn't quite have the personal impact.  So thank you very much

10  for some of your orders and so forth that you have made.  And I

11  appreciate that you made it the dual path.

12          But I do want to point out that from the beginning, we

13  had the funding ready to complete the -- other than what he

14  said, the Lynx corporate loan.  And as I had stated before --

15  and my understanding was that I was in Chapter 11, which is a

16  corporate bankruptcy, and that I would do everything -- which

17  is our business.  Gemeaux was a business -- tell me if I'm

18  taking too long.  But Gemeaux Ltd is a business that Marianne

19  and I started together in 1973 from another building that I had

20  run, 65th Street, in which I had a boutique, the company store.

21  And I also had a talent agency, TMI, which had models and

22  Hollywood stars.  And Sissy Spacek  was part of that company.

23  So it was very much oriented.  And I've always been oriented

24  into fashion and design and so forth.

25          And prior to that, I was -- after I got out of

**PEGGY NESTOR**

15

1  university, I was teaching for a while in New York City for

2  handicapped children.  And then I got terribly ill with

3  pneumonia.  And then I joined up with Oleg.  My first

4  experience with that was I packed a couple of trunks and we

5  went on the Gordon Haynes jet to North Carolina.  And I put

6  together a fashion show.  And Oleg said you have talent.  And I

7  said I love clothes.  And we went on from there.

8         And then later on, I continued to make -- I found that

9  I could make licensing contracts.  And I was very lucky in

10 finding that.

11        THE COURT:  Let me just stop you.

12        MS. NESTOR:  If you want me to go on to the other

13 subject of the building, I'll be happy to.

14        THE COURT:  Well, as to whether this is -- as to

15 whether this is a corporate bankruptcy, it it's not.  I mean,

16 the name -- the petition was filed in your name with your

17 signature individually.  So it's not a --

18        MS. NESTOR:  I'm just saying what my understanding

19 was.

20        THE COURT:  Right.

21        MS. NESTOR:  But nonetheless the funding is there to

22 take care of any of that.  My --

23        THE COURT:  But let me stop you again.

24        MS. NESTOR:  GO ahead.

25        THE COURT:  In early stages of this case, you said

**PEGGY NESTOR**

16

1  that the funding wasn't there because of the attachment orders

2  that had been issued by the Surrogate's Court in Long Island.

3        MS. NESTOR:  And Anne had --

4        THE COURT:  Just --

5        MS. NESTOR:  I'm sorry.  Go ahead, sir.

6        THE COURT:  That's a different court.  I have no

7  jurisdiction over those orders.  I have no power to undo them

8  or to stay them in any way.  They exist.  If they interfered

9  with the financing, there's nothing really I can do about that.

10       But let me remind you, I did say a year ago when

11  shortly after --

12       MS. NESTOR:  Yes, a year ago.

13       THE COURT:  -- the case was just filed, that I wasn't

14  going to allow this to take too long because Lynx had from the

15  prior October, October 2022, a state court foreclosure judgment

16  that was being stayed by the bankruptcy filing.  And I said a

17  number of occasions that on the one hand, I know that a

18  foreclosure sale is not the way to maximize value and that it

19  certainly would be in all the parties' interests, the three

20  secured creditors and you, to maximize value.  But on the other

21  hand, I couldn't justify a long delay.

22       And so when the financing never came through, you

23  agreed to a sale process.  And we -- I think much to the

24  chagrin of Lynx, I gave you quite a bit of time to agree to

25  what that sale process would be.  And then they agreed to quite

**PEGGY NESTOR**

17

1  a bit of time for the sale process to be finished so that we

2  didn't actually -- although we had technical agreement that

3  there would be a sale process in I think September or October

4  of last year, we didn't actually get sale procedures until

5  December.  And even then, links agreed that you could have a

6  process that were Sotheby's could try to sell the property.

7       MS. NESTOR:  I had contacted her in July when Anne

8  aid that you need to find n agent, whatever.

9       THE COURT:  Right.

10       MS. NESTOR:  And I knew Louise since Ms. Mellon's

11  house.  And she's a very, very qualified broker who knows about

12  the very important buildings in New York done at the turn of

13  the century.

14       MS. NESTOR:  So we have -- already have agreement that

15  we're going to sell the property.  And we got the receiver and

16  the public administrator to agree that their battles over

17  the -- or the monies, anybody's battles over the money, will

18  all wait until we sell the property and see what there is.  And

19  Sotheby's, I approved their retention in December.  Can you

20  hear me okay?  I can see your leaning forward.

21       MS. NESTOR:  Since I've had this -- I have a bacterial

22  thing that is affected my ears a little bit, so I'm, like,

23  listening like this.  I can step up here if you'd like.

24       THE COURT:  That's okay.  I tend to be soft-spoken.

25  I'll try to speak louder.  And you just tell me if you can't

**PEGGY NESTOR**

18

1  hear me.  Okay?

2            MS. NESTOR:  Thank you.  Okay.

3            THE COURT:  So we entered those orders in December.

4            MS. NESTOR:  Okay.

5            THE COURT:  But I don't think Sotheby's actually

6  listed the property until very recently.  And --

7            MS. NESTOR:  Well, she had had been seen the property

8  originally.  But she was allowed to do what she wanted to do.

9            THE COURT:  But we're more than -- we're more than

10  four months into a seven-month sale process without the broker

11  having shown the property.  We also had issues on the motion

12  for the appointment of a Trustee.

13            MS. NESTOR:  I don't think it's -- I don't think was,

14  like --

15            THE COURT:  And I --

16            MS. NESTOR:  Sorry.

17            THE COURT:  And I ruled certain assets had not been

18  disclosed, that that should have been disclosed.  They were

19  used for purposes that needed my approval and no approval was

20  obtained.  And I appointed the Trustee.  So I'm not sure how

21  Gemeaux really affects any of this.  I'm not sure why Gemeaux's

22  interests affect any of this.

23            MS. NESTOR:  Gemeaux as a company --

24            THE COURT:  Yeah.

25            MS. NESTOR:  -- was the exclusive -- in 1983, we did

**PEGGY NESTOR**

19

1   many licenses.  Some of my licenses were in the Guinness Book

2   of Records.  Also, we had other clients like Salvador Dali,

3   Amelia Boucher, and so forth.

4          But in 1983, '82 and '83, Oleg wanted to have

5   exclusivity.  So in a way, we gave up doing other people and

6   did it only for Oleg.  And we -- well, Marianne is Oleg's wife,

7   so she had a strong interest in it.  But I also did.  And I did

8   many, many things.  Even after Oleg was gone, I did five books

9   on fashion and bridal.  We made him number one in bridal.  And

10  we actually earned the money for the company, which is what

11  licensing is.  We brought in all the funding for the Oleg

12  Cassini company, and it was a very, very successful operation.

13  Everything was fine.

14         Marianne had her homes and so forth until there was a

15  very hostile takeover on the part of other parties, which is a

16  separate issue, you know, dragging a wife off the street or

17  she's on her way to a dinner for Versailles after we had done

18  the table favors with the crystal company that we had licensed.

19  There were are for people all over Europe.  And she's dragged

20  up the street by the coffee van by six different people with a

21  secret arrangement and threw her in a car, banging her eye.

22  Those are all, you know, things that happened.

23         But what it was, was a takeover to take over all the

24  property.  They called it.  The two broads even wrote a letter

25  about taking the property of the two broads if you could

**PEGGY NESTOR**

20

1    believe that.

2            THE COURT:  Okay.  But --

3            MS. NESTOR:  And it's true.

4            THE COURT:  But let me -- let me stop you.

5            MS. NESTOR:  I'm sorry.

6            THE COURT:  You know --

7            MS. NESTOR:  Sometimes it's --

8            THE COURT:  Gemeaux borrowed money from Lynx.  And

9    you --

10           MS. NESTOR:  I understand.

11           THE COURT:  And you guaranteed the loan.

12           MS. NESTOR:  Yes.

13           THE COURT:  And you and Marianne pledged the townhouse

14   in support of that loan.  Right?

15           MS. NESTOR:  We took a business loan --

16           THE COURT:  I've seen the papers.

17           MS. NESTOR:  -- and guaranteed it --

18           THE COURT:  Right.

19           MS. NESTOR:  -- because Gemeaux did not have any

20   ownership in the building.

21           THE COURT:  And the state court --

22           MS. NESTOR:  Not in the building.

23           THE COURT:  The state court has found that Lynx has a

24   valid mortgage on the townhome and was entitled to foreclose.

25   That's all done.  I can't -- I'm not an appellate court for the

**PEGGY NESTOR**

1  state.  I can't interfere with that.  That's over and done

2  with.  So the fact that Gemeaux borrowed the money doesn't

3  affect the fact that the property that you have said you own

4  and that Marianne Nestor Cassini says that you own is subject

5  to a valid lien by Lynx, one of the main parties who needs to

6  be satisfied here.

7          So if Gemeaux had some interest in this over the past

8  year, it should have appeared before now.  I don't see how that

9  has anything to do with the sale process that everybody agreed

10  to in December and that should have been much further along

11  than it actually is by now and that the trustee, having stepped

12  into the shoes of the estate now, he's now subject to that

13  prior agreed order on the sale process.

14          MS. NESTOR:  Well --

15          THE COURT:  He's got to try to comply with it.  So I

16  don't see how Gemeaux's interest really --

17          MS. NESTOR:  You know --

18          THE COURT:  -- affect any of this.

19          MS. NESTOR:  I understand.  And I know that you think

20  you are acting on the information fed to you and that you wish

21  the best.  I believe that.  However, some of his rhetoric is

22  totally does not say the truth.  His interest and his firm's

23  interest and a lot of the other people are interested in just

24  money out of the building.  That building service has been

25  forty years my building.  And by the way, I'm eighty-three, not

**PEGGY NESTOR**

22

1  eighty-four, as they put in the papers, you know, and so forth.

2  I'm still going.  I'm still talking.  Some people said that I

3  was -- that I was, you know, a screwball or whatever.  But I am

4  a person that has done a multitude of business deals for the

5  Oleg Cassini brand.  And I've gotten a lot of money for the

6  company.

7         As the beginning in April, when I went along to a

8  meeting with Anne and Marianne was going, I said that I could

9  step in for this corporate thing, the Chapter 11 bankruptcy.

10  The funding was there.  And it was also the attachments that

11  she said that would go before the Court and that she felt that

12  she would have no problem on removing the attachments.  But

13  even with the attachments that were put on by this Fallfitz

14  (ph.) firm I believe and a number of other things, if the

15  entity itself is worth more than the loan, I've spoken to the

16  Lynx people.  They're perfectly willing to settle on that with

17  the --

18         THE COURT:  When you say the entity, you mean Gemeaux?

19  Is that what you mean?

20         MS. NESTOR:  Yeah.

21         THE COURT:  What entity are you talking about?  You

22  mean the company Gemeaux or are you talking --

23         MS. NESTOR:  Gemeaux or Marianne and myself.  Our

24  Gemeaux.  There's are no other parties in Gemeaux except

25  Marianne and myself.  We started the company in '73 together.

**PEGGY NESTOR**

23

1   And, you know, we just would like to make everything work.

2          There have been some negative things said.  And you

3   know what?  You take things at face value.  But the truth is,

4   if you're there for forty years, we developed -- and I made

5   beautiful floors.  I had fashion shows, I had videos of

6   everything.  I've got lots of books and things like that that

7   shows the beauty of the townhouse and so forth.  Here's Taylor

8   Swift wearing Cassini and my sister and her bridal gown,

9   another sister.  You know, we really made a brand work.

10         THE COURT:  Let me ask you another way.  When you

11  asked for a stay, what exactly are you asking me to put a halt

12  to at the moment?

13         MS. NESTOR:  Sir?

14         THE COURT:  When you've asked for a stay, what exactly

15  is going on right now that you want me to stop?

16         MS. NESTOR:  That's -- I would like to proceed with

17  our cleaning up this.  We'd like to go to the June 30th date

18  you gave us.  And Marianne would also like to get an attorney.

19  Well, I think she's been --

20         THE COURT:  Okay.  Well, the trustee is in charge.

21         MS. NESTOR:  Yes.

22         THE COURT:  I have entered that order.  It hasn't been

23  appealed.

24         MS. NESTOR:  I understand that.

25         THE COURT:  So the trustee is in charge.

**PEGGY NESTOR**

24

1    MS. NESTOR:  Anne -- except she -- I think that Anne

2 is appealing it.

3    MS. CASSINI:  She said she appealed it.

4    THE COURT:  Oh, I don't know.  Ms. Penachio, did you

5 file an appeal on the Trustee order?

6    MS. PENACHIO:  I did not, Your Honor.

7    MS. NESTOR:  I --

8    MS. CASSINI:  I mean, that's crazy.

9    THE COURT:  All right.  Well, it hasn't been appealed.

10 So the trustees in charge.  I haven't heard anything -- any

11 reason for me to reconsider that order anyway. Frankly, what --

12    MS. NESTOR:  At any rate --

13    THE COURT:  What happened with the insurance money and

14 how it was used and your inability to explain it, I really had

15 no choice but to appoint.  The fact that your schedule of

16 assets didn't list that insurance payment, the fact that you

17 received it and used it in ways that you had trouble

18 explaining, and that I got three or four different explanations

19 of, really did not leave me any choice but to --

20    MS. NESTOR:  I did just everything that I had as

21 assets because with the insurance, one was not sure.  This

22 was -- it had to be, like -- for like the loss of the property

23 exploded.  And it was put with a toxic sign by the town out

24 there.  So it's a complete loss.  It was a FEMA situation with

25 a gigantic fire that hadn't happened in, like, thirty years.

**PEGGY NESTOR**

25

1   And then it took piecemeal of coming in of insurance because it

2   was a complicated matter.

3          But when the money did finally come, which Anne knew

4   about as well, it was paid into the company -- into the --

5   sorry, the building and the mortgage, et cetera.  So there was

6   nothing, like, dramatic about it in that -- in that way.  And

7   if people are paid in cash, which these workers are paid in

8   cash, they, you know, they revel in it and they are very good

9   workers.  In fact, some people pay their offices in cash.

10          THE COURT:  When the bank records were --

11          MS. NESTOR:  Even Ms. Volkov.

12          THE COURT:  When the bank records were obtained, they

13   showed that 21,000 dollars had been paid to a graphic designer

14   who was working on a book about Mr. Cassini.

15          MS. NESTOR:  We detailed everything to Anne about

16   the --

17          THE COURT:  But we only -- we only found that out when

18   we actually required that Ms. Penachio get the bank records.

19          MS. NESTOR:  You know what?

20          THE COURT:  That hadn't even -- that particular

21   payment hadn't even otherwise been disclosed.

22          MS. NESTOR:  I never --

23          THE COURT:  And my approval was never sought to pay

24   21,000 dollars to a graphic designer for a book.

25          MS. NESTOR:  To a what?

**PEGGY NESTOR**

26

1          THE COURT:  If you wanted to pay 21,000 dollars to a

2    graphic designer for a book, you needed to ask for my approval.

3    And you didn't.

4          MS. NESTOR:  I didn't know that.  But everything was

5    disclosed.  There was no hidden, anything.

6          THE COURT:  Okay.

7          MS. NESTOR:  You know, everything was absolutely

8    disclosed.

9          THE COURT:  Are you are you trying to back out of the

10   agreement to sell the property?

11         MS. NESTOR:  No, not at all.

12         THE COURT:  Are you trying to change --

13         MS. NESTOR:  I'm --

14         THE COURT:  Are you trying -- are you trying to change

15   the schedule?

16         MS. NESTOR:  I would like to have the opportunity to

17   complete what you ordered.  And I would like to have the

18   opportunity to take -- get rid of the you know, pay off Lynx.

19   And then he is ready, Mike Alfieri.  We've had decent fine

20   conversations.  He has actually said he has the highest respect

21   for myself and Marianne.  So we're not in any way personally in

22   an adversarial position.  Yes, that's -- I would do that --

23         THE COURT:  You can talk to Lynx, you know.

24         MS. NESTOR:  Yes.

25         THE COURT:  You're entitled to do that.

1        MS. NESTOR:  He's fine.

2        THE COURT:  If you can work out a deal with Lynx, you

3   can inform the Trustee.  Other parties may be willing to agree.

4   There's nothing that stops that.

5        MS. NESTOR:  I would love to do that.

6        THE COURT:  Right?  The trustee is in control of your

7   estate.  You can't settle without the trustee's agreement.  But

8   there's no reason --

9        MS. NESTOR:  That would be fine.

10       THE COURT:  -- no reason you can't talk to Lynx.

11       MS. NESTOR:  You know, sir, just Marianne sent -- we

12   didn't avoid anybody.  Marianne sent to Al Togut, who is your

13   trustee.  She went and had the papers bound at Federal Express.

14   It cost 900 dollars, believe it or not, and ninety-one dollars

15   to ship, which he details in a note to him.  Nothing was

16   negative.  She was there, ready to speak with him and so forth.

17   To characterize that we're the bad ones or anything like that

18   is incorrect.  It's really incorrect.  But it is a way to --

19   lawyers have all different ways they approach things.  And you

20   know, the truth is the truth.  You know, we're just -- but you

21   know, we're women.  And this is been my home since forty years.

22   You know, and I've worked very hard on everything.  That's all.

23   Every year, everything.  And I've made so much money for -- and

24   licenses and so forth for Oleg Cassini.  Its' like Oleg Cassini

25   is my badge once he wanted it.  And I -- we had such

**PEGGY NESTOR**

28

1  visibility.  My daughter even recently said to me, mom, what's

2  happening, because nobody even knows -- she's in Texas.  She

3  said nobody even has heard of Oleg Cassini anymore.  And we had

4  him at the forefront of everything.  I mean, here's Grace Kelly

5  on the cover in his pink dress.

6          THE COURT:  To the extent that what you want --

7          MS. NESTOR:  Yes.

8          THE COURT:  -- is time so that you --

9          MS. NESTOR:  Yes.

10          THE COURT:  -- can finish the sale of the property, I

11  can't allow that.  You have -- I can't allow that.  I have a

12  trustee.

13          MS. NESTOR:  Yes.

14          THE COURT:  The trustee -- the trustee by statute has

15  got to take control of the property and has got to do what I

16  previously ordered.

17          MS. NESTOR:  You know, I'll let Marianne speak, but

18  the trustee has seemingly moved in a negative manner, very

19  negative.

20          THE COURT:  Negative -- I'm sure you didn't --

21          MS. NESTOR:  And there's been no -- my niece --

22          THE COURT:  It may be negative in the sense that --

23          MS. NESTOR:  Well, let me --

24          THE COURT:  -- you don't like what he is --

25          MS. NESTOR:  Let me read --

1          THE COURT:  -- you've made --

2          MS. NESTOR:  Sorry.

3          THE COURT:  You may not like what he says or what he

4    has said, but what has he done that's negative in terms of

5    selling the property?

6          MS. NESTOR:  Negative about selling the property?

7          THE COURT:  Yeah.

8          MS. NESTOR:  Well, just -- I just heard some of his

9    description was negative.

10          THE COURT:  Well --

11          MS. NESTOR:  Some places (indiscernible) company.

12    They don't put a price on something unless they have valued it

13    correctly.  Okay.

14          THE COURT:  Okay.

15          MS. NESTOR:  So it's -- you know, it's a rare

16    property.  It's got nearly 19,000 square feet.  And it's a very

17    valuable property.  You know, and I've invested basically my

18    life in it of my, you know, adult time.  I was forty-three when

19    I bought the property.  A bit older now.

20          And my niece sent this to her mother who's in Florida

21    at the moment.  She said -- and here it is in Marianne's

22    papers.  "Someone is in the house, broke in.  I call the cops.

23    I don't know if Marianne is okay.  I heard screaming.  Don't

24    call her.  They will pick up and they will know I'm here.  Do

25    not call.  I called the police.  I don't hear sirens.  They

**PEGGY NESTOR**

30

1  take forever.  If I die, mama just know I'm with God."

2          THE COURT:  But Ms. Nestor, you got my order telling

3  you to give the trustee keys.  You didn't do it.

4          MS. NESTOR:  It's just a matter --

5          THE COURT:  You didn't do it.  You got my order that

6  said give him keys, and you didn't do it.  Okay?

7          MS. NESTOR:  I'm sorry.  You think that it's not --

8          THE COURT:  I issued --

9          MS. NESTOR:  I'm sorry that you had that impression.

10         THE COURT:  I issued an order that said that the two

11  of you --

12         MS. NESTOR:  Today?

13         THE COURT:  No, a week ago yesterday.  It said the two

14  of you within forty-eight hours were to deliver the keys to the

15  trustee, and you didn't do it.

16         MS. NESTOR:  To leave the building?

17         THE COURT:  To give the trustee keys for access to the

18  building.  And you didn't do it.

19         MS. NESTOR:  Marianne had discussed that with, I

20  believe, Mr. Togut or Mr. Berger who is a friend of Anne's

21  actually.  She says she's a friend of his.  And there's a --

22  look, they could easily make an appointment.  No resistance.

23  He was sent a lot of information and background.

24         THE COURT:  No, no.  No, no, no, no, no.  You don't

25  get to define those terms.  I issued an --

**PEGGY NESTOR**

1          MS. NESTOR:  that's okay.

2          THE COURT:  I issued an order.

3          MS. NESTOR:  I'm not in an argument with you.

4          THE COURT:  I issued an order that said that your

5    access would be subject to the trustee's prior agreement --

6          MS. NESTOR:  Oh, well, they --

7          THE COURT:  -- and that you -- and that you were to

8    turn over the keys to the trustee so that the trustee --

9          MS. NESTOR:  For me?

10         THE COURT:  Yes.

11         MS. NESTOR:  Oh.

12         THE COURT:  That both of you, both of you were.  And

13   it didn't happen.  And then when the trustee showed up on

14   Friday, you refused.  Whoever answered the phone --

15         MS. NESTOR:  No, that's --

16         THE COURT:  -- or the intercom refused to leave.

17         MS. NESTOR:  He did say to the girl that answered, who

18   happened to be the same girl, she's a young girl, that I'm

19   going to break the door down.  And she freaked out, to use a

20   colloquial expression, and said -- and got really very, very

21   upset.

22         THE COURT:  Well, the Marshals probably said --

23         MS. NESTOR:  So it didn't need to be like that.

24         THE COURT:  The Marshals probably said that yesterday

25   because you didn't leave them any choice.  You didn't let them

**PEGGY NESTOR**

32

1  in.

2        MS. NESTOR:  No.

3        MS. CASSINI:  He said --

4        MS. NESTOR:  No.  The first thing -- the first thing

5  was people pounding on the door, not letting -- nobody rang the

6  doorbell or even called anyone on the phone.  It was a chaotic,

7  unbelievable, unnecessary --

8        THE COURT:  All right.  All right.

9        MS. NESTOR:  -- violent event.

10        THE COURT:  Whatever you --

11        MS. NESTOR:  I'm sorry, Your Honor.

12        THE COURT:  Whatever you think about that --

13        MS. NESTOR:  It's not the thinking.  It's for real.

14        THE COURT:  -- your application is for -- your

15  application is for a stay.  And I'm not sure what you want me

16  to stay or why I should stay it.  If by a stay you think you

17  want to take control of what the trustee --

18        MS. NESTOR:  No.

19        THE COURT:  -- needs to control, I can't and won't do

20  that.

21        MS. NESTOR:  I'd like to make the best possible price

22  if we do that, and I'd like to resolve with the Lynx Asset and

23  be done with the negatives.  That's about what I like.

24        THE COURT:  You can speak to Lynx.  If you have ideas

25  on how to improve the sale value, you can talk to the trustee.

**PEGGY NESTOR**

33

1  You can talk to Sotheby's.  You're not barred from doing that.

2  But you are barred from interfering or by taking possession of

3  the property.  It's subject to the trustee now.  Okay?

4      MS. NESTOR:  You know, there's very important things

5  in there.

6      MS. CASSINI:  Personal stuff.

7      THE COURT:  Well, if there are personal things, you

8  need to identify them.

9      MS. NESTOR:  You know what --

10     THE COURT:  I've known Mr. Berger -- he's appeared in

11 front of me a number of times.  I don't know him personally,

12 but he has always been reasonable in my experience.  I am sure

13 that no trustee will let you go into the property without

14 supervision because we know from a history in bankruptcy cases

15 that properties get removed that maybe shouldn't be removed.

16 And so anything -- if you want personal property, if you want

17 clothing, you need to try to work that out with Mr. Berger.

18 I'm sure nobody -- but I'm sure nobody wants to deprive you of

19 your clothing, for example.  Right?

20     MS. NESTOR:  My understanding, Your Honor, is that

21 Anne was appealing your --

22     MS. CASSINI:  Trustee order.

23     MS. NESTOR:  -- trustee order.

24     THE COURT:  I don't think -- I didn't see --

25     MS. NESTOR:  Is Anne still on the phone?

**PEGGY NESTOR**

34

1        MS. NESTOR:  I didn't see any order.  Go ahead, Mr.

2    Berger.

3        MR. BERGER:  If I may, Your Honor.  Neil Berger again

4    for the trustee.

5        THE COURT:  You don't need to stand there.  You can

6    stand wherever there's a microphone.  It works just as well.

7    It all feeds into the system.

8        MR. BERGER:  I printed out the docket for the case

9    before I came down to court.  Your Honor's order directing the

10   appointment of a trustee and Your Honor's order approving the

11   United States Trustee's selection and appointment of Mr. Togut

12   are now final.  No appeal has been filed.

13       Moving on just for a moment, Your Honor, regarding the

14   property, in her original and amended schedules, Peggy Nestor

15   listed two works of art.

16       MS. NESTOR:  I'm sorry.  I couldn't hear you.

17       MR. BERGER:  In Ms. Nestor's original and amended

18   schedules, she listed two works of art.  I personally spent

19   four and a half hours in that building yesterday.  There are

20   dozens of items --

21       MS. NESTOR:  There are what?

22       MR. BERGER:  Dozens of items of fine art.  I'm at the

23   tail end of representing --

24       MS. NESTOR:  They're not mine.  I have two pieces of

25   art in the building, sir.  You cannot speak about that and lie.

**PEGGY NESTOR**

1   You don't ask me.  We wouldn't have to have a problem.

2         THE COURT:  Ms. Nestor, I'm going to give you a chance

3   to respond.  But in court we don't interrupt.

4         MS. NESTOR:  I have -- I'm so sorry.

5         MS. CASSINI:  I have some important -- no, no.  This

6   breaks --

7         THE COURT:  You have to wait.

8         MS. NESTOR:  This is important --

9         MS. CASSINI:  I'm sorry.

10        THE COURT:  I will give you a chance.

11        MS. NESTOR:  -- (indiscernible), Your Honor.

12        THE COURT:  You have to wait.

13        MR. BERGER:  I don't know who owns all of that art.

14   That's something the trustee will have to determine.  The point

15   of my mentioning it, Your Honor, is that there are valuable

16   items in the townhouse that are not included in the original or

17   amended schedules.  We will be -- we will be reasonable to

18   allow both Ms. Nestors here today access to the property, but

19   not without any supervision and certainly not without the U.S.

20   Marshal being present as well.  It took a lot of effort to get

21   possession of this property.  The U.S. marshals suggested that

22   to me yesterday.  Mr. Togut and I agree.  We don't want to have

23   to go through another process of having to break down doors,

24   incur more expense, and come back and forth to Your Honor.

25   We'll be reasonable.  When the U.S. attorney is available, we

1   will be -- make every effort to be available personal items,

2   clothing, medications, however you want to say personal items

3   that should not be administered or would not ordinarily be

4   administered by a trustee, fine with supervision, with

5   scheduling.

6        If someone thinks we're not being reasonable, we're

7   happy to get on a phone call, be in front of Your Honor very

8   quickly.  We're not requiring pro se litigants to file papers.

9   I'm committing to Your Honor we will be reasonable and make

10  efforts to comply.

11       THE COURT:  All right.  Hang on one second

12       Ms. Nestor?  Ms. Peggy Nestor, yes?  If you don't own

13  the artwork, who owns it?

14       MS. NESTOR:  My sister owns some of it.  My other

15  sister owns some of it.  And I only have the two pieces of

16  artwork which I got in 1968 which I declared.  And I also had

17  an estimate done back in about 2018 or '19 from a professional

18  place to and they're I already declared what they were.

19  They're two Dutch painters, (indiscernible) and also Art van

20  der Meer.  And that's what they are.

21       THE COURT:  Okay.

22       MR. BERGER:  Your Honor, you've given the trustee --

23       MS. NESTOR:  And I did testify to that, Your Honor.

24       THE COURT:  Right.

25       MR. BERGER:  Your Honor has given the trustee a

**PEGGY NESTOR**

37

1   bankruptcy rule 2004 authority.  We'll issue subpoenas --

2              THE COURT:  Right.

3              MR. BERGER:  -- to determine the ownership of those

4   works of art.

5          If I may, I'm speaking to you but also intending for

6   Ms. Nester to hear my inquiry, I'm wondering out loud which

7   sister because there are a number of Nestor sisters in play

8   here, owns that art.

9              THE COURT:  Which sister owns --

10             MS. NESTOR:  Let me --

11             THE COURT:  Yeah.

12             MS. NESTOR:  Sorry.

13             THE COURT:  Which sister owns what art?

14             MS. NESTOR:  Oh, Marianne was on the board of a an

15  important art gallery, (indiscernible) gallery.  And she, as a

16  model, traveled the world, and purchased art so she can go

17  through all that, you know.  And she's not in bankruptcy.

18             THE COURT:  You said she had another sister besides

19  Marianne on some of it?

20             MS. NESTOR:  We have seven sisters, Your Honor.

21             THE COURT:  Okay.  Well, how many --

22             MS. NESTOR:  A nice Irish family.

23             THE COURT:  How many of them own art that's in the

24  building?

25             MS. NESTOR:  Unfortunately, three of them are -- have

**PEGGY NESTOR**

38

1   died in the last three years.  So it's been a very upsetting

2   time.  And they were younger than me, okay, so -- except for

3   one.  And -- but they had nothing to do with that.  I'm just

4   telling you that it's been a very stressful period of time.

5   This takes the cake also when you've been in a house for forty

6   years.  you know, I'd like everybody to try and see how they

7   feel.

8            Besides that, yeah, Marianne is an art collector.  And

9   she is an art expert.  And she was on the board of a gallery

10  called the (indiscernible) galleries.  And then she would be

11  purchasing product.  Some of it belongs to -- Marianne been

12  through a lot, even from her husband's time and so forth.  And

13  part of this is in part of another case.  And we -- she had to

14  buy back -- or people bought back for her, not myself, from

15  this sale that was done on Marianne's property through

16  galleries that -- it's part of another case, and it's not my

17  case, so she can talk about it. But I have two pieces of art.

18           THE COURT:  Okay.  All right.

19           MS. NESTOR:  And they're very nice.

20           THE COURT:  That's for another day, not for today.

21           MS. CASSINI:  Well, in (indiscernible).

22           THE COURT:  Yeah.  Go ahead.  You may speak now.

23           MS. CASSINI:  Okay.  I'm sorry to bother you.  I did

24  write a letter to you.  However, there's something very

25  important here.  This property that Peggy and

**PEGGY NESTOR**

39

1   (indiscernible) --

2           THE COURT:  You have to speak at the microphone or --

3   well, we use a tape recording.  That's the only --

4           MS. CASSINI:  Oh.

5           THE COURT:  So that's the only --

6           MS. CASSINI:  I didn't know -- is it possible to get

7   transcripts?  Because we never got a transcript of anything.

8           THE COURT:  You can.

9           MS. CASSINI:  And a lot of meetings --

10          THE COURT:  You have to --

11          MS. CASSINI:  -- that you have we weren't even invited

12  to.

13          THE COURT:  You have to order a transcript.  You have

14  to contact the clerk's office.

15          MS. CASSINI:  It's so much better here in person.  The

16  meetings went on the telephone we couldn't hear you or

17  anything.  It was very, very difficult.  It's so much better to

18  see you in person in a very beautiful place like this.

19          THE COURT:  You're always welcome to be here.

20          MS. CASSINI:  I'm going to come all the time.  I was

21  here at 8:36 a.m. on Monday to file papers.  The lady was

22  extremely nice to me.  And -- and you've been very nice too.

23  You've accepted them because I'm a pro se.  I'm -- I made the

24  thing because I need to get it -- I have to get an attorney.  I

25  can't do all this stuff myself.  It's just too heavy.

**PEGGY NESTOR**

40

1            But the -- the thing here that I want to show you is

2    that this property that Peggy and I bought in 1984, February

3    23rd, 1984, has seven apartments in it.  Half of the building

4    is mine.  I'm not in bankruptcy.  Accordingly, what he's trying

5    to do doesn't work.  You can't sell my property because I'm not

6    in bankruptcy.

7            THE COURT:  Time out.  Time out.

8            MS. CASSINI:  Okay, sir.

9            THE COURT:  You have already submitted --

10           MS. CASSINI:  No, I didn't.

11           THE COURT:  -- papers in my case.

12           MS. CASSINI:  No.  If you look on -- but they have

13    never been filed.  So the law of New York, from what I

14    understand, is that whatever is there and has been --

15           THE COURT:  A lawsuit was filed against you --

16           MS. CASSINI:  By whom?

17           THE COURT:  -- by your sister --

18           MS. CASSINI:  She said -- she --

19           THE COURT:  -- in this court --

20           MS. CASSINI:  But nothing happened, Your Honor.

21           THE COURT:  -- for a determination that she was the

22    sole owner.

23           MS. CASSINI:  But, Your Honor, it's my --

24           THE COURT:  And you filed papers saying that your

25    sister Peggy is the sole owner.

**PEGGY NESTOR**

41

1          MS. CASSINI:  But she never filed them.  I guess -- I

2     testified in everything else that I gave it to her, but she

3     never filed.  So the law of New York, as long as whatever is on

4     there, that's what it is.  And here's the -- Your Honor, here

5     is the deed from 1984.  And I showed it to the officers

6     yesterday that showed up.  It was the most horrible experience

7     yesterday.  It was like a day in hell.  They got breaking down

8     the door.  They came to the fourth floor, and they were hitting

9     with a baseball bat.  And all of a sudden there are seven big,

10    enormous guys there and a woman that's pulling me by the arm.

11    I have bruises all over my arm.  And they put me on the street

12    in a robe.  I came down here actually yesterday to search -- to

13    see if you were here to see you, because I thought that you

14    should know about it.  I think it's absolutely terribly

15    abusive.  I haven't never done anything to this man, nothing.

16    But I am still fifty percent owner of this building.

17          THE COURT:  You're not.  In my eyes, you --

18          MS. CASSINI:  Well, then you haven't changed it, Your

19    Honor.

20          THE COURT:  Just stop.  Just wait a second now.  You

21    filed papers in my court --

22          MS. CASSINI:  But she never --

23          THE COURT:  -- in my court --

24          MS. CASSINI:  The same thing --

25          THE COURT:  -- saying you do not own any part of this

1   building.

2        MS. CASSINI:  But she didn't file them.  She has not

3   put in the deed.  So the deed -- it still rests.  It belongs to

4   me, Your Honor.  That's the New York State law, from what I

5   understand.  I mean, I didn't call anybody to ask them, but

6   that's my understanding.  I can --

7        THE COURT:  Mr. Berger, remind me what the papers were

8   that were filed by Ms. --

9        MR. BERGER:  Yes, Your Honor.

10        MS. CASSINI:  I'd like to --

11        THE COURT:  -- by Ms. Cassini.

12        MS. CASSINI:  -- read this to Your Honor when you get

13   a chance.

14        THE COURT:  Just wait a minute.  I've got a

15   question --

16        MS. CASSINI:  Thank you, sir.

17        THE COURT:  -- for Mr. Berger.

18        MR. BERGER:  Your Honor, there -- Neil Berger for the

19   trustee.

20        MS. CASSINI:  Yeah, all in my name.

21        MR. BERGER:  There are at least two instances when Ms.

22   Marianne made those statements to Your Honor in written form,

23   first in adversary proceeding number 23-01995 at docket number

24   10 filed on January 31st, 2024.  Ms. Marianne Nestor filed an

25   admission of service in the adversary proceeding commenced by

**PEGGY NESTOR**

43

1  Peggy Nestor concerning title.  And in paragraph 8 -- and I'm

2  holding it in my hand, Your Honor; I'm reading directly from

3  it -- Ms. Nestor states, "I acknowledge that I have no

4  ownership interest in the premises at 15 East 63rd Street, New

5  York, New Yor, 10065.  Peggy Nestor is the sole owner of 15

6  East 63rd Street."  End of quote, again, dated January 30th,

7  2024, filed on the docket of that adversary proceeding on

8  January 31, '24.

9       In the main case, Your Honor --

10      MS. NESTOR:  Excuse me, sir.  What date was that?

11      THE COURT:  Show it to her.

12      MR. BERGER:  Your Honor, the record would reflect that

13  I'm handing the admission of service to Peggy Nestor, ma'am.

14      MS. NESTOR:  Thank you.

15      MR. BERGER:  Continuing, Your Honor, in the main case,

16  on January 18th, 24 at docket number 80, following entry of the

17  order authorizing the retention of Sotheby's International as

18  the real estate broker, the signed -- the fully signed

19  exclusive right to sell townhouse agreement was filed.  And I'm

20  holding it in my hand.  It's signed by Peggy Nestor on page 3

21  of 8.  And --

22      MS. CASSINI:  That was the dual path, Mr. Berger,

23  isn't it?  Yes.

24      MR. BERGER:  I'm sorry.  On page 7 of 8 bears the

25  signature of Marianne with an asterisk next to it.  And a

**PEGGY NESTOR**

44

1  footnote that is handwritten all rights reserved, nothing

2  herein is an admission of any ownership interest.  Peggy Nestor

3  is the owner of 15 East 63rd Street.

4        So those are at least two instances when Marianne

5  Nestor has represented to Your Honor that she has disclaimed

6  any ownership interest in the property.

7        MS. NESTOR:  This is January 31st --

8        MS. CASSINI:  This is the --

9        MS. NESTOR:  -- of this year.

10       MS. CASSINI:  This is the deed.  It's still on ACRIS,

11 Your Honor.  So it --

12       THE COURT:  I know what the deed says.  But --

13       MS. CASSINI:  I looked through -- and --

14       THE COURT:  You -- but --

15       MS. CASSINI:  And Penachio misrepresented a lot of

16 things.  She said that she had put it in an appeal regarding a

17 trustee, but she said -- then she said that that she will make

18 more money with the trustee, but she didn't want to do that.

19 And she said that she was a friend of hers, that they were

20 together in friendly together in the Westchester or West Plains

21 or whatever, White Plains small group of lawyers.  That's what

22 she said to me.  She wrote it to me.  I can send it to you.

23       Everything was submitted on time by Peggy.  Even all

24 the bank statements were.  In fact, when she said that it

25 wasn't submitted on time, the last meeting with you when you

1   got a little bit upset and I don't blame you, she had sent

2   me -- in September I had an email from her where she said

3   September of 2023 -- she said now that I have all the

4   statements, I can file the papers.  So that's not what she ever

5   did.  She never filed anything.

6           THE COURT:  But let's --

7           MS. CASSINI:  We would have been happy to file the

8   papers, but she never did it, Your Honor.

9           THE COURT:  Let's stick to one point for the moment.

10          Everybody has already pointed out to me for a long

11  time from the beginning of this case that the filed -- the deed

12  is in both of your names.  But the issue came up several times

13  during this case as to who owns the property because your

14  sister filed papers swearing that an unrecorded deed had been

15  issued by you --

16          MS. CASSINI:  That's true.

17          THE COURT:  -- in her favor.

18          MS. CASSINI:  That's absolutely true.  There was an

19  unrecorded deed by --

20          THE COURT:  And so I asked several times for

21  confirmation that you agreed with that, and I insisted that we

22  get such confirmation.  And you filed that confirmation in

23  response to the adversary proceeding complaint that had been

24  filed --

25          MS. CASSINI:  Well, you --

1          THE COURT:  -- confirming that from your point of

2     view, the unrecorded deed was valid.

3          Now, there's a thing in law called judicial estoppel.

4     And you've taken the position that it's her property, that it's

5     out of the reach of your creditors in the estate litigation,

6     even though they say otherwise.  You've taken that position.

7     You've made sworn statements to me in support of that, and

8     you've gotten the continuation of the automatic stay based on

9     that and based on the allegations that it is your sister who

10    owns the property and not you.  I am not letting you change

11    your position on that issue.  I will not.  You are estopped

12    from contending --

13          MS. CASSINI:  Thank you, Your Honor.

14          THE COURT:  -- personally that you do not -- that you

15    have an ownership interest in this property.

16          MS. CASSINI:  Your Honor, thank you very much.  We did

17    buy it together.  That's absolutely true.  But -- and Penachio,

18    maybe she was making it up, she said whatever is filed, if it's

19    not filed, it's not -- it's not correct.  And there was nothing

20    filed on the -- on the -- as far as the deed, except this

21    particular deed would have both names on it.  We did purchase

22    it together in 1984.  It's totally a fact.  And there are seven

23    apartments in there so that fifty percent of the building would

24    be mine, three and a half apartments, three and a half of hers.

25    That would be -- that was the position that she had mentioned.

**PEGGY NESTOR**

47

1          And -- but she didn't reveal everything.  She didn't

2   say -- she had said that she put in a motion to appeal

3   regarding appointing a trustee.  But she did say she would make

4   more money with a trustee, but she's not going to -- but she

5   didn't want that.  So I don't know.  I think she hasn't been

6   exactly straight.  In fact, if she didn't put in an appeal, she

7   told us she put in an appeal, she was very wrong in my opinion.

8          THE COURT:  this is --

9          MS. CASSINI:  I have -- I have a letter for you.

10         THE COURT:  We're not here to talk about what you

11  think --

12         MS. CASSINI:  I understand, Your Honor.

13         THE COURT:  -- Ms. Penachio said to you --

14         MS. CASSINI:  I have -- I have -- I wrote --

15         THE COURT:  -- or what you think her interests are.

16         MS. CASSINI:  I want to read this to you.  Your Honor,

17  I'd like -- if I may --

18         THE COURT:  Just a second.  It's --

19         MS. CASSINI:  Yesterday was a day in hell.

20         THE COURT:  I know, but it's a court hearing.

21         MS. CASSINI:  I understand.

22         THE COURT:  It's not a -- it's not a gripe session.

23         MS. CASSINI:  No.  Okay.  I understand.

24         THE COURT:  But I'm not going --

25         MS. CASSINI:  But I think it should --

**PEGGY NESTOR**

48

1          THE COURT:  I know you feel terribly aggrieved by

2     what's happened in the estate --

3          MS. CASSINI:  I was pulled -- I thought I was going to

4     be pushed down the stairs.  It was the most frightening thing

5     I've ever had in my life.  And my poor little niece is -- is

6     upstairs.  She said -- she said, I'll if I die, mama, just know

7     I'm with God.  How could that something like that happen?  We

8     bought this place forty years ago.  Peggy has been living there

9     forty years.  She's a rent-stabilized tenant.  There's big rent

10    stabilization laws.  She cannot be moved if she wants to stay.

11         THE COURT:  She should have cooperated with the order

12    that I --

13         MS. CASSINI:  We did cooperate.

14         THE COURT:  No, you didn't.

15         MS. CASSINI:  Excuse me, Your Honor.  I've sent all

16    these papers to this Al Togut.  He never once even responded.

17    It was 900 dollars to print them.

18         THE COURT:  You have to speak into the microphone.

19    I'm sorry.

20         MS. CASSINI:  I spent 900 dollars to --

21         THE COURT:  That's fine.

22         MS. CASSINI:  -- have all these things printed.  I

23    signed it, ninety dollars to Federal Express.

24         THE COURT:  I issued an order.  I --

25         MS. CASSINI:  She didn't give us all the orders.

**PEGGY NESTOR**

49

1              THE COURT:  There was a motion --

2              MS. CASSINI:  When you were talking even on these

3    meetings, I couldn't even hear you because she was on a cell

4    phone holding it in the air.  And the closer you got, the sound

5    went down.  I didn't hear anything.

6              THE COURT:  There was a --

7              MS. CASSINI:  That's why it's much better to --

8              THE COURT:  There was a motion filed April 10th.  The

9    certificate of service shows it was served on both of you.

10             MS. CASSINI:  How was it served on?

11             THE COURT:  Let me finish a sentence.

12             MS. CASSINI:  I'm sorry, Your Honor.

13             THE COURT:  Okay.

14             MS. CASSINI:  You're very nice, and I appreciate it.

15   You have to understand, though, this is --

16             THE COURT:  I know you're upset.

17             MS. CASSINI:  -- terribly emotional.

18             THE COURT:  And I've tried --

19             MS. CASSINI:  I have (indiscernible) --

20             THE COURT:  But I also --

21             MS. CASSINI:  And yesterday was a day in hell.

22             THE COURT:  I'm also trying to explain --

23             MS. CASSINI:  I understand, and I appreciate it.

24             THE COURT:  -- so that you understand.  So there was a

25   an adversary proceeding filed and a motion filed on April 10th.

**PEGGY NESTOR**

50

1   I issued an order that scheduled a hearing for April 23rd.  The

2   certificate of service shows it was served on Peggy Nestor,

3   Marianne Nestor Cassini, and also Ms. Penachio.  Nobody showed

4   up on April 23rd.  Nobody filed papers in opposition to the

5   trustee's request.

6          MS. CASSINI:  I never --

7          THE COURT:  I issued an order on April 23rd and

8   directed that it be --

9          MS. CASSINI:  I know, but --

10          THE COURT:  -- served upon you.  I am told I have

11   certificates of service that it was served on you.

12          MS. CASSINI:  I never got it.  I'm --

13          THE COURT:  The order -- the order required that you

14   turn over keys to the trustee --

15          MS. CASSINI:  I never got it.

16          THE COURT:  == within forty-eight hours.  And you

17   didn't do it.

18          MS. CASSINI:  I never got it.  Your Honor, this is  a

19   man.  He brought in seven big guys and a woman.  And pulling me

20   down the stairs.  I was over -- she thought I was being -- it

21   was a homicide downstairs.  This is absolutely outrageous.  I

22   was thrown on the street in a robe.  I've been married for --

23   since 1971 to my husband.  We've owned this property forty

24   years.

25          THE COURT:  When did you --

**PEGGY NESTOR**

51

1          MS. CASSINI:  And he's throwing me on the street.

2          THE COURT:  hen did you file your request for a stay?

3    And when did you start leaving telephone calls with my

4    chambers.

5          MS. CASSINI:  With you?

6          THE COURT:  Yeah.

7          MS. CASSINI:  When did I start?

8          THE COURT:  That has to stop by the way.  You can't do

9    it.

10         MS. CASSINI:  Because I'm pro se --

11         THE COURT:  You have to make applications on the

12   docket.

13         MS. CASSINI:  No.  I understand you.

14         THE COURT:  But --

15         MS. CASSINI:  And I appreciate you telling me.  I have

16   brought this stuff to be printed.  I'm bringing --

17         THE COURT:  But you knew about this --

18         MS. CASSINI:  -- all today.

19         THE COURT:  You knew about this before Tuesday because

20   you were calling to complain about it before Tuesday.

21         MS. CASSINI:  Complain about what, the trustee?

22         THE COURT:  About Mr. Berger taking control of the

23   townhouse.

24         MS. CASSINI:  No, I didn't complain about that.  I

25   never talked to him.  He was at the -- he called me on the

1  telephone, and then he hung up.  I never spoke to him again.

2  And when he was there yesterday, he never even talked to me.  I

3  said are you Mr. Berger.  He wouldn't even say who he was or

4  anything else.  And I asked who at -- the Marshals guys were

5  actually quite nice.  I asked, who's that, and they told me who

6  it was.

7      THE COURT:  Did you call him --

8      MS. CASSINI:  He never told me --

9      THE COURT:  Did you call him on Friday and tell him to

10  leave the premises?

11      MS. CASSINI:  I never called him.  He called me.  He

12  said that --

13      THE COURT:  Okay.

14      MS. CASSINI:  -- he was Neil Berger.

15      THE COURT:  Did you tell him to leave the premises?

16      MS. CASSINI:  I said -- told him to go home.

17      THE COURT:  Okay.

18      MS. CASSINI:  I said go home.  Maybe he recorded it.

19      Anyway, I held this.  I'd like to read it to you, Your

20  Honor.  I do need to get an attorney.  And I need thirty days

21  stay.  If you can do it for me, I would appreciate it.  That's

22  why I put the papers in.

23      THE COURT:  A stay of what?

24      MS. CASSINI:  For me to get an attorney.  I can't be

25  doing this, being crucified like this.

**PEGGY NESTOR**

53

1          THE COURT:  You can get an attorney.  That's fine.

2   But what is it?  You want me to stay?  What is it you --

3          MS. CASSINI:  I need thirty days to get an attorney,

4   for him to stop what he's doing for thirty days so I can get an

5   attorney.

6          May I read this to you, Your Honor?  I spend a lot of

7   time to prepare it.

8          THE COURT:  And when you say to stop what he's doing,

9   what do you mean?

10          MS. CASSINI:  He's writing terrible things, saying

11   terrible things about us.  He had these guys in the building

12   breaking down the doors.  They broke down a door on the fourth

13   floor.

14          THE COURT:  That's already done.  He --

15          MS. CASSINI:  I understand that.

16          THE COURT:  That's already done.  What is it --

17          MS. CASSINI:  But he should be  responsible for what

18   he does.

19          THE COURT:  What do you --

20          MS. CASSINI:  It was terrible.

21          THE COURT:  What do you want -- what are you asking

22   me --

23          MS. CASSINI:  Here's -- here's --  to stop him -- just

24   what a stay means is that something that hasn't happened yet

25   but is about to happen is something you're asking me not to

**PEGGY NESTOR**

54

1   allow to happen.  So what is it that you don't want me to

2   allow?

3           MS. CASSINI:  I filed papers -- I need thirty days to

4   hire an attorney to protect me in this thing instead of all

5   this stuff is going on.  I need thirty days for that.  Peggy

6   filed papers for -- Gemeaux needs thirty days to get an

7   attorney.  And she wants to get rid of Anne, especially now

8   that she never even put in the appeal for a trustee.  That's --

9   really would be --

10          THE COURT:  Okay.

11          MS. CASSINI:  That's terrible.

12          THE COURT:  Okay.  Let me try --

13          MS. CASSINI:  Because she's going to make more money

14   with him.  That's why.

15          THE COURT:  Let me let me try it this way.

16          MS. CASSINI:  Because she's going to make more money

17   with him.

18          THE COURT:  You can get an attorney.  That's fine.

19          MS. CASSINI:  Thank you.  I need thirty days, Your

20   Honor.

21          THE COURT:  I've encouraged you many times to do so.

22          MS. CASSINI:  No, Your Honor.  You never spoke with me

23   before -- told me that.

24          THE COURT:  I told Ms. Penachio and your sister --

25          MS. CASSINI:  Well, she never -- she never told

**PEGGY NESTOR**

55

1  anybody.  That's the truth, Your Honor.  She never told

2  anybody.

3          THE COURT:  Okay.

4          MS. CASSINI:  And even those meetings in her office --

5  sorry, I got to finish.  Even those --

6          THE COURT:  No, no, no, no.  You have to let me

7  finish.

8          MS. CASSINI:  She wouldn't -- I couldn't hear

9  anything.

10          THE COURT:  You have to let me finish.

11          MS. CASSINI:  Yes, Your Honor.  You're the boss here.

12          THE COURT:  Exactly.  Exactly.  You have to let -- you

13  have to let me finish.

14          So here's the thing.  What you asked for is a stay.

15  Now, what a stay means is that something that is going to

16  happen in the future is something that I should not allow to

17  happen, or that I should postpone for thirty days something

18  that hasn't happened yet.  What exactly is it that you want me

19  to stay?

20          MS. CASSINI:  I need you to stop everything for thirty

21  days so I get an attorney to protect me.  Anne Penachio is not

22  my attorney.  She --

23          THE COURT:  When you say stop everything, what do you

24  mean?  You mean stop the sale process?

25          MS. CASSINI:  Well, the sale process, if I own it, you

1  can't do it because I say no.

2         THE COURT:  Okay.  Forget that.  I'm not stopping the

3  sale process.

4         MS. CASSINI:  Yeah.  But maybe she forced me under --

5         THE COURT:  I am not --

6         MS. CASSINI:  She said things -- Your Honor, you

7  weren't there at the meeting.  She said things that never

8  happened, never gives you -- and every time you would talk on

9  the phone, she'd turn the sound down so you couldn't even hear

10  what you were saying.  And that's the truth.

11         THE COURT:  All right.

12         MS. CASSINI:  Let me -- may I read this to you, sir?

13         THE COURT:  I'm not stopping the sale process.

14         MS. CASSINI:  Okay.

15         THE COURT:  Is there something else you want me to

16  say?

17         MS. CASSINI:  Yes.  I want to read this to you.

18         As a pro se being sued by the Togut team, I'm allowed

19  to directly write to Your Honor.  Is that correct?

20         THE COURT:  You can file papers on the docket.  You

21  cannot write directly.

22         MS. CASSINI:  Okay.  So how do I do that?

23         THE COURT:  You cannot.

24         MS. CASSINI:  I have to go here?

25         THE COURT:  Yes.

**PEGGY NESTOR**

57

1          MS. CASSINI:  Because I don't have any information

2    about how to do it.

3          THE COURT:  Yes.  You have to file here with the

4    clerk's office.

5          MS. CASSINI:  So I have to come in person here to

6    file?

7          THE COURT:  Yes, you do.

8          MS. CASSINI:  Okay.  And when people informed me

9    that --

10         THE COURT:  If you can register with the electronic

11   filing system, you can file that way.  But otherwise, you have

12   to file papers.  You cannot hand -- you cannot just send me

13   things.

14         If you send me emails or leave phone messages, that's

15   what legally would be called an ex parte communication.  I am

16   not allowed to have ex parte --

17         MS. CASSINI:  I understand.

18         THE COURT:  -- communications with you --

19         MS. CASSINI:  I understand, Your Honor.

20         THE COURT:  -- with your sister, with Mr. Berger.  And

21   I won't.  So anything has to be filed on the docket, which is

22   on full notice to all of the other parties.  And any request

23   for relief has to be filed the on the docket.  Okay?

24         MS. CASSINI:  I understand, Your Honor.  Yesterday,

25   Passover, was a day made and held by the Togut team.  My niece

**PEGGY NESTOR**

58

1   Connor wrote to her mother in an email someone is in the house,

2   broke in, I call the cops, I don't know if Marianne is okay.   I

3   heard screaming.   Don't call her.   They will pick up and they

4   will know that I'm here.   Do not call.   I called the police.   I

5   don't hear sirens say take forever.   If I die, mama, just know

6   I'm with God.   This is my niece that lives there.   And she goes

7   to school in New York.   And it's a rent-stabilized building and

8   she's a rent-stabilized tenant.

9          I was brutally seized by seven men and one female and

10  placed on the street in my bathroom.   The property, 15 East

11  63rd Street, was purchased by myself and Peggy Nestor February

12  23rd, 1984, forty years ago.   The original deed and one on

13  ACRIS show my ownership as tenants in common and six apartments

14  which are rent stabilized.   I'm not in Chapter 11 bankruptcy,

15  nor is Anne Penachio  my attorney.   Accordingly, my property

16  cannot be seized by Mr. Berger and Mr. Togut.

17         I respectfully demand to have the keys to return to my

18  property and the antique doors and hardware broken by the Togut

19  team as they refer to themselves restored.   The cost is

20  approximately 15,000 dollars.

21         Additionally, much of the legal documentation is

22  contained within my building, including documentation to Your

23  Honor. -- I was going to bring it today, but I couldn't because

24  I'm locked out.   I need access to my property as it has been

25  illegally seized, as does my niece who lives there.   Attached

**PEGGY NESTOR**

59

1  as Exhibit 1 is the deed on ACRIS to the property showing my

2  ownership.  Attached as Exhibit 2 is the deed to the property

3  showing my ownership.  Okay.  Attached as Exhibit 3 is my

4  marriage certificate, November 11th, 1971, to my only husband,

5  Oleg Cassini.  Also attached closing documents regarding

6  close -- regarding amended tax return July 24th, 2017, accepted

7  as filed with no tax due from the Legal Department of the

8  Internal Revenue Service.  Also included are stock certificates

9  of my company, Oleg Cassini, Inc..  The tax are fifty percent

10  due.  I've received nothing, been defamed and abused.

11       Your Honor stated in an early conference that the wife

12  automatically gets fifty percent.  You stated that.  In New

13  York, my property has been stolen and sold for pennies and

14  monies kept by the illegally appointed receiver, Rosie Del

15  Monte, whose appointment of 712016 was specifically vacated by

16  the 82 on 2/13/2020.

17       I have been working since fourteen years of age making

18  my own money.  Additionally, I was on the board of directors of

19  an important art gallery.  I purchased many works of art,

20  myself and through the art gallery where I was on the board and

21  through Gemeaux Ltd.  The art gallery's name Derempish (ph.)

22  Gallery.

23       I purchased Cassini Parfums Ltd in 1996.  This is in

24  the court's records, and I can get another copy if so needed.

25       April 8th, 2024, Exhibit 4, receipt signed by Al Togut

**PEGGY NESTOR**

60

1    showing delivery of a box containing documents which cost 900

2    dollars to print and bind and shipment containing answers to

3    all questions and requested documents in full cooperation,

4    shipped through the Gemeaux Ltd account.  Nothing was heard

5    regarding the documents from the Togut team until yesterday

6    when they broke into my property.  Exhibit 4, receipt of

7    delivery and documents.

8            The Lynx asset loan of 9.5 million was a corporate

9    loan with Gemeaux Ltd.  Funds have been available since last

10   year and are still available to pay it.  The Court was informed

11   as well that funds were available to pay off the note.  This

12   was to be a business Chapter 11 with Gemeaux Ltd.  Apparently

13   Ms. Penachio made an error.  Another error of Ms. Penachio is

14   when she stated March 5th, 2024 at the hearing that she had not

15   received any bank statements from Peggy Nestor, was incorrect.

16   She wrote Peggy an email in September 2023 that she received

17   all, and that she could write the monthly reports and file with

18   Daniel.  So that's a lie.

19           As the owner of OCI, I respectfully request Your Honor

20   to acknowledge and order to be paid to Peggy Nestor the monies

21   due to her, including the thirty-four million dollar due for

22   use and occupancy for nineteen years by my company, Oleg

23   Cassini, Inc.

24           Additionally, Peggy is owed another sixty million

25   dollars for loans she made to OCI and 885,000 dollars for

**PEGGY NESTOR**

61

1  Nassau County real estate tax and 549,000 in legal fees to Loeb

2  & Loeb, which are now with interest over 700,000 dollars.

3         Attached as Exhibit 5, document given me by my sister

4  Peggy to her former attorney, which she gave to her former

5  attorney, Anne Penachio, showing monies due to Peggy.  As owner

6  and president of OCI, Oleg Cassini, Inc,. I have the authority

7  to authorize payment.

8         Please kindly confirm, Your Honor.  Respectfully and

9  sincerely, Marianne Nestor Cassini.

10        And this is all the paperwork in it.  Nobody from the

11 Togut group ever answered me.  There's hundreds of pages of

12 stuff we sent.  They didn't bother.  All they did is break down

13 the door.

14        Sorry to be so long-winded.  I am very, very upset.  I

15 feel that -- I feel that justice is not being done.  And I feel

16 like I got royally screwed here.

17        THE COURT:  Okay.  Is there anybody on the telephone

18 who wishes to be heard?

19        MS. CASSINI:  No, I don't think so.

20        THE COURT:  There are people.

21        MS. PENACHIO:  Your Honor, Anne Penachio.

22        I do wish to state that I reserve all rights.  And

23 just to correct the record, I believe that I attended the April

24 23rd court hearing by telephone.  And I was present for that

25 hearing.

1        THE COURT:  Right.  But I don't recall you making -- I

2   don't recall any opposition to the motion.

3        MS. PENACHIO:  That is correct.  I noted for the

4   record that Peggy was not communicating with me and that --

5        MS. CASSINI:  That's a lie.

6        MS. PENACHIO:  -- and that he apparently --

7        THE COURT:  Okay.

8        MS. CASSINI:  That's a lie, Anne.  Why are you -- why

9   are you lying, Anne?

10       THE COURT:  Stop.  Stop.

11       MS. CASSINI:  You said you didn't et the papers.

12       THE COURT:  Stop.  Stop.  Stop.

13       MS. CASSINI:  Sorry, Your Honor.

14       THE COURT:  Stop.  You may sit down now.  Okay?

15       MS. CASSINI:  I said --

16       THE COURT:  All right.  Let me hear from other people.

17   But you should sit down now.

18       MS. CASSINI:  Sit down did you say?

19       THE COURT:  Yes, you should sit down.

20       MS. CASSINI:  Oh, I thought you said see the

21   townhouse.

22       THE COURT:  No.  You should sit down.

23       MS. CASSINI:  Okay.  Thank you, sir, Your Honor.

24       THE COURT:  Okay.

25       MS. CASSINI:  I'm going to get these stamped outside

**PEGGY NESTOR**

63

1   and give them to you.

2          THE COURT:  You --

3          MS. CASSINI:  At the end of the hearing.

4          THE COURT:  What, all those papers?

5          MS. CASSINI:  Well, this is what all I sent to this

6   guy.  He's got all of these.

7          THE COURT:  I don't --

8          MS. CASSINI:  He never did anything about it.

9          THE COURT:  I don't need or want everything that you

10  sent to him.  It's not --

11         MS. CASSINI:  But he never responded to anything.  He

12  said that nobody was cooperating.  This is total cooperation.

13  It took a ton of work to do all of this.

14         THE COURT:  Okay.  Save it -- save it for a future --

15         MS. CASSINI:  A rainy day?

16         THE COURT:  I's not relevant to what I'm doing today.

17  Just save it.

18         MS. CASSINI:  A rainy day maybe.  All right.

19         MR. HEUER:  Your Honor, William Heuer.

20         THE COURT:  Yeah.

21         MR. HEUER:  Your Honor, William Heuer of Westermann

22  Ball for the receiver.  If I may just briefly.

23         Recognizing that we have all parties present and

24  understanding that the motion to withdraw as counsel isn't

25  before Your Honor today but knowing that that is coming up, if

1   there is an alternative means of service on both of the

2   parties, it might be helpful to get that addressed.

3   Understanding that you might not ask that today, but that's an

4   issue that we might have to deal with if they are not in the

5   future represented by counsel.  I just note that for

6   consideration.  Thank you.

7        THE COURT:  Anybody else?  All right.

8        MS. VITRIAN:  I just want to thank you, Your Honor,

9   for giving me a moment to speak to your court, to you.

10       THE COURT:  Who is this?  Who is --

11       MS. VITRIAN:  This is Leigh Nestor Vitrian (ph.),

12  Peggy Nestor's daughter.

13       MS. NESTOR:  Oh, hi, Leigh.

14       MS. VITRIAN:  Hi.

15       Ms. Penachio invited me to this meeting.  And I'm here

16  to support my mother's interest of course.

17       And I only learned of this level of action or -- I

18  don't know how to best describe it -- but this -- what is

19  occurring yesterday.  I mean, I was aware of Lynx and the

20  efforts being made to pay them back which I thought was very

21  good.  Obviously, that is important.

22       But hearing that my mother was, you know, put out on

23  the street and obviously recognizing the Court and the Court's

24  wishes, I just have great concern about her being put out on

25  the street.  And I do wonder if there's some action you -- that

1   the Court could take on their behalf, my mom's behalf to, you

2   know, provide her relief I guess is the word that is used

3   legally.

4           I feel that -- I see -- as I'm listening, you know, I

5   see that there has been time that you've allowed a year.  I

6   think there's great effort being made to pay back this loan.

7   And it sounds that there is a relationship with the head of

8   Lynx and my mother and I feel that there's a willingness to pay

9   that back.  I question what is in the way of that other than

10  funds which I believe are potential from a -- you know, another

11  third-party lender.  So I ask about that.

12          And then the other thing is is if that is something that

13  you are unwilling to allow a moment for, you know, a week or

14  two weeks or something to see if that could be handled, then

15  I'm concerned about the sale process because in -- this is a

16  beautiful property, it's a rare property.  It's an important

17  property in New York City.  It's one of those special places.

18  And it should be sold at appropriate amount of money.  You

19  know, there are lots of people that would spend twenty, twenty-

20  five million for that building.  And that is really a low-ball

21  number.  That's a -- that would be a really paltry sale.  I

22  would not be impressed.  You know, I mean, that's really not

23  enough for that beautiful building if it's going to sale.

24          So I just ask for your protection or some connection

25  to either represent -- well, I don't want to -- obviously, my

**PEGGY NESTOR**

66

1   mom has a very clear mind.  She is fully sound.  She is very

2   capable human being.  She has been dealing with some health

3   issues.  She's had an infection in her eye that's come and

4   gone.  She has some other issues in her teeth.  You know, there

5   are things that she is burdened with.  And they need to be

6   dealt with.  And obviously, all this work is hard,  But she's

7   fully capable.  It's just I wonder with the trustee -- I did

8   not know that there was a trustee appointed to my mother's

9   assets.

10          And it concerns me that her -- though the trustee may

11  have -- you know, is doing -- or what the -- I don't know how

12  to describe it.  You know, the trustee is doing what the

13  Trustee is doing.  But I want to make sure that her assets are

14  being cared for as much as possible.  And once Lynx is paid

15  back and she's out of her bankruptcy issue, that there is some

16  retirement money for her.  Because what I see in all of this,

17  you know -- I grew up with a mom who worked to break the glass

18  ceiling, a 1970s, '80s, '90s, 2000s, 2010s, working single

19  parent who was really just very talented and vivacious and

20  incredible lady.  Okay.  So I'm her child.  Of course I believe

21  in her.

22          But the fact is, she created a lot of -- a lot of

23  success.  And I got to witness that.  And so I'm just -- you

24  know, I'm very saddened and appalled, and I think it's just a

25  terrible situation.  And I think it's -- you know, I wish for

1    the Court to be also relieved and my mother to be uplifted in a

2    positive way out of any of this -- these disputes and have

3    resolution.  So I'd like to see if there's no longer a

4    availability for a dual track, which sounds like it's in that

5    space, although maybe there's room for consideration, I would

6    like to see my mom survive this horrible experience, come out

7    with some retirement money so that she can live the rest of her

8    life and get to enjoy her grandchildren.

9        I will say my son went to state playing tennis this

10   year, which I was so excited.  And, you know, it's really neat

11   to see a young person develop.  I know we all have our

12   children, and we all celebrate them and love them.  And to see

13   him go to state and know how much my mom loves her grandkids

14   and loves watching him play tennis and know that she was not

15   able to be here -- there for it because of all this stress.  I

16   didn't realize -- I was not aware of the level of it.

17       And I'm coming to this table late, but I am asking for

18   a place at the table so I can best guide and protect her

19   assets.  I want to see her have some money at the end of this,

20   because it seems like it could go another way, and I don't

21   believe that anybody wants that.  I really don't.  I mean,

22   sure, there are some bad apples out there in the world, but I

23   don't believe anybody in this courtroom would like to see -- I

24   think they would like to see people have a resolution, have --

25   you know, be treated with respect and take care of the proper

**PEGGY NESTOR**

68

1  debt and then move forward and have some cushion to have a

2  kind, reasonable rest of her life.  And I hope it's a long rest

3  of her life.  And that's all I want to say, Your Honor.

4          THE COURT:  All right.  Thank you.  Anybody else?

5          MS. VITRIAN:  Actually, I would like to say one last

6  thing if I could.

7          THE COURT:  Go ahead.

8          MS. VITRIAN:  Is there any way to consider me as a

9  trustee for this estate of my mother?

10         THE COURT:  No.  It would -- it would be improper.

11 You obviously have a relationship to your own mother.  It would

12 make you ineligible to be the trustee.

13         MS. VITRIAN:  Okay.  I understand that, Your Honor.

14 It's -- in lieu of that, I would like to have a positive

15 relationship with the current trustee.

16         THE COURT:  I'm sure he would welcome that too.

17         MR. BERGER:  Your Honor, Neil Burger for the trustee.

18         If Ms. Nestor's daughter who's speaking at the moment

19 contacts me with an email address, I'd be happy to add her to

20 the service list in this case, no hesitation.

21         If I may just very quickly address a couple of things

22 so that the record is clear, Your Honor.  You did reference an

23 affidavit of service concerning the order compelling turnover.

24 It was filed in the adversary proceeding number 24-01342 on

25 April 25th at docket number 9.  We served Ms. Penachio.  We

1   served Ms. Nestor Cassini using the same email address that she

2   used inbound to communicate with our office.

3         On April 26th, Your Honor, Ms. Nestor Cassini wrote to

4   Your Honor complaining that I was at the property, concerning

5   possession of the property.  So there's no doubt that the

6   parties-in-interest knew this was coming, had actual notice of

7   that.

8         Ms. Nestor, Ms. Marianne Nestor Cassini, did send us a

9   box of documents and using that same email address that she

10  used to communicate with my office.  On April 10th my firm

11  wrote to Ms. Nestor with an inventory of the documents.  And

12  very quickly, Your Honor, copies of publicly filed documents,

13  including the motion filed by Lynx to appoint a Trustee, a 2019

14  spiral bound Doyle appraisal of assets located in the

15  property --

16        MS. CASSINI:  No, that's not true.

17        MR. BERGER:  -- and other documents that shortly,

18  simply, Your Honor were not helpful.

19        I have a need personally to respond to any notion that

20  there is any agreement between Ms. Penachio or anyone else in

21  my firm or the Trustee.  There is no agreement.

22        THE COURT:  I understand that.  You don't need to

23  respond.

24        MR. BERGER:  And in fact, Your Honor, just so the

25  record is clear, under the Supreme Court precedent, Laney v.

**PEGGY NESTOR**

70

1    United States, Ms. Penachio is not eligible to receive

2    compensation for representing the debtor from the estate.

3    There is no agreement here, Your Honor.  I want the record to

4    be abundantly clear.  That's absolutely false.

5              THE COURT:  I understand.

6              MS. CASSINI:  Your Honor, may I say one more thing,

7    sir?

8              THE COURT:  Just one more.

9              MS. CASSINI:  You've got a good sense of humor.  I do

10   too.

11             Okay.  This should have been appealed.  We didn't want

12   a trustee.  And certainly -- but then Anne Penachio is

13   deficient as an attorney that she didn't appeal to my sister.

14   She should have appealed it.  She should have advised it

15   because we absolutely do not want a trustee.  And she

16   absolutely did say that if it's the trustee, I'll make more

17   money, but I don't want.  That are her absolute words.

18             And she also did not -- she also got all the papers

19   all the time, every month from Peggy.  And she denied that she

20   got them which was a total lie.  And that's the last time in

21   front of you.  And I think you got angry about that, which is

22   not Peggy's fault.  It was -- Anne never did it.  She wanted to

23   do all the operating documents herself, but we could have done

24   it easily.  Look at all the papers that I've written here.  We

25   could have done it easily.  But she didn't want anybody to do

**PEGGY NESTOR**

71

1   it by herself.  And every meeting we could have come here, we

2   would have been happy to come, but she said it had to be done

3   on the phone.  We couldn't even hear you most of the time.  And

4   we weren't even allowed to talk.  Because when you're talking

5   on the phone, it's much more difficult.

6            You happen to be a very nice person and seem to be

7   very fair and equal-minded, totally different than what I

8   experienced on the telephone.  I think you're pretty much

9   straight shooter.  You're a very nice man.  And I think you're

10  reasonable.  I came here today --

11           THE COURT:  I'm sorry to hear that's different from

12  what you experienced on the telephone.

13           MS. CASSINI:  Huh?  It's impossible to hear.

14           THE COURT:  Okay.

15           MS. NESTOR:  I need time to get an attorney.  Gemeaux

16  time for an attorney.  And Peggy needs to change attorneys that

17  she had --

18           THE COURT:  All right.  I --

19           MS. CASSINI:  May I say one more thing whenever --

20           THE COURT:  One more.  Go ahead.

21           MS. CASSINI:  Thank you.  It's about this claims also.

22  Over this past time, I just received back from Anne, and I hope

23  she's hearing me, a whole list that had grown over this time.

24  I did address it with her.  And I said it's impossible that all

25  this time has grown.  And I'm not referencing Lynx, the 9.5

**PEGGY NESTOR**

72

1  loan that went two million more this past year, which I said,

2  how did that happen.  We were ready to in April, the end of

3  April into May, done.  I thought it would be done by June.  I'm

4  inexperienced in this world, but I know that, you know, when

5  something needs to be accomplished, it should be done.

6  Otherwise, it gets into an extreme position.  And so that --

7  this list is incorrect.  And I will be addressing it again for

8  her because I didn't see this until it --=like, it's an

9  enormous number, which means that if the house or whatever is

10  sold for less than the asking price, there will be zero, zero

11  left.  So it's a crazy situation.  I want to address this.

12         But may I send it to the Court, take her list and then

13  go through it because I -- I addressed each claim --

14         THE COURT:  You can --

15         MS. NESTOR:  -- in May --

16         THE COURT:  You can file --

17         MS. NESTOR:  -- end of -- end of April.

18         THE COURT:  You can file papers.  But you have to

19  understand --

20         MS. NESTOR:  I'm sorry.

21         THE COURT:  -- what the claims are is not being

22  decided yet.  That's going to be done after we sell the

23  building.  Then we're going to decide who's got what claims and

24  what, if anything, is left for you.  Okay?  So you'll have

25  plenty of time to respond to that.  That's something that's not

**PEGGY NESTOR**

73

1   likely even to happen until July unless the parties decide to

2   try to --

3           MS. NESTOR:  Yeah, you're --

4           THE COURT:  -- do it sooner than that.

5           MS. NESTOR:  I was really knocked sideways by that.  I

6   was like what happened.  The list was unbelievable.

7           THE COURT:  Okay.

8           MS. NESTOR:  So I will address that with her.

9           THE COURT:  I don't need to hear any more.

10          MS. NESTOR:  Okay, no problem.

11          THE COURT:  Let me make my rulings.

12          MS. NESTOR:  Thank you very much.

13          THE COURT:  Because it's already 4:30.

14          MS. CASSINI:  Your Honor, I need tuff in the in in in

15  the building where I have all my clothes and different things.

16  I need access to my property.

17          THE COURT:  You absolutely should talk.  And Mr.

18  Berger --

19          MS. CASSINI:  No.  He's very -- he's not very nice.

20  He's very nasty.

21          THE COURT:  Stop.  You have to deal with him.  You're

22  going to have --

23          MS. CASSINI:  Well, I --

24          THE COURT:  You're going to have to be nicer to him

25  too.  You know --

**PEGGY NESTOR**

1          MS. CASSINI:  Okay.

2          THE COURT:  Mr. Berger has been a lot more polite in

3    how he's referred to you than you have and how you've referred

4    to him, whether you realize --

5          MS. CASSINI:  Mr. --

6          THE COURT:  -- whether you realize it or not.  So you

7    know, if you --

8          MS. CASSINI:  Everybody has their own view.

9          THE COURT:  If you want him to -- if you want to speak

10   to him, adopt a different tone, okay?  He'll let you --

11         MS. CASSINI:  I'd rather speak with you.

12         THE COURT:  He'll let you in.  And if you don't, -- if

13   you can't work out a time to go get your things --

14         MS. CASSINI:  This is horrible.

15         THE COURT:  If you can't work out a time to go get

16   your things, you let us know and we'll have a hearing and we'll

17   have another conference and I'll rule on it.  But you've got to

18   deal with it.

19         MS. CASSINI:  May we appeal this receiver -- the --

20   whatever he is, the Trustee?  May we appeal it because she

21   didn't appeal it.

22         THE COURT:  It's too late.

23         MS. CASSINI:  Well, then she's she is guilty of

24   malpractice, Anne Penachio.

25         THE COURT:  You can't do anything about it.  It's too

**PEGGY NESTOR**

75

1   late.  The trustee order has been entered.

2           MS. CASSINI:  If we just pay off Lynx, we're out of

3   this.  And she's out of -- she wants out of the bankruptcy,

4   Your Honor.  It's too much of a pressure on her.

5           THE COURT:  If you can work something out that

6   satisfies not just Lynx but the other creditors, that's fine.

7   But you have to satisfy Lynx and other creditors.  You're in

8   bankruptcy now.  Lynx isn't your only creditor.  There are

9   other mortgage holders on the premises.

10          MS. CASSINI:  No.  Did you say predators or creditors?

11          THE COURT:  Creditors.

12          MS. CASSINI:  Oh, I thought I heard predators.

13          THE COURT:  Creditors.

14          MS. CASSINI:  That could be true too.

15          THE COURT:  Okay.  Everybody sit down.  I've had

16  enough argument.

17          So I asked for this hearing because I had applications

18  before me for a stay while various parties sought counsel.  It

19  wasn't clear to me just what it was that the parties wanted me

20  to stay.

21          MS. CASSINI:  Thirty days so I can get an attorney.

22          THE COURT:  Okay.  No more interruptions.

23          MS. CASSINI:  I'm sorry, Your Honor.

24          THE COURT:  this is my ruling.

25          So it wasn't clear to me.  And that's why I asked for

**PEGGY NESTOR**

76

1   this hearing just what it was that people wanted me to stay.

2   In other words, what conduct they wanted me to stop while they

3   went about the process of getting attorneys.  And I've had

4   various suggestions over the course of the afternoon here.

5         The debtor, Peggy Nestor, essentially said what she

6   wants is for the ability to continue to control the sale

7   process for the property.  I'm not going to allow that.  I

8   already appointed a trustee.  It's the trustee's statutory

9   obligation now to sell the property.  That trustee order,

10  whether the defendants think it should have been appealed or

11  not, it wasn't appealed.  And it's final.

12        On behalf of the debtor's daughter, I've been asked to

13  try to make sure that the sale process works fairly.  And let

14  me just say that, if anything, in this case, we have bent over

15  backwards to give this debtor more time to allow a sale of this

16  particular valuable property than probably a lot of other

17  judges would have allowed.  And as I said earlier, only half

18  jokingly, probably to the extreme consternation of Ms. Volkov

19  and her client who probably would have preferred that I grant

20  them stay relief at the outset of the case.  Everything that we

21  have done has been to try to allow a process that would

22  maximize the sale value of the property.

23        I cannot help but note that Sotheby's should have been

24  starting this, the viewing process, in January.  And the fact

25  that they're only getting underway now is something I cannot

**PEGGY NESTOR**

77

1  explain.  But the only people who can bear responsibility for

2  that, I am sorry to say, are Ms. Nestor and her sister.

3          No, you cannot interrupt.  I'm not taking any --

4          MS. CASSINI:  He spent ten hours --

5          THE COURT:   No, I'm not taking any more comments.

6          MS. CASSINI:  Okay.

7          THE COURT:  So they will do what they have to do.  And

8  we will get whatever sale process we can get.

9          But to Ms. Nestor's -- Peggy Nestor's sister, we have

10 gone out of our way to try to make sure that we could get as

11 much money as we could.

12         Now, after the sale happens, there's going to have to

13 be a determination of who's entitled to what.  The debtor has

14 said it's her property.  Until today, her sister said it was

15 Peggy Nestor's property although now she's said otherwise.

16 Marianne Nestor Cassini's creditors have asserted that they

17 think that some part of this property is theirs and that they

18 should be allowed to have it.  I'm going to have to figure all

19 that out, whether it's wholly owned by Marianne Nestor Cassini

20 and subject to her creditors, whether it's wholly owned by

21 Peggy Nestor and subject only to the mortgage liens and

22 whatever other creditors she has, or whether it's half owned,

23 in which case, after the secured creditors are paid, if there's

24 an excess, maybe half of it will go to Peggy Nestor.  I don't

25 know that there's many other claims other than the secured

**PEGGY NESTOR**

78

1   creditors here.  There's some, but they're not gigantic.  But

2   that's something that will happen.  And how that affects Peggy

3   Nestor really depends on who owns the property.

4           As to the request that I allow more time for a

5   financing, I already did that.  The request at the beginning of

6   the case was for an opportunity to refinance.  A proposed plan

7   was filed, and it didn't work.  It does not take as long as we

8   were taking to refinance if you're going to be able to

9   refinance.  I didn't order anybody to stop a refinance.  But

10  with the agreement, the voluntary agreement of all the parties,

11  we transferred over to a sale process.  If somehow the debtor

12  can find somebody who wants to finance and that works with all

13  the creditors, then maybe there's something to do.  But I'm not

14  stopping anything, not stopping the sale process to revert back

15  to something that we already gave time and that already failed.

16          And finally, Marianne Nestor Cassini has asked me for

17  a few things here.  She wants her ownership recognized and

18  wants me to restore her ownership or her half ownership,

19  excuse me, of the property, to order the trustee to undo the

20  damage done and the replacement of the locks.  I will not do

21  that.  As I explained to Ms. Nestor Cassini, she has

22  affirmatively stated in papers filed in this Court that she has

23  no ownership interest in this property.  And it is my

24  understanding is that that has served her personal interest to

25  the extent of holding her own creditors at bay.  I am not going

**PEGGY NESTOR**

79

1  to allow her to take a different position in seeking relief

2  before me today.  She's taken her position, and she's going to

3  have to live with it.  So I'm going to deny that relief.

4        I think I heard also in the -- from the document that

5  Ms. Nestor Cassini was reading that she wants me to say that

6  she has the authority to pay money on behalf of Oleg Cassini,

7  Inc.  I have no authority to do that.  I have no idea -- I

8  cannot keep track of what the orders are that were issued in

9  the state court surrogate's court proceeding and who's a

10 receiver of what and who at the moment has authority to speak

11 for whom, but I have no power to say anything in that regard.

12 So to the extent that was a request for relief, I won't grant

13 it.

14        I don't see any reason to stop the trustee from

15 continuing with the sale process.

16        Now, let me say this.  I cannot ever expect that

17 anybody is going to be happy at being removed from the place

18 where they were living.  And I know you're upset.  And it's

19 probably natural that you blame Mr. Berger because he's the

20 attorney for the trustee who made it happen.

21        I can tell you that, Mr. Berger, and my experience is

22 a very level-headed and reasonable and unemotional person.  If

23 you approach him in a reasonable fashion, I am confident he

24 will deal with you in a reasonable fashion.  You may be angry

25 with him.  You may not ever want to forgive him.  You may think

**PEGGY NESTOR**

80

1    you were wronged, although he was doing what I ordered he could

2    do.  So you may feel you were wronged, but I encourage you to

3    deal with him in a respectful, aboveboard manner.  I am

4    confident because for -- not only because a Trustee would

5    normally do this and because Mr. Berger and Mr. Togut would

6    normally do this, but because I will require it, that you will

7    be able to work out arrangements to get whatever personal

8    things you have that clearly are yours and that clearly nobody

9    in this case has any interest in trying to take control of your

10   clothing for heaven's sakes.  If you want to remove valuable

11   artwork, nobody's going to allow that, okay, not until the

12   parties can figure out for sure who it belongs to.  All right?

13          But if you want to work to remove personal items, I'm

14   sure you can work out reasonable terms.  It's going to be under

15   supervision.  Even the Marshals have suggested that.  And if

16   you don't like that, I'm sorry.  That's just the way it's going

17   to have to be.  But I'm sure that we could work out

18   arrangements.  You should speak to Mr. Berger about that.  I'm

19   going to instruct him that if you don't have an agreement, he's

20   to notify the -- he's to file something under the docket that

21   says so, and we will have a prompt hearing.  Okay?  I will make

22   myself available to resolve any disputes over this.  And we

23   will have a prompt hearing to make sure if you have personal

24   effects, medicines, things like that for heaven's sakes, your

25   eyeglasses.  Nobody's trying to deprive you of those things.

**PEGGY NESTOR**

81

1          But you're going to have to do that under the
2   supervision of the Marshal and the trustee to make sure that
3   you're not removing anything that is potentially valuable, that
4   potentially is part of this estate, okay?  Yes.
5          MS. CASSINI:  Your Honor, I would like to be there
6   when he has people there, because things do walk and do
7   disappear.  I had that happen to me before.  Everybody's honest
8   until they're not, so I don't really trust too much anybody.  I
9   would like to be there and see what's happening.  I was on the
10  board of directors of a very important art gallery.  And a lot
11  of the work belongs to me.  Some of it belongs to my sister,
12  other sister.  But Peggy has only the two items that she bought
13  in 1968.
14         THE COURT:  All right.  I'm not going to -- I'm not
15  going to require that he have you present --
16         MS. CASSINI:  Well, you know, stuff disappears.
17         THE COURT:  -- whatever he is there.
18         MS. CASSINI:  Stuff disappears, Your Honor.  You know
19  that's a fact.  Those --
20         THE COURT:  Okay.
21         MS. CASSINI:  It does walk.
22         THE COURT:  In order to be --
23         MS. CASSINI:  It's really about --
24         THE COURT:  In order to be a trustee, In order to be a
25  trustee, you have to be certified as reliable by the Office of

1   the United States Trustee.  Mr. Togut and Mr. Berger have

2   appeared in countless cases in this Court.  I am unaware of any

3   accusations of wrongdoing by either of them, let alone any

4   sustained allegations of wrongdoing by either of them.  Plus,

5   the trustee has to post a bond.  Isn't that right?

6            MR. BERGER:  Judge, we --

7            MS. CASSINI:  I'm not -- I'm not accusing of any --

8   I'm not accusing anybody of anything.

9            THE COURT:  You're not -- I'm not going to -- I'm not

10  going to say that he needs to have you there whenever he goes.

11           MR. BERGER:  Mr. Togut was required to post a bond.

12  He did.  And he is statutorily required to account for all

13  property of the estate, which we will.  Having either Ms. Peggy

14  or Marianne present when the property is shown is value-

15  destructive, not value-enhancing.

16           MS. CASSINI:  What did you just say?  I can't

17  understand.  What did you say?

18           MR. BERGER:  Your Honor, we would strongly object to

19  having Ms. Peggy or Marianne Nestor present when Sotheby's

20  shows the property.

21           MS. CASSINI:  Excuse me.  We -- Peggy introduce

22  Sotheby's from in June of the year before.  All of a sudden

23  we're on the -- we've been defamed here by these people and

24  it's really wrong.

25           THE COURT:  Okay.

**PEGGY NESTOR**

83

1          MS. CASSINI:  Defamed and abused.  I mean, I'm very,

2    very upset about it, that you would even allow it.  The way he

3    talks about us is terrible.

4          THE COURT:  Well, Ms. --

5          MS. CASSINI:  Yesterday is the most horrible day in

6    the world.

7          THE COURT:  Just stop.  Just stop.

8          MS. CASSINI:  No, this is true.

9          THE COURT:  You don't seem to understand that the way

10   you speak about other people is far worse than the things they

11   say about you.

12         MS. CASSINI:  No.  He's talked terrible about me.

13         THE COURT:  You seem to have a deaf ear to your own

14   comments.

15         MS. CASSINI:  I was horribly abused yesterday, Your

16   Honor.  I was terribly abused, just horrible.  I'm pulled by

17   the arms.  She thought they were going to kill me there and

18   throw me down the stairs.  It was horrible, absolutely

19   horrible.  Plus all the neighbors in the place -- we've been

20   there forty years.  And all of them talking about this, it was

21   awful.  You can't even imagine how hard.

22         THE COURT:  All right.  I've made my rulings.

23         MS. CASSINI:  Can I have -- do I get the time that I

24   need to --

25         THE COURT:  I'm sorry?

**PEGGY NESTOR**

84

1          MS. CASSINI:  Do I get the thirty days to get a

2    lawyers to fight all these guys?

3          THE COURT:  You can get a lawyer any time you want.

4          MS. CASSINI:  I need thirty-day stay to do it.

5          THE COURT:  I'm not giving you a stay of anything.

6          MS. CASSINI:  How about the other -- taking account of

7    the Gemeaux to get an attorney too. You're not going to be

8    staying --

9          THE COURT:  I'm not staying anything.  Anybody can get

10   a attorney and enter an appearance at any time.

11         MS. CASSINI:  Okay.

12         THE COURT:  But I'm not stopping anything that's

13   happening in the meantime.

14         MS. CASSINI:  Right.

15         THE COURT:  Okay?

16         MS. CASSINI:  All right.

17         MS. NESTOR:  Actually, a civil attitude would be

18   appreciated, because that way everything can work out.  If it's

19   at war, it's never going to work out.

20         THE COURT:  I couldn't agree more.

21         MS. NESTOR:  And it's not coming from us, Your Honor.

22   However, people do fight for their homes, you know, and that's

23   how it is.  It beats your heart.

24         THE COURT:  All right.

25         MS. NESTOR:  Thank you very much.

**PEGGY NESTOR**

85

1          MR. BERGER:  Thank you, Judge.

2          THE COURT:  Thank you.

3          Now or by address, send him -- give him the

4   information and he'll put it on the docket on the official

5   service of the file.

6          MS. CASSINI:  Got you.  I'll file this now.

7          THE COURT:  Make sure it's email and whatever address

8   you want him to use.

9       (Whereupon these proceedings were concluded at 4:43 PM)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

86

C E R T I F I C A T I O N

I, Michael Drake, certify that the foregoing transcript is a
true and accurate record of the proceedings.


_____

Michael Drake (CER-513, CET-513)

AAERT Certified Electronic Transcriber

eScribers

7227 North 16th Street, Suite #207

Phoenix, AZ 85020


Date:  May 10, 2024

**=**

**== (1)**
50:16
**=like (1)**
72:8

**A**

**ability (1)**
76:6
**able (4)**
7:16;67:15;78:8;
80:7
**aboveboard (1)**
80:3
**absolute (1)**
70:17
**absolutely (10)**
26:7;41:14;45:18;
46:17;50:21;70:4,15,
16;73:17;83:18
**abundantly (1)**
70:4
**abused (4)**
59:10;83:1,15,16
**abusive (1)**
41:15
**accepted (2)**
39:23;59:6
**access (5)**
30:17;31:5;35:18;
58:24;73:16
**accomplished (1)**
72:5
**Accordingly (2)**
40:4;58:15
**account (3)**
60:4;82:12;84:6
**accusations (1)**
82:3
**accusing (2)**
82:7,8
**acknowledge (2)**
43:3;60:20
**ACRIS (3)**
44:10;58:13;59:1
**acting (1)**
21:20
**action (2)**
64:17,25
**actual (1)**
69:6
**actually (12)**
17:2,4;18:5;19:10;
21:11;25:18;26:20;
30:21;41:12;52:5;
68:5;84:17
**add (1)**
68:19
**Additionally (3)**
58:21;59:18;60:24

**address (10)**
11:1;68:19,21;69:1,
9;71:24;72:11;73:8;
85:3,7
**addressed (2)**
64:2;72:13
**addressing (1)**
72:7
**administered (2)**
36:3,4
**administrator (1)**
17:16
**admission (3)**
42:25;43:13;44:2
**adopt (1)**
74:10
**adult (1)**
29:18
**adversarial (1)**
26:22
**adversary (7)**
11:2;42:23,25;43:7;
45:23;49:25;68:24
**advised (3)**
7:14,15;70:14
**affect (3)**
18:22;21:3,18
**affected (1)**
17:22
**affects (2)**
18:21;78:2
**affidavit (1)**
68:23
**affidavits (1)**
11:9
**affirmatively (1)**
78:22
**afternoon (2)**
6:14;76:4
**again (7)**
9:20,20;15:23;34:3;
43:6;52:1;72:7
**against (1)**
40:15
**age (1)**
59:17
**agency (1)**
14:21
**agent (2)**
11:19;17:8
**aggrieved (1)**
48:1
**ago (5)**
16:10,12;30:13;
48:8;58:12
**agree (5)**
16:24;17:16;27:3;
35:22;84:20
**agreed (7)**
11:18;16:23,25;
17:5;21:9,13;45:21
**agreement (12)**
17:2,14;26:10;27:7;

31:5;43:19;69:20,21;
70:3;78:10,10;80:19
**ahead (6)**
15:24;16:5;34:1;
38:22;68:7;71:20
**aid (1)**
17:8
**air (1)**
49:4
**Al (3)**
27:12;48:16;59:25
**alarm (2)**
9:3,7
**Albert (1)**
6:15
**alert (1)**
12:8
**Alexandra (2)**
8:9;9:11
**ALFIERI (3)**
4:10,15;26:19
**all-clear (2)**
8:3;12:10
**allegations (2)**
46:9;82:4
**allow (15)**
16:14;28:11,11;
35:18;54:1,2;55:16;
65:13;76:7,15,21;
78:4;79:1;80:11;83:2
**allowed (7)**
18:8;56:18;57:16;
65:5;71:4;76:17;
77:18
**alone (1)**
82:3
**along (2)**
21:10;22:7
**alternative (1)**
64:1
**although (4)**
17:2;67:5;77:15;
80:1
**always (3)**
14:23;33:12;39:19
**Amelia (1)**
19:3
**amended (4)**
34:14,17;35:17;
59:6
**amount (1)**
65:18
**angry (2)**
70:21;79:24
**Anne (21)**
13:21;16:3;17:7;
22:8;24:1,1;25:3,15;
33:21,25;54:7;55:21;
58:15;61:5,21;62:8,9;
70:12,22;71:22;74:24
**Anne's (1)**
30:20
**answered (4)**

7:5;31:14,17;61:11
**antique (1)**
58:18
**anymore (1)**
28:3
**apartments (4)**
40:3;46:23,24;
58:13
**appalled (1)**
66:24
**Apparently (2)**
60:12;62:6
**appeal (11)**
24:5;34:12;44:16;
47:2,6,7;54:8;70:13;
74:19,20,21
**appealed (7)**
23:23;24:3,9;70:11,
14;76:10,11
**appealing (2)**
24:2;33:21
**appear (2)**
9:18;10:14
**appearance (1)**
84:10
**appeared (7)**
7:17;8:6;10:11;
11:14;21:8;33:10;
82:2
**appellate (1)**
20:25
**apples (1)**
67:22
**application (3)**
11:13;32:14,15
**applications (2)**
51:11;75:17
**appoint (2)**
24:15;69:13
**appointed (4)**
18:20;59:14;66:8;
76:8
**appointing (1)**
47:3
**appointment (5)**
18:12;30:22;34:10,
11;59:15
**appraisal (1)**
69:14
**appreciate (7)**
14:5,6,11;49:14,23;
51:15;52:21
**appreciated (1)**
84:18
**approach (2)**
27:19;79:23
**appropriate (1)**
65:18
**approval (4)**
18:19,19;25:23;
26:2
**approved (1)**
17:19

**approving (1)**
34:10
**approximately (5)**
7:18;8:4,5;9:23;
58:20
**April (14)**
22:7;49:8,25;50:1,
4,7;59:25;61:23;
68:25;69:3,10;72:2,3,
17
**areas (1)**
10:8
**argument (2)**
31:3;75:16
**arm (2)**
41:10,11
**arms (1)**
83:17
**arrangement (1)**
19:21
**arrangements (2)**
80:7,18
**arrived (1)**
7:19
**art (20)**
34:15,18,22,25;
35:13;36:19;37:4,8,
13,15,16,23;38:8,9,
17;59:19,19,20,21;
81:10
**artwork (3)**
36:13,16;80:11
**asserted (1)**
77:16
**asserting (1)**
11:24
**Asset (3)**
4:11;32:22;60:8
**assets (7)**
18:17;24:16,21;
66:9,13;67:19;69:14
**assistance (1)**
6:21
**asterisk (1)**
43:25
**Attached (1)**
58:25;59:2,3,5;61:3
**attachment (1)**
16:1
**attachments (3)**
22:10,12,13
**attended (1)**
61:23
**attitude (1)**
84:17
**attorney (23)**
23:18;35:25;39:24;
52:20,24;53:1,3,5;
54:4,7,18;55:21,22;
58:15;61:4,5;70:13;
71:15,16;75:21;
79:20;84:7,10
**Attorneys (4)**

4:11,19;71:16;76:3
**auction (1)**
11:12
**authority (6)**
6:21;37:1;61:6;
79:6,7,10
**authorize (1)**
61:7
**authorizing (1)**
43:17
**automatic (1)**
46:8
**automatically (1)**
59:12
**availability (1)**
67:4
**available (6)**
35:25;36:1;60:9,10,
11;80:22
**Avenue (1)**
4:12
**avoid (1)**
27:12
**aware (2)**
64:19;67:16
**away (1)**
10:13
**awful (1)**
83:21

### B

**back (15)**
6:8,10;8:24,25;
26:9;35:24;36:17;
38:14,14;64:20;65:6,
9;66:15;71:22;78:14
**background (1)**
30:23
**backing (1)**
7:24
**backwards (1)**
76:15
**bacterial (1)**
17:21
**bad (2)**
27:17;67:22
**badge (1)**
27:25
**Baiamonte (1)**
4:19
**BALL (2)**
4:18;63:22
**banging (1)**
19:21
**bank (5)**
25:10,12,18;44:24;
60:15
**Bankruptcy (14)**
12:2;14:16;15:15;
16:16;22:9;33:14;
37:1,17;40:4,6;58:14;
66:15;75:3,8

**barred (2)**
33:1,2
**baseball (1)**
41:9
**based (2)**
46:8,9
**basement (1)**
8:22
**basically (2)**
14:8;29:17
**basis (1)**
11:5
**bat (1)**
41:9
**bathroom (1)**
58:10
**battles (2)**
17:16,17
**bay (1)**
78:25
**bear (1)**
77:1
**bears (1)**
43:24
**beats (1)**
84:23
**beautiful (4)**
23:5;39:18;65:16,
23
**beauty (1)**
23:7
**beeping (1)**
9:4
**began (1)**
8:7
**beginning (4)**
14:12;22:7;45:11;
78:5
**behalf (4)**
65:1,1;76:12;79:6
**behind (1)**
7:25
**belongs (5)**
38:11;42:3;80:12;
81:11,11
**bent (1)**
76:14
**Berger (44)**
6:3,14;30:20;33:10,
17;34:2,3,3,8,17,22;
35:13;36:22,25;37:3;
42:7,9,17,18,18,21;
43:12,15,22,24;51:22;
52:3,14;57:20;58:16;
68:17;69:17,24;
73:18;74:2;79:19,21;
80:5,18;82:1,6,11,18;
85:1
**besides (2)**
37:18;38:8
**best (5)**
8:23;21:21;32:21;
64:18;67:18

**better (4)**
7:4;39:15,17;49:7
**bids (3)**
11:10,11,11
**big (3)**
41:9;48:9;50:19
**bind (1)**
60:2
**bit (5)**
16:24;17:1,22;
29:19;45:1
**blame (2)**
45:1;79:19
**blocked (1)**
10:21
**blocks (1)**
10:1
**board (5)**
37:14;38:9;59:18,
20;81:10
**bolt (1)**
7:22
**bolts (1)**
8:18
**bond (2)**
82:5,11
**Book (4)**
19:1;25:14,24;26:2
**books (2)**
19:8;23:6
**borrowed (2)**
20:8;21:2
**boss (1)**
55:11
**both (10)**
8:1;9:9;12:24;
31:12,12;35:18;
45:12;46:21;49:9;
64:1
**bother (2)**
38:23;61:12
**Boucher (1)**
19:3
**bought (5)**
29:19;38:14;40:2;
48:8;81:12
**bound (2)**
27:13;69:14
**boutique (1)**
14:20
**Bowling (1)**
4:4
**box (2)**
60:1;69:9
**boxes (1)**
10:17
**brand (1)**
22:5;23:9
**branded (1)**
10:18
**break (4)**
31:19;35:23;61:12;
66:17

**breaking (2)**
41:7;53:12
**breaks (1)**
35:6
**bridal (3)**
19:9,9;23:8
**briefly (1)**
63:22
**bring (4)**
11:12;12:6;13:6;
58:23
**bringing (1)**
51:16
**broads (2)**
19:24,25
**broke (4)**
29:22;53:12;58:2;
60:6
**broken (1)**
58:18
**broker (4)**
10:2;17:11;18:10;
43:18
**brought (5)**
8:8,21;19:11;50:19;
51:16
**bruises (1)**
41:11
**brutally (1)**
58:9
**building (25)**
8:19;14:19;15:13;
20:20,22;21:24,24,25;
25:5;30:16,18;34:19,
25;37:24;40:3;41:16;
42:1;46:23;53:11;
58:7,22;65:20,23;
72:23;73:15
**buildings (1)**
17:12
**burdened (1)**
66:5
**Burger (3)**
6:12,14;68:17
**business (7)**
12:11;14:17,17,18;
20:15;22:4;60:12
**buy (2)**
38:14;46:17

### C

**cake (1)**
38:5
**call (14)**
7:12,13;9:19,20;
29:22,24,25;36:7;
42:5;52:7,9;58:2,3,4
**called (7)**
9:14;19:24;29:25;
32:6;38:10;46:3;
51:25;52:11,11;
57:15;58:4

**calling (1)**
51:20
**calls (1)**
51:3
**came (6)**
16:22;34:9;41:8,12;
45:12;71:10
**can (48)**
12:4;13:18,22,23,
23;16:9;17:19,20,23;
26:23;27:2,3;28:10;
32:24,25;33:1;34:5;
37:16;38:17;39:8;
42:6;44:22;45:4;
52:21;53:1,4;54:18;
56:20;57:10,11;
59:24;67:7,18;72:14,
16,18;75:5,21;77:1,8;
78:12;79:21;80:12,
14;83:23;84:3,9,18
**capable (2)**
66:2,7
**car (1)**
19:21
**cards (1)**
12:11
**care (2)**
15:22;67:25
**cared (1)**
66:14
**careful (2)**
11:6,7
**Carolina (1)**
15:5
**case (23)**
7:1;10:2;11:5,9,14,
17;15:25;16:13;34:8;
38:13,16,17;40:11;
43:9,15;45:11,13;
68:20;76:14,20;
77:23;78:6;80:9
**cases (2)**
33:14;82:2
**cash (3)**
25:7,8,9
**Cassini (215)**
4:20,20;5:3;6:5,7;
10:18;12:23,24,25;
13:2,6,10,16,19;
19:12;21:4;22:5;23:8;
24:3,8;25:14;27:24,
24;28:3;32:3;33:6,22;
35:5,9;38:21,23;39:4,
6,9,11,15,20;40:8,10,
12,16,18,20,23;41:1,
18,22,24;42:2,10,11,
12,16,20;43:22;44:8,
10,13,15;45:7,16,18,
25;46:13,16;47:9,12,
14,16,19,21,23,25;
48:3,13,15,20,22,25;
49:2,7,10,12,14,17,19,
21,23;50:3,6,9,12,15,

18;51:1,5,7,10,13,15,
18,21,24;52:8,11,14,
16,18,24;53:3,10,15,
17,20,23;54:3,11,13,
16,19,22,25;55:4,8,
11,20,25;56:4,6,12,
14,17,22,24;57:1,5,8,
17,19,24;59:5,9,23;
60:23;61:6,9,19;62:5,
8,11,13,15,18,20,23,
25;63:3,5,8,11,15,18;
69:1,3,8,16;70:6,9;
71:13,19,21;73:14,19,
23;74:1,5,8,11,14,19,
23;75:2,10,12,14,21,
23;77:4,6,19;78:16,
21;79:5,6;81:5,16,18,
21,23;82:7,16,21;
83:1,5,8,12,15,23;
84:1,4,6,11,14,16;
85:6

**Cassini's (1)**
77:16
**Castellano (2)**
8:10;9:11
**ceiling (2)**
10:17;66:18
**celebrate (1)**
67:12
**cell (1)**
49:3
**century (1)**
17:13
**certain (3)**
6:19;10:19;18:17
**certainly (4)**
11:7;16:19;35:19;
70:12
**certificate (3)**
49:9;50:2;59:4
**certificates (2)**
50:11;59:8
**certified (1)**
81:25
**cetera (1)**
25:5
**chagrin (1)**
16:24
**chambers (1)**
51:4
**chance (3)**
35:2,10;42:13
**change (4)**
26:12,14;46:10;
71:16
**changed (1)**
41:18
**changing (2)**
8:17,25
**chaotic (1)**
32:6
**Chapter (4)**
14:15;22:9;58:14;

60:12
**Chapter11 (1)**
6:15
**characterize (1)**
27:17
**charge (3)**
23:20,25;24:10
**child (1)**
66:20
**children (2)**
15:2;67:12
**choice (3)**
24:15,19;31:25
**circumstances (2)**
7:7,8
**City (2)**
15:1;65:17
**civil (1)**
84:17
**claim (1)**
72:13
**claims (4)**
71:21;72:21,23;
77:25
**cleaning (1)**
23:17
**clear (9)**
8:11;11:3;12:3;
66:1;68:22;69:25;
70:4;75:19,25
**clearly (2)**
80:8,8
**clerk (1)**
10:23
**clerk's (2)**
39:14;57:4
**client (1)**
76:19
**clients (1)**
19:2
**close (1)**
59:6
**closer (1)**
49:4
**closing (1)**
59:5
**clothes (2)**
15:7;73:15
**clothing (5)**
10:18;33:17,19;
36:2;80:10
**Code (1)**
12:2
**coffee (1)**
19:20
**colleague (2)**
6:16;8:12
**colleagues (2)**
9:6,24
**collector (1)**
38:8
**colloquial (1)**
31:20

**comfortable (2)**
14:1,3
**coming (5)**
25:1;63:25;67:17;
69:6;84:21
**commenced (1)**
42:25
**comments (3)**
14:6;77:5;83:14
**committing (1)**
36:9
**common (1)**
58:13
**communicate (2)**
69:2,10
**communicating (1)**
62:4
**communication (1)**
57:15
**communications (1)**
57:18
**company (13)**
14:20,22;18:23;
19:10,12,18;22:6,22,
25;25:4;29:11;59:9;
60:22
**compelling (1)**
68:23
**compensation (1)**
70:2
**competitive (1)**
11:11
**complain (3)**
51:20,21,24
**complaining (1)**
69:4
**complaint (1)**
45:23
**complete (3)**
14:13;24:24;26:17
**completed (1)**
9:24
**complicated (1)**
25:2
**comply (2)**
21:15;36:10
**concern (1)**
64:24
**concerned (1)**
65:15
**concerning (6)**
6:25;7:6;12:3;43:1;
68:23;69:4
**concerns (1)**
66:10
**concluded (2)**
7:1;85:9
**condition (1)**
12:7
**conduct (1)**
76:2
**conference (2)**
59:11;74:17

**confident (2)**
79:23;80:4
**confirm (1)**
61:8
**confirmation (3)**
45:21,22,22
**confirming (1)**
46:1
**connection (1)**
65:24
**Connor (1)**
58:1
**consider (1)**
68:8
**consideration (2)**
64:6;67:5
**consternation (1)**
76:18
**construction (1)**
10:12
**contact (1)**
39:14
**contacted (3)**
9:15;12:8;17:7
**contacts (1)**
68:19
**contained (1)**
58:22
**containing (2)**
60:1,2
**contending (1)**
46:12
**continuation (1)**
46:8
**continue (1)**
76:6
**continued (1)**
15:8
**Continuing (2)**
43:15;79:15
**contracts (1)**
15:9
**control (7)**
27:6;28:15;32:17,
19;51:22;76:6;80:9
**conversations (1)**
26:20
**cooperate (1)**
48:13
**cooperated (1)**
48:11
**cooperating (1)**
63:12
**cooperation (2)**
60:3;63:12
**coordinating (1)**
10:4
**copies (1)**
69:12
**cops (2)**
29:22;58:2
**copy (1)**
59:24

**corporate (5)**
14:14,16;15:15;
22:9;60:8
**correctly (1)**
29:13
**corridor (1)**
9:25
**cost (3)**
27:14;58:19;60:1
**counsel (6)**
10:24;13:5,12;
63:24;64:5;75:18
**countless (1)**
82:2
**County (1)**
61:1
**couple (2)**
15:4;68:21
**course (3)**
64:16;66:20;76:4
**COURT (330)**
6:2,6,9;7:14;10:23;
11:23;12:19;13:1,3,9,
11,23,25;14:3;15:11,
14,20,23,25;16:2,4,6,
6,13,15;17:9,24;18:3,
5,9,15,17,24;20:2,4,6,
8,11,13,16,18,21,21,
23,23,25;21:15,18;
22:11,18,21;23:10,14,
20,22,25;24:4,9,13;
25:10,12,17,20,23;
26:1,6,9,12,14,23,25;
27:2,6,10;28:6,8,10,
14,20,22,24;29:1,3,7,
10,14;30:2,5,8,10,13,
17,24;31:2,4,7,10,12,
16,22,24;32:8,10,12,
14,19,24;33:7,10,24;
34:5,9;35:2,3,7,10,12;
36:11,21,24;37:2,9,
11,13,18,21,23;38:18,
20,22;39:2,5,8,10,13,
19;40:7,9,11,15,17,
19,19,21,24;41:17,20,
21,23,23,25;42:7,11,
14,17;43:11;44:12,
14;45:6,9,17,20;46:1,
14;47:8,10,13,15,18,
20,20,22,24;48:1,11,
14,18,21,24;49:1,6,8,
11,13,16,18,20,22,24;
50:7,10,13,16,25;
51:2,6,8,11,14,17,19,
22;52:7,9,13,15,17,
23;53:1,8,14,16,19,
21;54:10,12,15,18,21,
24;55:3,6,10,12,23;
56:2,5,11,13,15,20,23,
25;57:3,7,10,18,20;
60:10;61:17,20,24;
62:1,7,10,12,14,16,19,
22,24;63:2,4,7,9,14,

16,20;64:7,9,10,23;
65:1;67:1;68:4,7,10,
16;69:22,25;70:5,8;
71:11,14,18,20;72:12,
14,16,18,21;73:4,7,9,
11,13,17,21,24;74:2,
6,9,12,15,22,25;75:5,
11,13,15,22,24;77:5,
7;78:22;79:9,9;81:14,
17,20,22,24;82:2,9,
25;83:4,7,9,13,22,25;
84:3,5,9,12,15,20,24;
85:2,7

**court-appointed (1)**
4:19
**court-authorized (1)**
10:2
**courtroom (1)**
67:23
**court's (2)**
59:24;64:23
**cover (1)**
28:5
**crazy (2)**
24:8;72:11
**created (1)**
66:22
**creditor (1)**
75:8
**creditors (14)**
16:20;46:5;75:6,7,
10,11,13;77:16,20,24,
23;78:1,13,25
**crucified (1)**
52:25
**crystal (1)**
19:18
**current (1)**
68:15
**cushion (1)**
68:1
**cylinder (1)**
7:22

## D

**Dali (1)**
19:2
**damage (1)**
78:20
**DANIEL (2)**
4:7;60:18
**date (2)**
23:17;43:10
**dated (1)**
43:6
**daughter (4)**
28:1;64:12;68:18;
76:12
**day (9)**
6:7;38:20;41:7;
47:19;49:21;57:25;
63:15,18;83:5

**days (11)**
52:20;53:3,4;54:3,
5,6,19;55:17,21;
75:21;84:1
**deadbolt (1)**
8:17
**deaf (1)**
83:13
**deal (6)**
27:2;64:4;73:21;
74:18;79:24;80:3
**dealing (1)**
66:2
**deals (1)**
22:4
**dealt (2)**
12:4;66:6
**debt (1)**
68:1
**debtor (6)**
13:3;70:2;76:5,15;
77:13;78:11
**debtor's (1)**
76:12
**December (4)**
17:5,19;18:3;21:10
**decent (1)**
26:19
**decide (2)**
72:23;73:1
**decided (1)**
72:22
**declared (2)**
36:16,18
**declined (1)**
7:9
**deed (14)**
41:5;42:3,3;44:10,
12;45:11,14,19;46:2,
20,21;58:12;59:1,2
**defamed (3)**
59:10;82:23;83:1
**defendants (1)**
76:10
**deficient (1)**
70:13
**define (1)**
30:25
**Del (1)**
59:14
**delay (1)**
16:21
**deliver (1)**
30:14
**delivered (1)**
10:23
**delivery (2)**
60:1,7
**demand (1)**
58:17
**denied (1)**
70:19
**deny (1)**

79:3
**DEPARTMENT (4)**
4:2;9:17,21;59:7
**depends (1)**
78:3
**deprive (2)**
33:18;80:25
**deputy (2)**
7:16;8:6
**der (1)**
36:20
**Derempish (1)**
59:21
**describe (2)**
64:18;66:12
**description (1)**
29:9
**design (1)**
14:24
**designer (3)**
25:13,24;26:2
**destructive (1)**
82:15
**detailed (1)**
25:15
**details (1)**
27:15
**determination (2)**
40:21;77:13
**determine (2)**
35:14;37:3
**develop (1)**
67:11
**developed (1)**
23:4
**die (3)**
30:1;48:6;58:5
**died (1)**
38:1
**different (9)**
16:6;19:20;24:18;
27:19;71:7,11;73:15;
74:10;79:1
**difficult (2)**
39:17;71:5
**dinner (1)**
19:17
**directed (2)**
12:1;50:8
**directing (2)**
6:17;34:9
**directly (3)**
43:2;56:19,21
**directors (2)**
59:18;81:10
**disable (1)**
9:4
**disappear (1)**
81:7
**disappears (2)**
81:16,18
**disclaimed (1)**
44:5

**disclosed (5)**
18:18,18;25:21;
26:5,8
**discussed (1)**
30:19
**disowning (1)**
11:23
**disputes (2)**
12:3;67:2;80:22
**distance (1)**
8:4
**docket (14)**
11:2,9,18;34:8;
42:23;43:7,16;51:12;
56:20;57:21,23;
68:25;80:20;85:4
**document (2)**
61:3;79:4
**documentation (2)**
58:21,22
**documents (10)**
59:5;60:1,3,5,7;
69:9,11,12,17;70:23
**dollar (1)**
60:21
**dollars (14)**
9:1;25:13,24;26:1;
27:14,14;48:17,20,23;
58:20;60:2,25,25;
61:2
**done (22)**
17:12;19:17;20:25;
21:1;22:4;29:4;32:23;
36:17;38:15;41:15;
53:14,16;61:15;
70:23,25;71:2;72:3,3,
5,22;76:21;78:20
**door (14)**
7:9,20,21,22,23,24,
25;8:20;9:13;31:19;
32:5;41:8;53:12;
61:13
**doorbell (1)**
32:6
**doorbells (1)**
7:4
**doors (7)**
7:23;8:1,18,21;
35:23;53:12;58:18
**doubt (1)**
69:5
**down (21)**
8:25;10:20;31:19;
34:9;35:23;41:7,12;
48:4;49:5;50:20;
53:12,12;56:9;61:12;
62:14,17,18,19,22;
75:15;83:18
**downstairs (1)**
50:21
**Doyle (1)**
69:14
**dozens (2)**

34:20,22
**dragged (1)**
19:19
**dragging (1)**
19:16
**dramatic (1)**
25:6
**dress (1)**
28:5
**dual (3)**
14:11;43:22;67:4
**due (5)**
59:7,10;60:21,21;
61:5
**during (1)**
45:13
**Dutch (1)**
36:19

## E

**ear (1)**
83:13
**earlier (1)**
76:17
**early (2)**
15:25;59:11
**earned (1)**
19:10
**ears (1)**
17:22
**easily (3)**
30:22;70:24,25
**East (5)**
6:19;43:4,6;44:3;
58:10
**EDERER (1)**
4:18
**effects (1)**
80:24
**effort (3)**
35:20;36:1;65:6
**efforts (3)**
12:6;36:10;64:20
**egress (1)**
8:16
**eighty-four (1)**
22:1
**eighty-three (1)**
21:25
**either (8)**
8:14;9:14;11:20;
13:21;65:25;82:3,4,
13
**electronic (1)**
57:10
**elevator (1)**
8:14
**eligible (1)**
70:1
**else (7)**
11:14;41:2;52:4;
56:15;64:7;68:4;

**69:**20

**email (7)**
45:2;58:1;60:16;
68:19;69:1,9;85:7

**emails (1)**
57:14

**emotional (1)**
49:17

**encourage (1)**
80:2

**encouraged (1)**
54:21

**end (7)**
34:23;43:6;63:3;
67:19;72:2,17,17

**ended (1)**
7:13

**enjoy (1)**
67:8

**enormous (2)**
41:10;72:9

**enough (2)**
65:23;75:16

**enter (2)**
7:24;84:10

**entered (5)**
6:17;9:22;18:3;
23:22;75:1

**entirely (1)**
11:2

**entitled (3)**
20:24;26:25;77:13

**entitlement (1)**
12:4

**entity (3)**
22:15,18,21

**entrance (1)**
8:23

**entry (1)**
43:16

**equal-minded (1)**
71:7

**equipment (1)**
7:21

**error (2)**
60:13,13

**especially (1)**
54:7

**ESQ (4)**
4:7,15,19,24

**essentially (1)**
76:5

**estate (14)**
9:1;10:2,6;11:19;
21:12;27:7;43:18;
46:5;48:2;61:1;68:9;
70:2;81:4;82:13

**estimate (1)**
36:17

**estopped (1)**
46:11

**estoppel (1)**
46:3

**et (2)**
25:5;62:11

**Europe (1)**
19:19

**even (30)**
17:5;19:8,24;22:13;
25:11,20,21;28:1,2,3;
32:6;38:12;39:11;
44:23;46:6;48:16;
49:2,3;52:2,3;54:8;
55:4,5;56:9;71:3,4;
73:1;80:15;83:2,21

**event (2)**
11:21;32:9

**everybody (5)**
21:9;38:6;45:10;
74:8;75:15

**Everybody's (1)**
81:7

**everyone (3)**
11:13,14;12:16

**evidence (1)**
6:25

**ex (2)**
57:15,16

**exactly (7)**
12:16;23:11,14;
47:6;55:12,12,18

**example (1)**
33:19

**except (2)**
22:24;24:1;38:2;
46:20

**excess (1)**
77:24

**excited (1)**
67:10

**exclusive (2)**
18:25;43:19

**exclusivity (1)**
19:5

**Excuse (5)**
13:6;43:10;48:15;
78:19;82:21

**exercise (1)**
11:17

**Exhibit (6)**
59:1,2,3,25;60:6;
61:3

**exist (1)**
16:8

**exit (2)**
8:16,23

**expect (1)**
79:16

**expense (2)**
8:25;35:24

**experience (6)**
10:22;15:4;33:12;
41:6;67:6;79:21

**experienced (2)**
71:8,12

**expert (3)**

**9:**5;10:6;38:9

**explain (5)**
7:8;9:21;24:14;
49:22;77:1

**explained (2)**
9:16;78:21

**explaining (1)**
24:18

**explanations (1)**
24:18

**exploded (1)**
24:23

**Express (2)**
27:13;48:23

**expression (1)**
31:20

**extent (3)**
28:6;78:25;79:12

**extreme (2)**
72:6;76:18

**extremely (1)**
39:22

**eye (2)**
19:21;66:3

**eyeglasses (1)**
80:25

**eyes (1)**
41:17

**F**

**face (1)**
23:3

**facing (1)**
7:24

**fact (12)**
21:2,3;24:15,16;
25:9;44:24;46:22;
47:6;66:22;69:24;
76:24;81:19

**failed (1)**
78:15

**fair (1)**
71:7

**fairly (1)**
76:13

**Fallfitz (1)**
22:13

**false (1)**
70:4

**family (1)**
37:22

**far (2)**
46:20;83:10

**fashion (6)**
14:24;15:6;19:9;
23:5;79:23,24

**fault (1)**
70:22

**favor (1)**
45:17

**favors (1)**
19:18

**February (2)**
40:2;58:11

**fed (1)**
21:20

**Federal (2)**
27:13;48:23

**feeds (1)**
34:7

**feel (8)**
38:7;48:1;61:15,15,
15;65:4,8;80:2

**fees (1)**
61:1

**feet (2)**
29:16

**felt (1)**
22:11

**FEMA (1)**
24:24

**female (3)**
7:4;8:6;58:9

**few (2)**
10:1;78:17

**fifty (4)**
41:16;46:23;59:9,
12

**fight (2)**
84:2,22

**figure (2)**
77:18;80:12

**file (19)**
11:8;24:5;36:8;
39:21;42:2;45:4,7;
51:2;56:20;57:3,6,11,
12;60:17;72:16,18;
80:20;85:5,6

**filed (38)**
10:23;11:1;15:16;
16:13;34:12;40:13,
15,24;41:1,3,21;42:8,
24,24;43:7,19;45:5,
11,14,22,24;46:18,19,
20;49:8,25,25;50:4;
54:3,6;57:21,23;59:7;
68:24;69:12,13;78:7,
22

**filing (2)**
16:16;57:11

**filings (1)**
11:22

**filled (1)**
10:17

**final (2)**
34:12;76:11

**finally (2)**
25:3;78:16

**finance (1)**
78:12

**financing (3)**
16:9,22;78:5

**find (2)**
17:8;78:12

**finding (1)**

**15:**10

**fine (11)**
13:23;19:13;26:19;
27:1,9;34:22;36:4;
48:21;53:1;54:18;
75:6

**finish (6)**
28:10;49:11;55:5,7,
10,13

**finished (2)**
10:13;17:1

**fire (1)**
24:25

**firm (3)**
22:14;69:10,21

**firm's (1)**
21:22

**first (6)**
12:20;13:2;15:3;
32:4,4;42:23

**five (2)**
19:8;65:20

**floor (8)**
8:14,16,22,22,24;
10:16;41:8;53:13

**floors (2)**
10:14;23:5

**Florida (1)**
29:20

**following (1)**
43:16

**footnote (1)**
44:1

**force (1)**
7:21

**forced (1)**
56:4

**foreclose (1)**
20:24

**foreclosure (2)**
16:15,18

**forefront (1)**
28:4

**forever (2)**
30:1;58:5

**Forget (1)**
56:2

**forgive (1)**
79:25

**form (2)**
11:3;42:22

**formality (1)**
12:21

**formed (1)**
9:25

**former (2)**
61:4,4

**forth (10)**
14:10,24;19:3,14;
22:1;23:7;27:16,24;
35:24;38:12

**forty (10)**
8:4;21:25;23:4;

27:21;38:5;48:8,9;
50:23;58:12;83:20
**forty-eight (2)**
30:14;50:16
**forty-three (1)**
29:18
**forward (5)**
11:10;12:15,15;
17:20;68:1
**found (4)**
8:19;15:8;20:23;
25:17
**four (3)**
18:10;24:18;34:19
**fourteen (1)**
59:17
**fourth (2)**
41:8;53:12
**foyer (1)**
8:7
**Frankly (1)**
24:11
**freaked (1)**
31:19
**free (1)**
12:3
**Freneau (1)**
4:12
**Friday (3)**
6:24;31:14;52:9
**friend (3)**
30:20,21;44:19
**friendly (1)**
44:20
**frightening (1)**
48:4
**front (9)**
7:9,20,21;9:11,11,
13;33:11;36:7;70:21
**full (2)**
57:22;60:3
**fully (3)**
43:18;66:1,7
**funding (5)**
14:13;15:21;16:1;
19:11;22:10
**Funds (3)**
60:9,11;65:10
**further (1)**
21:10
**future (3)**
55:16;63:14;64:5

**G**

**galleries (2)**
38:10,16
**gallery (7)**
37:15,15;38:9;
59:19,20,22;81:10
**gallery's (1)**
59:21
**gave (8)**

8:10;10:3;16:24;
19:5;23:18;41:2;61:4;
78:15
**Gemeaux (20)**
14:17,18;18:21,23;
20:8,19;21:2,7;22:18,
22,23,24,24;54:6;
59:21;60:4,9,12;
71:15;84:7
**Gemeaux's (2)**
18:21;21:16
**gentleman (1)**
12:11
**gets (2)**
59:12;72:6
**gigantic (2)**
24:25;78:1
**girl (3)**
31:17,18,18
**given (3)**
36:22,25;61:3
**gives (1)**
56:8
**giving (2)**
64:9;84:5
**glass (2)**
7:24;66:17
**God (3)**
30:1;48:7;58:6
**goes (2)**
58:6;82:10
**Good (4)**
6:14;25:8;64:21;
70:9
**Gordon (1)**
15:5
**gown (1)**
23:8
**Grace (1)**
28:4
**grandchildren (1)**
67:8
**grandkids (1)**
67:13
**grant (2)**
76:19;79:12
**graphic (3)**
25:13,24;26:2
**great (3)**
8:25;64:24;65:6
**Green (1)**
4:4
**grew (1)**
66:17
**gripe (1)**
47:22
**group (2)**
44:21;61:11
**grown (1)**
71:23,25
**guaranteed (2)**
20:11,17
**guess (2)**

41:1;65:2
**guide (1)**
67:18
**guilty (1)**
74:23
**Guinness (1)**
19:1
**guy (1)**
63:6
**guys (5)**
41:10;50:19;52:4;
53:11;84:2

**H**

**half (8)**
34:19;40:3;46:24,
24;76:17;77:22,24;
78:18
**hallway (1)**
10:20
**halt (1)**
23:11
**hand (6)**
7:6;16:17,21;43:2,
20;57:12
**handicapped (1)**
15:2
**handing (1)**
43:13
**handled (1)**
65:14
**handwritten (1)**
44:1
**Hang (1)**
36:11
**happen (14)**
11:21,21;31:13;
48:7;53:25;54:1;
55:16,17;71:6;72:2;
73:1;78:2;79:20;81:7
**happened (11)**
8:8;19:22;24:13,25;
31:18;40:20;48:2;
53:24;55:18;56:8;
73:6
**happening (4)**
9:9;28:2;81:9;
84:13
**happens (1)**
77:12
**happy (6)**
15:13;36:7;45:7;
68:19;71:2;79:17
**hard (3)**
27:22;66:6;83:21
**hardware (1)**
58:18
**Haynes (1)**
15:5
**head (1)**
65:7
**health (1)**

66:2
**hear (19)**
13:22,23,23;17:20;
18:1;29:25;34:16;
37:6;39:16;49:3,5;
55:8;56:9;58:5;62:16;
71:3,11,13;73:9
**heard (12)**
11:16;12:18;13:7;
24:10;28:3;29:8,23;
58:3;60:4;61:18;
75:12;79:4
**hearing (13)**
47:20;50:1;60:14;
61:24,25;63:3;64:22;
71:23;74:16;75:17;
76:1;80:21,23
**heart (1)**
84:23
**heaven's (2)**
80:10,24
**heavy (1)**
39:25
**held (2)**
52:19;57:25
**hell (3)**
41:7;47:19;49:21
**help (2)**
9:15;76:23
**helpful (2)**
64:2;69:18
**hen (1)**
51:2
**herein (1)**
44:2
**Here's (6)**
23:7;28:4;41:4;
53:23,23;55:14
**herself (3)**
13:19;70:23;71:1
**hesitation (1)**
68:20
**HEUER (5)**
4:24;63:19,19,21,
21
**hi (2)**
64:13,14
**hidden (1)**
26:5
**highest (1)**
26:20
**hire (1)**
54:4
**history (1)**
33:14
**hitting (1)**
41:8
**holders (1)**
75:9
**holding (4)**
43:2,20;49:4;78:25
**Hollywood (1)**
14:22

**home (3)**
27:21;52:16,18
**homes (2)**
19:14;84:22
**homicide (1)**
50:21
**honest (1)**
81:7
**Honor (89)**
6:17,20,24;7:1;9:9,
22;10:6,25;11:6;12:5,
25;13:8;24:6;32:11;
33:20;34:3,13;35:11,
15,24;36:7,9,22,23,
25;37:20;40:20,23;
41:4,19;42:4,9,12,18,
22;43:2,9,12,15;44:5,
11;45:8;46:13,16;
47:12,16;48:15;
49:12;50:18;52:20;
53:6;54:20,22;55:1,
11;56:6,19;57:19,24;
58:23;59:11;60:19;
61:8,21;62:13,23;
63:19,21,25;64:8;
68:3,13,17,22;69:3,4,
12,18,24;70:3,6;
73:14;75:4,23;81:5,
18;82:18;83:16;84:21
**Honor's (4)**
12:1,14;34:9,10
**hope (3)**
13:22;68:2;71:22
**hopefully (3)**
9:7;11:11,11
**hoping (1)**
9:5
**horrible (7)**
41:6;67:6;74:14;
83:5,16,18,19
**horribly (1)**
83:15
**hostile (1)**
19:15
**hours (5)**
9:19;30:14;34:19;
50:16;77:4
**house (5)**
17:11;29:22;38:5;
58:1;72:9
**Huh (1)**
71:13
**human (1)**
66:2
**humor (1)**
70:9
**hundreds (1)**
61:11
**hung (2)**
7:9;52:1
**husband (2)**
50:23;59:4
**husband's (1)**

38:12

## I

idea (1)
79:7
ideas (1)
32:24
identified (1)
7:5
identify (2)
8:23;33:8
ill (1)
15:2
illegally (2)
58:25;59:14
imagine (1)
83:21
impact (1)
14:9
implement (1)
12:14
important (10)
17:12;33:4;35:5,8;
37:15;38:25;59:19;
64:21;65:16;81:10
impossible (2)
71:13,24
impressed (1)
65:22
impression (1)
30:9
improper (1)
68:10
improve (1)
32:25
inability (1)
24:14
inbound (1)
69:2
Inc (5)
4:20;59:9;60:23;
61:6;79:7
included (2)
35:16;59:8
including (5)
8:6;11:13;58:22;
60:21;69:13
incorrect (4)
27:18,18;60:15;
72:7
incredible (1)
66:20
incur (1)
35:24
indiscernible (8)
29:11;35:11;36:19;
37:15;38:10,21;39:1;
49:19
individually (1)
15:17
ineligible (1)
68:12

inexperienced (1)
72:4
infection (1)
66:3
inform (1)
27:3
information (5)
13:8;21:20;30:23;
57:1;85:4
informed (2)
57:8;60:10
inquiry (1)
37:6
inside (1)
9:12
insisted (1)
45:21
installing (1)
8:18
instance (2)
8:18;11:5
instances (2)
42:21;44:4
instead (1)
54:4
instruct (1)
80:19
instructed (1)
8:1
insurance (4)
24:13,16,21;25:1
intending (1)
37:5
intercom (2)
7:3;31:16
interest (19)
11:23,24,25;12:3,
12;19:7;21:7,16,22,
23;43:4;44:2,6;46:15;
61:2;64:16;78:23,24;
80:9
interested (2)
12:12;21:23
interests (3)
16:19;18:22;47:15
interfere (1)
21:1
interfered (1)
16:8
interfering (1)
33:2
interior (1)
9:13
Internal (1)
59:8
International (1)
43:17
interrupt (2)
35:3;77:3
interruption (1)
12:16
interruptions (1)
75:22

into (17)
7:24;8:12,21,22;
10:4;12:7;14:24;
18:10;21:12;25:4,4;
33:13;34:7;48:18;
60:6;72:3,6
introduce (1)
82:21
inventory (1)
69:11
invested (1)
29:17
invited (2)
39:11;64:15
Irish (1)
37:22
iron (2)
7:23,25
I's (1)
63:16
Island (1)
16:2
issue (6)
19:16;37:1;45:12;
46:11;64:4;66:15
issued (11)
16:2;30:8,10,25;
31:2,4;45:15;48:24;
50:1,7;79:8
issues (3)
18:11;66:3,4
items (7)
34:20,22;35:16;
36:1,2;80:13;81:12
Its' (1)
27:24

## J

January (6)
42:24;43:6,8,16;
44:7;76:24
jet (1)
15:5
joined (1)
15:3
jokingly (1)
76:18
Judge (3)
6:14;82:6;85:1
judges (1)
76:17
judgment (1)
16:15
judicial (1)
46:3
July (3)
17:7;59:6;73:1
June (3)
23:17;72:3;82:22
jurisdiction (2)
9:16;16:7
JUSTICE (2)

4:2;61:15
justify (1)
16:21

## K

keep (1)
79:8
keeping (1)
12:20
Kelly (1)
28:4
kept (1)
59:14
keys (8)
10:3;30:3,6,14,17;
31:8;50:14;58:17
kill (1)
83:17
kind (1)
68:2
kindly (1)
61:8
knew (5)
17:10;25:3;51:17,
19;69:6
knocked (1)
73:5
knowing (1)
63:25
known (1)
33:10
knows (2)
17:11;28:2

## L

lack (1)
7:4
ladder (2)
8:19,20
lady (2)
39:21;66:20
Laney (1)
69:25
large (1)
10:7
last (9)
6:20,24;7:14;17:4;
38:1;44:25;60:9;68:5;
70:20
late (3)
67:17;74:22;75:1
later (3)
8:5;9:19;15:8
LAW (5)
4:10;40:13;41:3;
42:4;46:3
laws (1)
48:10
lawsuit (1)
40:15
lawyer (1)

84:3
lawyers (3)
27:19;44:21;84:2
leading (1)
8:20
leaning (1)
17:20
learned (1)
64:17
least (2)
42:21;44:4
leave (8)
7:12;24:19;30:16;
31:16,25;52:10,15;
57:14
leaving (1)
51:3
led (1)
8:18
left (4)
7:10;9:24;72:11,24
legal (3)
58:21;59:7;61:1
legally (2)
57:15;65:3
Leigh (2)
64:11,13
lender (1)
65:11
less (1)
72:10
letter (3)
19:24;38:24;47:9
letters (1)
10:22
letting (2)
32:5;46:10
level (2)
64:17;67:16
level-headed (1)
79:22
licensed (1)
19:18
licenses (3)
19:1,1;27:24
licensing (2)
15:9;19:11
lie (5)
34:25;60:18;62:5,8;
70:20
lien (1)
21:5
liens (1)
77:21
lieu (1)
68:14
life (5)
29:18;48:5;67:8;
68:2,3
likely (1)
73:1
links (2)
13:22;17:5

**list (6)**
24:16;68:20;71:23;
72:7,12;73:6
**listed (3)**
18:6;34:15,18
**listening (2)**
17:23;65:4
**litigants (1)**
36:8
**litigation (1)**
46:5
**little (3)**
17:22;45:1;48:5
**live (2)**
67:7;79:3
**lives (2)**
58:6,25
**living (3)**
10:14;48:8;79:18
**LLC (1)**
4:11
**LLP (1)**
4:18
**loan (9)**
14:14;20:11,14,15;
22:15;60:8,9;65:6;
72:1
**loans (1)**
60:25
**local (2)**
9:7,15
**located (1)**
69:14
**locked (3)**
8:21;9:13;58:24
**locks (3)**
8:17,25;78:20
**locksmith (8)**
7:3,10,19,22;8:2,12,
15;9:23
**Loeb (2)**
61:1,2
**long (8)**
14:18;16:2,14,21;
41:3;45:10;68:2;78:7
**longer (1)**
67:3
**long-winded (1)**
61:14
**look (4)**
12:9;30:22;40:12;
70:24
**looked (1)**
44:13
**loss (2)**
24:22,24
**lot (15)**
10:7,8;21:23;22:5;
30:23;35:20;38:12;
39:9;44:15;53:6;
66:22,22;74:2;76:16;
81:10
**lots (2)**

23:6;65:19
**loud (1)**
37:6
**louder (1)**
17:25
**Louise (1)**
17:10
**love (3)**
15:7;27:5;67:12
**loves (2)**
67:13,14
**low-ball (1)**
65:20
**Ltd (7)**
4:20;14:18;59:21,
23;60:4,9,12
**lucky (1)**
15:9
**lying (1)**
62:9
**Lynx (24)**
4:11;14:14;16:14,
24;20:8,23;21:5;
22:16;26:18,23;27:2,
10;32:22,24;60:8;
64:19;65:8;66:14;
69:13;71:25;75:2,6,7,
8

## M

**ma'am (1)**
43:13
**mail (1)**
7:11
**main (3)**
21:5;43:9,15
**makes (1)**
14:3
**making (4)**
12:6;46:18;59:17;
62:1
**malpractice (1)**
74:24
**mama (3)**
30:1;48:6;58:5
**man (3)**
41:15;50:19;71:9
**manner (2)**
28:18;80:3
**many (8)**
19:1,8,8;37:21,23;
54:21;59:19;77:25
**March (2)**
12:1;60:14
**Marianne (43)**
5:3;6:4,5,18;7:11;
8:9;9:10,14;10:15;
11:22;12:23;14:18;
19:6,14;20:13;21:4;
22:8,23,25;23:18;
26:21;27:11,12;
28:17;29:23;30:19;

37:14,19;38:8,11;
42:22,24;43:25;44:4;
50:3;58:2;61:9;69:8;
77:16,19;78:16;
82:14,19
**Marianne's (2)**
29:21;38:15
**marriage (1)**
59:4
**married (1)**
50:22
**Marshal (10)**
6:22;7:2,15;8:6;
9:16,16,20,25;35:20;
81:2
**marshals (13)**
7:16,16,19;8:5,8,
10;9:12;12:10;31:22,
24;35:21;52:4;80:15
**Martha (1)**
6:16
**Martir (6)**
6:16;7:10,18;8:1,7;
12:9
**Matawan (1)**
4:13
**matter (4)**
6:25;7:1;25:2;30:4
**maximize (3)**
16:18,20;76:22
**may (25)**
6:10;27:3;28:22;
29:3;34:3;37:5;38:22;
47:17;53:6;56:12;
62:14;63:22;66:10;
68:21;70:6;71:19;
72:3,12,15;74:19,20;
79:24,25,25;80:2
**maybe (8)**
33:15;46:18;52:18;
56:4;63:18;67:5;
77:24;78:13
**mean (14)**
15:15;22:18,19,22;
24:8;28:4;42:5;53:9;
55:24,24;64:19;
65:22;67:21;83:1
**meaning (1)**
8:3
**means (4)**
53:24;55:15;64:1;
72:9
**meantime (1)**
84:13
**medications (1)**
36:2
**medicines (1)**
80:24
**Meer (1)**
36:20
**meet (1)**
14:7
**meeting (5)**

22:8;44:25;56:7;
64:15;71:1
**meetings (4)**
39:9,16;49:3;55:4
**Mellon's (1)**
17:10
**men (1)**
58:9
**mentioned (1)**
46:25
**mentioning (1)**
35:15
**messages (1)**
57:14
**MICHAEL (2)**
4:10,15
**microphone (3)**
34:6;39:2;48:18
**might (3)**
64:2,3,4
**Mike (1)**
26:19
**MILLER (1)**
4:18
**million (5)**
60:8,21,24;65:20;
72:1
**mind (1)**
66:1
**mine (4)**
9:6;34:24;40:4;
46:24
**minute (1)**
42:14
**minutes (1)**
8:5
**misrepresented (1)**
44:15
**missing (1)**
13:22
**model (1)**
37:16
**models (1)**
14:21
**mom (5)**
28:1;66:1,17;67:6,
13
**moment (8)**
23:12;29:21;34:13;
45:9;64:9;65:13;
68:18;79:10
**mom's (1)**
65:1
**Monday (1)**
39:21
**money (21)**
17:17;19:10;20:8;
21:2,24;22:5;24:13;
25:3;27:23;44:18;
47:4;54:13,16;59:18;
65:18;66:16;67:7,19;
70:17;77:11;79:6
**monies (4)**

22:8;44:25;56:7;
64:15;71:1
**meetings (4)**
22:8;44:25;56:7;
64:15;71:1

17:17;59:14;60:20;
61:5
**Monte (1)**
59:15
**month (1)**
70:19
**monthly (1)**
60:17
**months (1)**
18:10
**more (25)**
11:18;14:1,3;18:9,
9;22:15;35:24;44:18;
47:4;54:13,16;70:6,8,
16;71:5,19,20;72:1;
73:9;74:2;75:22;
76:15;77:5;78:4;
84:20
**morning (3)**
6:24;7:17;9:4
**mortgage (4)**
20:24;25:5;75:9;
77:21
**most (4)**
41:6;48:4;71:3;
83:5
**mother (7)**
29:20;58:1;64:22;
65:8;67:1;68:9,11
**mother's (2)**
64:16;66:8
**motion (9)**
13:12;18:11;47:2;
49:1,8,25;62:2;63:24;
69:13
**move (4)**
11:9;12:15,15;68:1
**moved (2)**
28:18;48:10
**Moving (1)**
34:13
**much (21)**
11:8;14:5,9,23;
16:23;21:10;27:23;
39:15,17;46:16;49:7;
58:21;66:14;67:13;
71:5,8;73:12;75:4;
77:11;81:8;84:25
**mugs (1)**
10:18
**multi-floor (1)**
8:13
**multitude (1)**
22:4
**must (2)**
6:4,4
**myself (11)**
6:10;7:5;13:21;
22:23;25;26:21;
38:14;39:25;58:11;
59:20;80:22

## N

**name (4)**
15:16,16;42:20;
59:21
**names (3)**
12:20;45:12;46:21
**Nassau (1)**
61:1
**nasty (1)**
73:20
**natural (1)**
79:19
**nearly (1)**
29:16
**neat (1)**
67:10
**need (25)**
10:8;17:8;31:23;
33:8,17;34:5;39:24;
52:20,20;53:3;54:3,5,
19;55:20;58:24;63:9;
66:5;69:19,22;71:15;
73:9,14,16;83:24;
84:4
**needed (3)**
18:19;26:2;59:24
**needs (6)**
21:5;32:19;54:6;
71:16;72:5;82:10
**negative (9)**
23:2;27:16;28:18,
19,20,22;29:4,6,9
**negatives (1)**
32:23
**neighbors (1)**
83:19
**Neil (5)**
6:14;34:3;42:18;
52:14;68:17
**Nester (1)**
37:6
**nesters (1)**
9:19
**Nestor (186)**
5:3;6:4,4,17,18;
7:11;8:9,9,9;9:10;
11:22;12:22,23,23,24;
13:3,11,18,20,24;
14:2,5;15:12,18,21,
24;16:3,5,12;17:7,10,
14,21;18:2,4,7,13,16,
23,25;20:3,5,7,10,12,
15,17,19,22;21:4,14,
17,19;22:20,23;23:13,
16,21,24;24:1,7,12,
20;25:11,15,19,22,25;
26:4,7,11,13,16,24;
27:1,5,9,11;28:7,9,13,
17,21,23,25;29:2,6,8,
11,15;30:2,4,7,9,12,
16,19;31:1,3,6,9,11,

15,17,23;32:2,4,9,11,
13,18,21;33:4,9,20,
23,25;34:1,14,16,21,
24;35:2,4,8,11;36:12,
12,14,23;37:7,10,12,
14,20,22,25;38:19;
42:24;43:1,3,5,10,13,
14,20;44:2,5,7,9;50:2,
3;58:11;60:15,20;
61:9;64:11,13;69:1,3,
8,8,11;71:15;72:15,
17,20;73:3,5,8,10,12;
76:5;77:2,16,19,21,
24;78:3,16,21;79:5;
82:19;84:17,21,25
**Nestors (3)**
11:14,18;35:18
**Nestor's (7)**
11:20;34:17;64:12;
68:18;77:9,9,15
**New (12)**
4:5;9:17;15:1;
17:12;40:13;41:3;
42:4;43:4,5;58:7;
59:12;65:17
**next (2)**
8:19;43:25
**nice (9)**
37:22;38:19;39:22,
22;49:14;52:5;71:6,9;
73:19
**nicer (1)**
73:24
**niece (9)**
9:10,10;10:15;
28:21;29:20;48:5;
57:25;58:6,25
**nineteen (1)**
60:22
**ninety (1)**
48:23
**ninety-one (1)**
27:14
**NJ (1)**
4:13
**nobody (10)**
28:2,3;32:5;33:18,
18;50:3,4;61:10;
63:12;80:8
**nobody's (2)**
80:11,25
**nonetheless (1)**
15:21
**nor (1)**
58:15
**normally (2)**
80:5,6
**North (1)**
15:5
**note (4)**
27:15;60:11;64:5;
76:23
**noted (1)**

62:3
**notice (4)**
11:8,13;57:22;69:6
**notify (1)**
80:20
**notion (1)**
69:19
**November (1)**
59:4
**number (14)**
11:22;12:8;16:17;
19:9;22:14;33:11;
37:7;42:23,23;43:16;
65:21;68:24,25;72:9
**numbering (1)**
8:5
**NY (2)**
4:5,22

## O

**object (1)**
82:18
**obligation (1)**
76:9
**obtain (1)**
6:22
**obtained (2)**
18:20;25:12
**Obviously (5)**
64:21,23;65:25;
66:6;68:11
**occasions (1)**
16:17
**occupancy (1)**
60:22
**occupants (1)**
6:22
**occur (1)**
6:20
**occurring (1)**
64:19
**OCI (3)**
60:19,25;61:6
**October (3)**
16:15,15;17:3
**off (4)**
19:16;26:18;60:11;
75:2
**offered (1)**
7:8
**Office (9)**
4:3,10;10:1;39:14;
55:4;57:4;69:2,10;
81:25
**officers (1)**
41:5
**offices (1)**
25:9
**official (1)**
85:4
**old (1)**
10:17

**older (1)**
29:19
**Oleg (16)**
4:20;15:3,6;19:4,6,
8,11;22:5;27:24,24;
28:3;59:5,9;60:22;
61:6;79:6
**Oleg's (1)**
19:6
**once (3)**
27:25;48:16;66:14
**One (21)**
4:4;6:3,4;9:5,6,14;
16:17;19:9;21:5;
24:21;36:11;38:3;
45:9;58:9,12;65:17;
68:5;70:6,8;71:19,20
**ones (1)**
27:17
**only (15)**
19:6;25:17,17;
36:15;39:3,5;59:4;
64:17;75:8;76:17,25;
77:1,21;80:4;81:12
**onto (2)**
8:10,20
**open (2)**
7:20,21
**opened (1)**
8:1
**operating (1)**
70:23
**operation (1)**
19:12
**opinion (1)**
47:7
**opportunities (1)**
8:17
**opportunity (6)**
10:24;11:16;12:17;
26:16,18;78:6
**opposition (2)**
50:4;62:2
**order (36)**
6:17;7:6,8;9:22;
12:1;21:13;23:22;
24:5,11;30:2,5,10;
31:2,4;33:22,23;34:1,
9,10;39:13;43:17;
48:11,24;50:1,7,13,
13;60:20;68:23;75:1;
76:9;78:9,19;81:22,
24,24
**ordered (3)**
26:17;28:16;80:1
**orders (7)**
12:15;14:10;16:1,7;
18:3;48:25;79:8
**ordinarily (1)**
36:3
**oriented (2)**
14:23,23
**original (4)**

34:14,17;35:16;
58:12
**originally (1)**
18:8
**otherwise (6)**
11:25;25:21;46:6;
57:11;72:6;77:15
**out (41)**
7:15;8:10,18;9:4,
11;14:12,25;21:24;
24:23;25:17;26:9;
27:2;31:19;33:17;
34:8;37:6;40:7,7;
45:10;46:5;58:24;
64:22,24;66:15;67:2,
6,22;74:13,15;75:2,3,
3,5;77:10,19;80:7,12,
14,17;84:18,19
**outrageous (1)**
50:21
**outset (1)**
76:20
**outside (4)**
7:22;8:2;12:10;
62:25
**over (19)**
9:1;16:7;17:16,17;
19:19,23;21:1,7;31:8;
41:11;50:14,20;61:2;
71:22,23;76:4,14;
78:11;80:22
**overheard (1)**
9:21
**owed (1)**
60:24
**own (11)**
21:3,4;36:12;37:23;
41:25;55:25;59:18;
68:11;74:8;78:25;
83:13
**owned (4)**
50:23;77:19,20,22
**owner (7)**
40:22,25;41:16;
43:5;44:3;60:19;61:5
**ownership (15)**
11:23,25;20:20;
37:3;43:4;44:2,6;
46:15;58:13;59:2,3;
78:17,18,18,23
**owns (10)**
35:13;36:13,14,15;
37:8,9,13;45:13;
46:10;78:3

## P

**packed (1)**
15:4
**page (2)**
43:20,24
**pages (1)**
61:11

**paid (7)**
25:4,7,7,13;60:20;
66:14;77:23
**painters (1)**
36:19
**paltry (1)**
65:21
**papers (26)**
20:16;22:1;27:13;
29:22;36:8;39:21;
40:11,24;41:21;42:7;
45:4,8,14;48:16;50:4;
52:22;54:3,6;56:20;
57:12;62:11;63:4;
70:18,24;72:18;78:22
**paperweights (1)**
10:18
**paperwork (1)**
61:10
**paragraph (1)**
43:1
**parent (1)**
66:19
**Parfums (2)**
4:20;59:23
**part (8)**
14:22;19:15;38:13,
13,16;41:25;77:17;
81:4
**parte (2)**
57:15,16
**particular (3)**
25:20;46:21;76:16
**parties (13)**
12:8;19:15;21:5;
22:24;27:3;57:22;
63:23;64:2;73:1;
75:18,19;78:10;80:12
**parties' (1)**
16:19
**parties-in-interest (1)**
69:6
**parts (1)**
10:19
**passage (1)**
10:1
**Passover (1)**
57:25
**past (4)**
10:12;21:7;71:22;
72:1
**path (2)**
14:11;43:22
**pay (11)**
25:9,23;26:1,18;
60:10,11;64:20;65:6,
8;75:2;79:6
**payment (3)**
24:16;25:21;61:7
**Peggy (43)**
6:4,17;8:8;9:9,14;
10:15;11:19;12:22;
34:14;36:12;38:25;

40:2,25;43:1,5,13,20;
44:2,23;48:8;50:2;
54:5;58:11;60:15,16,
20,24;61:4,5;62:4;
64:12;70:19;71:16;
76:5;77:9,15,21,24;
78:2;81:12;82:13,19,
21
**Peggy's (1)**
70:22
**Penachio (26)**
13:4,12,16;24:4,6;
25:18;44:15;46:17;
47:13;50:3;54:24;
55:21;58:15;60:13,
13;61:5,21,21;62:3,6;
64:15;68:25;69:20;
70:1,12;74:24
**pending (1)**
13:12
**pennies (1)**
59:13
**people (21)**
19:5,19,20;21:23;
22:2,16;25:7,9;32:5;
38:14;57:8;61:20;
62:16;65:19;67:24;
76:1;77:1;81:6;82:23;
83:10;84:22
**percent (4)**
41:16;46:23;59:9,
12
**perfectly (1)**
22:16
**period (1)**
38:4
**person (10)**
7:5,7,9;22:4;39:15,
18;57:5;67:11;71:6;
79:22
**personal (10)**
14:9;33:6,7,16;
36:1,2;78:24;80:7,13,
23
**personally (5)**
26:21;33:11;34:18;
46:14;69:19
**petition (1)**
15:16
**ph (3)**
22:14;59:21;64:11
**phone (10)**
7:11;31:14;32:6;
33:25;36:7;49:4;56:9;
57:14;71:3,5
**photograph (1)**
8:7
**phrase (1)**
7:4
**pick (2)**
29:24;58:3
**pictures (1)**
10:19

**piecemeal (1)**
25:1
**pieces (3)**
34:24;36:15;38:17
**pink (1)**
28:5
**place (6)**
36:18;39:18;48:8;
67:18;79:17;83:19
**placed (1)**
58:10
**places (2)**
29:11;65:17
**Plains (2)**
44:20,21
**plan (2)**
11:20;78:6
**play (2)**
37:7;67:14
**playing (1)**
67:9
**Plaza (1)**
4:21
**pleasant (1)**
11:17
**Please (2)**
6:2;61:8
**pleasure (1)**
14:7
**pledged (1)**
20:13
**plenty (1)**
72:25
**Plus (2)**
82:4;83:19
**PM (1)**
85:9
**pneumonia (1)**
15:3
**point (7)**
8:16,23;10:12;
14:12;35:14;45:9;
46:1
**pointed (1)**
45:10
**Police (6)**
9:17,19,20,21;
29:25;58:4
**polite (1)**
74:2
**poor (1)**
48:5
**porch (1)**
9:11
**portions (2)**
10:11,16
**position (10)**
12:14;13:13;26:22;
46:4,6,11,25;72:6;
79:1,2
**positive (2)**
67:2;68:14
**possession (7)**

6:18,22;7:6;12:6;
33:2;35:21;69:5
**possible (4)**
11:8;32:21;39:6;
66:14
**post (2)**
82:5,11
**postpone (1)**
55:17
**potential (1)**
65:10
**potentially (2)**
81:3,4
**pounding (1)**
32:5
**power (2)**
16:7;79:11
**precedent (1)**
69:25
**precinct (3)**
9:8,15,15
**predators (2)**
75:10,12
**preferred (1)**
76:19
**premise (1)**
8:24
**premises (20)**
7:11,18;8:2,3,13,13,
17,21;9:1,3,12,24;
10:5,5,11,19;43:4;
52:10,15;75:9
**prepare (1)**
53:7
**prepared (2)**
10:24;11:4
**PRESENT (7)**
5:2;35:20;61:24;
63:23;81:15;82:14,19
**preservation (1)**
6:25
**president (1)**
61:6
**pressure (1)**
75:4
**presume (1)**
10:15
**pretty (1)**
71:8
**previously (1)**
28:16
**price (3)**
29:12;32:21;72:10
**print (2)**
48:17;60:2
**printed (1)**
34:8;48:22;51:16
**prior (4)**
14:25;16:15;21:13;
31:5
**pro (5)**
13:15;36:8;39:23;
51:10;56:18

**probably (6)**
31:22,24;76:16,18,
19;79:19
**problem (4)**
13:20;22:12;35:1;
73:10
**procedures (1)**
17:4
**proceed (1)**
23:16
**proceeding (8)**
12:21;42:23,25;
43:7;45:23;49:25;
68:24;79:9
**proceedings (2)**
11:2;85:9
**proceeds (1)**
12:4
**process (26)**
10:3;11:15;13:22;
16:23,25;17:1,3,6;
18:10;21:9,13;35:23;
55:24,25;56:3,13;
65:15;76:3,7,13,21,
24;77:8;78:11,14;
79:15
**product (1)**
38:11
**professional (1)**
36:17
**progress (1)**
11:5
**promise (1)**
10:7
**prompt (2)**
80:21,23
**proper (1)**
67:25
**properly (1)**
12:7
**properties (1)**
33:15
**property (72)**
10:7,8,16;11:10,20,
22,23;12:2,12,13;
17:6,15,18;18:6,7,11;
19:24,25;21:3;24:22;
26:10;28:10,15;29:5,
6,16,17,19;33:3,13,
16;34:14;35:18,21;
38:15,25;40:2,5;44:6;
45:13;46:4,10,15;
50:23;58:10,15,18,24;
59:1,2,13;60:6;65:16,
16,17;69:4,5,15;
73:16;76:7,9,16,22;
77:14,15,17;78:3,19,
23;82:13,14,20
**proposed (1)**
78:6
**protect (5)**
54:4;55:21;67:18
**protection (1)**

65:24
**provide (2)**
11:8;65:2
**provided (2)**
6:20;11:20
**public (1)**
17:16
**publicly (1)**
69:12
**pulled (2)**
48:3;83:16
**pulling (2)**
41:10;50:19
**purchase (2)**
11:10;46:21
**purchased (4)**
37:16;58:11;59:19,
23
**purchasing (1)**
38:11
**purpose (2)**
9:17,22
**purposes (1)**
18:19
**pursuant (1)**
12:2
**pushed (1)**
48:4
**put (17)**
15:5;22:1,13;23:11;
24:23;29:12;41:11;
42:3;44:16;47:2,6,7;
52:22;54:8;64:22,24;
85:4

**Q**

**qualified (1)**
17:11
**quarters (1)**
10:14
**quickly (3)**
36:8;68:21;69:12
**quite (5)**
12:20;14:9;16:24,
25;52:5
**quote (1)**
43:6

**R**

**rainy (2)**
63:15,18
**rang (2)**
7:4;32:5
**rare (2)**
29:15;65:16
**rate (1)**
24:12
**rather (1)**
74:11
**reach (2)**
7:15;46:5

**reached (1)**
9:4
**read (8)**
10:22;28:25;42:12;
47:16;52:19;53:6;
56:12,17
**reading (2)**
43:2;79:5
**ready (4)**
14:13;26:19;27:16;
72:2
**real (6)**
10:2,6;11:19;32:13;
43:18;61:1
**realize (3)**
67:16;74:4,6
**really (20)**
16:9;18:21;21:16;
23:9;24:14,19;27:18;
31:20;54:9;65:20,21,
22;66:19;67:10,21;
73:5;78:3;81:8,23;
82:24
**reason (4)**
24:11;27:8,10;
79:14
**reasonable (11)**
33:12;35:17,25;
36:6,9;68:2;71:10;
79:22,23,24;80:14
**recall (3)**
6:9;62:1,2
**receipt (2)**
59:25;60:6
**receive (1)**
70:1
**received (5)**
24:17;59:10;60:15,
16;71:22
**receiver (6)**
4:20;17:15;59:14;
63:22;74:19;79:10
**recently (2)**
18:6;28:1
**recognized (1)**
78:17
**Recognizing (2)**
63:23;64:23
**reconsider (1)**
24:11
**record (8)**
8:7;13:12;43:12;
61:23;62:4;68:22;
69:25;70:3
**recorded (1)**
52:18
**recording (1)**
39:3
**Records (5)**
19:2;25:10,12,18;
59:24
**refer (3)**
12:22,23;58:19

**reference (1)**
68:22
**referencing (1)**
71:25
**referred (2)**
74:3,3
**refinance (5)**
11:20;78:6,8,9,9
**reflect (1)**
43:12
**refused (2)**
31:14,16
**regard (1)**
79:11
**regarding (6)**
34:13;44:16;47:3;
59:5,6;60:5
**register (1)**
57:10
**relationship (3)**
65:7;68:11,15
**relevant (1)**
63:16
**reliable (1)**
81:25
**relief (7)**
11:3;57:23;65:2;
76:20;79:1,3,12
**relieved (1)**
67:1
**remind (2)**
16:10;42:7
**remove (3)**
6:22;80:10,13
**removed (5)**
7:22;8:20;33:15,15;
79:17
**removing (2)**
22:12;81:3
**rent (2)**
48:9;58:14
**rent-stabilized (3)**
48:9;58:7,8
**repair (1)**
9:6
**replacement (1)**
78:20
**report (2)**
11:1;12:5
**reports (1)**
60:17
**represent (1)**
65:25
**represented (2)**
44:5;64:5
**representing (2)**
34:23;70:2
**request (7)**
50:5;51:2;57:22;
60:19;78:4,5;79:12
**requested (1)**
60:3
**requesting (1)**

10:24
**require (2)**
80:6;81:15
**required (4)**
25:18;50:13;82:11,
12
**requiring (1)**
36:8
**reserve (1)**
61:22
**reserved (1)**
44:1
**resistance (1)**
30:22
**resolution (2)**
67:3,24
**resolve (2)**
32:22;80:22
**respect (2)**
26:20;67:25
**respectful (1)**
80:3
**respectfully (3)**
58:17;60:19;61:8
**respond (6)**
10:25;11:4;35:3;
69:19,23;72:25
**responded (2)**
48:16;63:11
**response (1)**
45:23
**responsibility (1)**
77:1
**responsible (1)**
53:17
**rest (3)**
67:7;68:2,2
**restore (1)**
78:18
**restored (1)**
58:19
**rests (1)**
42:3
**retain (1)**
10:24
**retained (1)**
10:2
**retention (3)**
11:19;17:19;43:17
**retirement (2)**
66:16;67:7
**return (2)**
58:17;59:6
**returned (1)**
7:12
**reveal (1)**
47:1
**revel (1)**
25:8
**Revenue (1)**
59:8
**revert (1)**
78:14

**rhetoric (1)**
21:21
**rid (2)**
26:18;54:7
**right (32)**
6:3,12;12:19;15:20;
17:9;20:14,18;23:15;
24:9;27:6;32:8,8;
33:19;36:11,24;37:2;
38:18;43:19;56:11;
62:1,16;63:18;64:7;
68:4;71:18;80:12;
81:14;82:5;83:22;
84:14,16,24
**rights (2)**
44:1;61:22
**robe (2)**
41:12;50:22
**room (1)**
67:5
**Rosalia (1)**
4:19
**Rosie (1)**
59:14
**royally (1)**
61:16
**RUDEWICZ (1)**
4:7
**rule (2)**
37:1;74:17
**ruled (1)**
18:17
**ruling (1)**
75:24
**rulings (2)**
73:11;83:22
**run (1)**
14:20
**RXR (1)**
4:21

**S**

**saddened (1)**
66:24
**safe (4)**
8:3;9:25;10:4,14
**sakes (2)**
80:10,24
**sale (29)**
11:21;16:18,23,25;
17:1,3,4;18:10;21:9,
13;28:10;32:25;
38:15;55:24,25;56:3,
13;65:15,21,23;76:6,
13,15,22;77:8,12;
78:11,14;79:15
**Salvador (1)**
19:2
**same (4)**
31:18;41:24;69:1,9
**satisfied (1)**
21:6

**satisfies (1)**
75:6
**satisfy (1)**
75:7
**save (3)**
63:14,14,17
**saw (2)**
6:7;7:11
**saying (5)**
15:18;40:24;41:25;
53:10;56:10
**schedule (2)**
24:15;26:15
**scheduled (1)**
50:1
**schedules (3)**
34:14,18;35:17
**scheduling (1)**
36:5
**school (1)**
58:7
**screaming (2)**
29:23;58:3
**screwball (1)**
22:3
**screwed (1)**
61:16
**se (5)**
13:15;36:8;39:23;
51:10;56:18
**search (1)**
41:12
**seated (1)**
6:2
**second (3)**
36:11;41:20;47:18
**secret (1)**
19:21
**Section (1)**
12:2
**secure (1)**
9:13
**secured (4)**
9:2;16:20;77:23,25
**securing (1)**
8:16
**security (1)**
9:5
**seeing (1)**
12:12
**seek (1)**
6:21
**seeking (1)**
79:1
**seem (4)**
12:20;71:6;83:9,13
**seemed (1)**
14:8
**seemingly (1)**
28:18
**seems (1)**
67:20
**seized (3)**

58:9,16,25
**selection (1)**
34:11
**sell (8)**
17:6,15,18;26:10;
40:5;43:19;72:22;
76:9
**selling (2)**
29:5,6
**send (6)**
44:22;57:12,14;
69:8;72:12;85:3
**sense (2)**
28:22;70:9
**sent (9)**
27:11,12;29:20;
30:23;45:1;48:15;
61:12;63:5,10
**sentence (1)**
49:11
**separate (3)**
6:25;11:12;19:16
**September (4)**
17:3;45:2,3;60:16
**served (8)**
49:9,10;50:2,10,11;
68:25;69:1;78:24
**Service (15)**
6:22;7:15;9:16;
11:9;21:24;42:25;
43:13;49:9;50:2,11;
59:8;64:1;68:20,23;
85:5
**Services (1)**
4:11
**session (1)**
47:22
**set (1)**
10:3
**settle (2)**
22:16;27:7
**seven (7)**
8:6;37:20;40:3;
41:9;46:22;50:19;
58:9
**seven-month (1)**
18:10
**several (2)**
45:12,20
**SHARFSTEIN (1)**
4:18
**ship (1)**
27:15
**shipment (1)**
60:2
**shipped (1)**
60:4
**shoes (1)**
21:12
**shooter (1)**
71:9
**shortly (2)**
16:11;69:17

**show (6)**
10:9;12:7;15:6;
40:1;43:11;58:13
**showed (5)**
25:13;31:13;41:5,6;
50:3
**showing (4)**
59:1,3;60:1;61:5
**shown (2)**
18:11;82:14
**shows (5)**
23:5,7;49:9;50:2;
82:20
**sideways (1)**
73:5
**Siegel (2)**
6:15,15
**sign (2)**
12:10;24:23
**signature (2)**
15:17;43:25
**signed (5)**
43:18,18,20;48:23;
59:25
**simply (2)**
10:20;69:18
**sincerely (1)**
61:9
**single (1)**
66:18
**sirens (2)**
29:25;58:5
**Sissy (1)**
14:22
**sister (21)**
23:8,9;36:14,15;
37:7,9,13,18;40:17,
25;45:14;46:9;54:24;
57:20;61:3;70:13;
77:2,9,14;81:11,12
**sisters (2)**
37:7,20
**sit (7)**
14:1;62:14,17,18,
19,22;75:15
**site (2)**
7:16,17
**situation (3)**
24:24;66:25;72:11
**six (3)**
8:5;19:20;58:13
**sixty (1)**
60:24
**slide (1)**
8:18
**small (1)**
44:21
**soft-spoken (1)**
17:24
**sold (4)**
12:2;59:13;65:18;
72:10
**sole (3)**

40:22,25;43:5
**solicit (2)**
9:15;11:10
**Somebody (3)**
6:8,9;78:12
**somehow (1)**
78:11
**Someone (3)**
29:22;36:6;58:1
**Sometimes (1)**
20:7
**son (1)**
67:9
**sooner (1)**
73:4
**sorry (25)**
16:5;18:16;20:5;
25:5;29:2;30:7,9;
32:11;34:16;35:4,9;
37:12;38:23;43:24;
48:19;49:12;55:5;
61:14;62:13;71:11;
72:20;75:23;77:2;
80:16;83:25
**Sotheby's (13)**
10:1,4,9;11:19;
12:7;17:6,19;18:5;
33:1;43:17;76:23;
82:19,22
**sought (3)**
11:3;25:23;75:18
**sound (3)**
49:4;56:9;66:1
**sounds (2)**
65:7;67:4
**south (1)**
10:1
**space (1)**
67:5
**Spacek (1)**
14:22
**speak (20)**
13:14,14,16,17,18,
19;17:25;27:16;
28:17;32:24;34:25;
38:22;39:2;48:18;
64:9;74:9,11;79:10;
80:18;83:10
**speaking (4)**
9:21;13:21;37:5;
68:18
**special (1)**
65:17
**specifically (1)**
59:15
**spectacular (1)**
10:7
**spend (2)**
53:6;65:19
**spending (1)**
10:15
**spent (4)**
14:6;34:18;48:20;

77:4
**spiral (1)**
69:14
**spoke (2)**
52:1;54:22
**spoken (1)**
22:15
**square (1)**
29:16
**stabilization (1)**
48:10
**stabilized (1)**
58:14
**stage (2)**
10:5,8
**stages (1)**
15:25
**stairs (1)**
48:4;50:20;83:18
**stamped (1)**
62:25
**stand (5)**
6:13;13:25;14:4;
34:5,6
**standing (1)**
9:12
**stars (1)**
14:22
**start (2)**
51:3,7
**started (3)**
8:13;14:19;22:25
**starting (1)**
76:24
**state (9)**
16:15;20:21,23;
21:1;42:4;61:22;67:9,
13;79:9
**stated (5)**
14:14;59:11,12;
60:14;78:22
**statements (5)**
42:22;44:24;45:4;
46:7;60:15
**STATES (6)**
4:2,3;34:11;43:3;
70:1;82:1
**status (1)**
11:1
**statute (1)**
28:14
**statutorily (1)**
82:12
**statutory (1)**
76:8
**stay (25)**
8:2;11:3;16:8;
23:11,14;32:15,16,16,
16;46:8;48:10;51:2;
52:21,23;53:2,24;
55:14,15,19;75:18,20;
76:1,20;84:4,5
**stayed (2)**

10:13;16:16
**staying (2)**
84:8,9
**step (3)**
11:7;17:23;22:9
**stepped (1)**
21:11
**steps (2)**
9:12;12:17
**stick (1)**
45:9
**still (9)**
13:4,11;22:2,2;
33:25;41:16;42:3;
44:10;60:10
**stock (1)**
59:8
**stolen (1)**
59:13
**stood (1)**
8:4
**stop (25)**
11:5;15:11,23;20:4;
23:15;41:20;51:8;
53:4,8,23;55:20,23,
24;62:10,10,12,12,12,
14;73:21;76:2;78:9;
79:14;83:7,7
**stopping (5)**
56:2,13;78:14,14;
84:12
**stops (1)**
27:4
**store (1)**
14:20
**straight (2)**
47:6;71:9
**Street (16)**
6:19;7:24;8:10;
14:20;19:16,20;
41:11;43:4,6;44:3;
50:22;51:1;58:10,11;
64:23,25
**stress (1)**
67:15
**stressful (1)**
38:4
**strong (1)**
19:7
**strongly (1)**
82:18
**stuff (7)**
33:6;39:25;51:16;
54:5;61:12;81:16,18
**subbasement (1)**
8:22
**subject (7)**
15:13;21:4,12;31:5;
33:3;77:20,21
**submitted (3)**
40:9;44:23,25
**subpoenas (1)**
37:1

**success (1)**
66:23
**successful (1)**
19:12
**sudden (2)**
41:9;82:22
**sued (1)**
56:18
**suggested (2)**
35:21;80:15
**suggestions (1)**
76:4
**suits (1)**
11:24
**supervision (5)**
33:14;35:19;36:4;
80:15;81:2
**support (3)**
20:14;46:7;64:16
**Supreme (1)**
69:25
**sure (21)**
6:11;10:17;18:20,
21;24:21;28:20;
32:15;33:12,18,18;
66:13;67:22;68:16;
76:13;77:10;80:12,
14,17,23;81:2;85:7
**surrender (1)**
6:18
**Surrogate's (2)**
16:2;79:9
**survive (1)**
67:6
**sustained (1)**
82:4
**swearing (1)**
45:14
**Swift (1)**
23:8
**sworn (1)**
46:7
**system (4)**
9:3,7;34:7;57:11

## T

**table (3)**
19:18;67:17,18
**tail (1)**
34:23
**takeover (2)**
19:15,23
**talent (2)**
14:21;15:6
**talented (1)**
66:19
**talk (9)**
26:23;27:10;32:25;
33:1;38:17;47:10;
56:8;71:4;73:17
**talked (3)**
51:25;52:2;83:12

**talking (7)**
10:9;22:2,21,22;
49:2;71:4;83:20
**talks (1)**
83:3
**tape (1)**
39:3
**tax (4)**
59:6,7,9;61:1
**Taylor (1)**
23:7
**teaching (1)**
15:1
**team (4)**
56:18;57:25;58:19;
60:5
**technical (1)**
17:2
**technically (1)**
13:4
**teeth (1)**
66:4
**telephone (8)**
14:8;39:16;51:3;
52:1;61:17,24;71:8,
12
**TELEPHONICALLY (4)**
4:7,15,24;5:3
**telling (3)**
30:2;38:4;51:15
**ten (1)**
77:4
**tenant (2)**
48:9;58:8
**tenants (1)**
58:13
**tend (1)**
17:24
**tennis (2)**
67:9,14
**terms (3)**
29:4;30:25;80:14
**terrace (2)**
8:19,20
**terrible (7)**
53:10,11,20;54:11;
66:25;83:3,12
**terribly (5)**
15:2;41:14;48:1;
49:17;83:16
**testified (1)**
41:2
**testify (1)**
36:23
**Texas (1)**
28:2
**theirs (1)**
77:17
**thinking (1)**
32:13
**third-party (1)**
65:11
**thirty (12)**

24:25;52:20;53:3,4;
54:3,5,6,19;55:17,20;
75:21;84:1
**thirty-day (1)**
84:4
**thirty-five (1)**
8:4
**thirty-four (1)**
60:21
**though (3)**
46:6;49:15;66:10
**thought (8)**
41:13;48:3;50:20;
62:20;64:20;72:3;
75:12;83:17
**three (6)**
16:19;24:18;37:25;
38:1;46:24,24
**threw (1)**
19:21
**throw (1)**
83:18
**throwing (1)**
51:1
**thrown (1)**
50:22
**Thursday (1)**
6:20
**tied (1)**
8:19
**times (4)**
33:11;45:12,20;
54:21
**title (1)**
43:1
**TMI (1)**
14:21
**today (14)**
6:16;12:5;13:14;
30:12;35:18;38:20;
51:18;58:23;63:16,
25;64:3;71:10;77:14;
79:2
**together (7)**
14:19;15:6;22:25;
44:20,20;46:17,22
**Togut (17)**
6:14,15;27:12;
30:20;34:11;35:22;
48:16;56:18;57:25;
58:16,18;59:25;60:5;
61:11;80:5;82:1,11
**told (11)**
7:1,5;47:7;50:10;
52:5,8,16;54:23,24,
25;55:1
**ton (1)**
63:13
**tone (1)**
74:10
**took (4)**
20:15;25:1;35:20;
63:13

**top (3)**
8:13,16,24
**total (2)**
63:12;70:20
**totally (3)**
21:22;46:22;71:7
**tour (1)**
12:9
**town (1)**
24:23
**townhome (1)**
20:24
**townhouse (13)**
6:19,23;7:2,6,23;
9:6;12:6;20:13;23:7;
35:16;43:19;51:23;
62:21
**toxic (1)**
24:23
**track (2)**
67:4;79:8
**transcript (2)**
39:7,13
**transcripts (1)**
39:7
**transferred (1)**
78:11
**transparency (1)**
11:15
**traveled (1)**
37:16
**treated (1)**
67:25
**tried (2)**
10:25;49:18
**trouble (1)**
24:17
**true (7)**
20:3;45:16,18;
46:17;69:16;75:14;
83:8
**trunks (1)**
15:4
**trust (1)**
81:8
**Trustee (74)**
4:3;6:15,19,21;
7:14;11:7,12;12:5;
18:12,20;21:11;
23:20,25;24:5;27:3,6,
13;28:12,14,14,18;
30:3,15,17;31:8,8,13;
32:17,25;33:3,13,22,
23;34:4,10;35:14;
36:4,22,25;42:19;
44:17,18;47:3,4;
50:14;51:21;54:8;
66:7,8,10,12,13;68:9,
12,15,17;69:13,21;
70:12,15,16;74:20;
75:1;76:8,9;78:19;
79:14,20;80:4;81:2,
24,25;82:1,5

**trustees (2)**
  11:1;24:10
**trustee's (6)**
  7:21;27:7;31:5;
  34:11;50:5;76:8
**truth (6)**
  21:22;23:3;27:20,
  20;55:1;56:10
**try (11)**
  17:6,25;21:15;
  33:17;38:6;54:12,15;
  73:2;76:13,21;77:10
**trying (8)**
  26:9,12,14,14;40:4;
  49:22;80:9,25
**Tuesday (2)**
  51:19,20
**tuff (1)**
  73:14
**turn (4)**
  17:12;31:8;50:14;
  56:9
**turned (1)**
  7:10
**turnover (1)**
  68:23
**twenty (1)**
  65:19
**twenty- (1)**
  65:19
**two (16)**
  7:23;19:24,25;
  30:10,13;34:15,18,24;
  36:15,19;38:17;
  42:21;44:4;65:14;
  72:1;81:12
**type (1)**
  11:3

## U

**unable (1)**
  7:20
**unaware (2)**
  7:7;82:2
**unbelievable (2)**
  32:7;73:6
**under (6)**
  10:12;56:4;69:25;
  80:14,20;81:1
**underway (1)**
  76:25
**undo (2)**
  16:7;78:19
**unemotional (1)**
  79:22
**Unfortunately (1)**
  37:25
**Uniondale (1)**
  4:22
**UNITED (5)**
  4:2,3;34:11;70:1;
  82:1

**university (1)**
  15:1
**unless (2)**
  29:12;73:1
**unnecessary (1)**
  32:7
**unrecorded (3)**
  45:14,19;46:2
**unwilling (1)**
  65:13
**up (19)**
  7:2,10;8:24;12:11;
  15:3;17:23;19:5,20;
  23:17;29:24;31:13;
  41:6;45:12;46:18;
  50:4;52:1;58:3;63:25;
  66:17
**update (1)**
  6:12
**uplifted (1)**
  67:1
**upon (1)**
  50:10
**upper (1)**
  10:14
**upset (6)**
  31:21;45:1;49:16;
  61:14;79:18;83:2
**upsetting (1)**
  38:1
**upstairs (1)**
  48:6
**use (5)**
  12:20;31:19;39:3;
  60:22;85:8
**used (7)**
  7:21;18:19;24:14,
  17;65:2;69:2,10
**using (2)**
  69:1,9
**usually (1)**
  6:10

## V

**vacated (1)**
  59:15
**valid (3)**
  20:24;21:5;46:2
**valuable (5)**
  29:17;35:15;76:16;
  80:10;81:3
**value (5)**
  16:18,20;23:3;
  32:25;76:22
**value- (1)**
  82:14
**valued (1)**
  29:12
**value-enhancing (1)**
  82:15
**van (2)**
  19:20;36:19

**various (2)**
  75:18;76:4
**Versailles (1)**
  19:17
**vestibule (1)**
  7:25
**video (1)**
  8:7
**videos (1)**
  23:5
**view (2)**
  46:2;74:8
**viewing (1)**
  76:24
**violent (1)**
  32:9
**visibility (1)**
  28:1
**VITRIAN (7)**
  64:8,11,11,14;68:5,
  8,13
**vivacious (1)**
  66:19
**voice (2)**
  7:5,11
**Volkov (2)**
  25:11;76:18
**voluntarily (1)**
  7:20
**voluntary (1)**
  78:10

## W

**wait (5)**
  17:18;35:7,12;
  41:20;42:14
**waiting (1)**
  12:10
**walk (2)**
  81:6,21
**walked (2)**
  10:1;12:11
**wants (10)**
  33:18;48:10;54:7;
  67:21;75:3;76:6;
  78:12,17,18;79:5
**war (1)**
  84:19
**watching (1)**
  67:14
**wave (2)**
  6:10,10
**waved (2)**
  6:8,8
**way (24)**
  8:24;10:20;11:8;
  16:8,18;19:5,17;
  21:25;23:10;25:6;
  26:21;27:18;51:8;
  54:15;57:11;65:9;
  67:2,20;68:8;77:10;
  80:16;83:2,9;84:18

**ways (2)**
  24:17;27:19
**wearing (1)**
  23:8
**week (4)**
  7:14;9:6;30:13;
  65:13
**weeks (1)**
  65:14
**welcome (4)**
  13:25;14:1;39:19;
  68:16
**weren't (3)**
  39:11;56:7;71:4
**West (1)**
  44:20
**Westchester (1)**
  44:20
**WESTERMAN (1)**
  4:18
**Westermann (1)**
  63:21
**what's (3)**
  28:1;48:2;81:9
**whenever (2)**
  71:19;82:10
**Whereupon (1)**
  85:9
**wherever (1)**
  34:6
**White (1)**
  44:21
**whole (2)**
  13:22;71:23
**wholly (2)**
  77:19,20
**who's (7)**
  11:14;29:20;52:5;
  68:18;72:23;77:13;
  79:9
**whose (1)**
  59:15
**wife (3)**
  19:6,16;59:11
**WILLIAM (3)**
  4:24;63:19,21
**willing (2)**
  22:16;27:3
**willingness (1)**
  65:8
**wired (1)**
  9:7
**wish (6)**
  12:25;13:14,14;
  21:20;61:22;66:25
**wishes (2)**
  61:18;64:24
**withdraw (2)**
  13:13;63:24
**within (3)**
  30:14;50:16;58:22
**without (7)**
  7:2;12:16;18:10;

  27:7;33:13;35:19,19
**witness (1)**
  66:23
**woman (3)**
  8:9;41:10;50:19
**women (1)**
  27:21
**wonder (2)**
  64:25;66:7
**wondering (1)**
  37:6
**word (1)**
  65:2
**words (2)**
  70:17;76:2
**work (22)**
  8:15;9:24;10:8,9;
  23:1,9;27:2;33:17;
  40:5;63:13;66:6;
  74:13,15;75:5;78:7;
  80:7,13,14,17;81:11;
  84:18,19
**worked (3)**
  8:24;27:22;66:17
**workers (2)**
  25:7,9
**working (4)**
  8:14;25:14;59:17;
  66:18
**works (7)**
  34:6,15,18;37:4;
  59:19;76:13;78:12
**world (4)**
  37:16;67:22;72:4;
  83:6
**worry (1)**
  13:9
**worse (1)**
  83:10
**worth (1)**
  22:15
**write (4)**
  38:24;56:19,21;
  60:17
**writing (1)**
  53:10
**written (4)**
  11:8,13;42:22;
  70:24
**wrong (2)**
  47:7;82:24
**wrongdoing (2)**
  82:3,4
**wronged (2)**
  80:1,2
**wrote (7)**
  19:24;44:22;47:14;
  58:1;60:16;69:3,11

## Y

**year (12)**
  11:18;16:10,12;

17:4;21:8;27:23;44:9;
60:10;65:5;67:10;
72:1;82:22
**years (13)**
21:25;23:4;24:25;
27:21;38:1,6;48:8,9;
50:24;58:12;59:17;
60:22;83:20
**yesterday (16)**
7:17;30:13;31:24;
34:19;35:22;41:6,7,
12;47:19;49:21;52:2;
57:24;60:5;64:19;
83:5,15
**Yor (1)**
43:5
**York (11)**
4:5;9:17;15:1;
17:12;40:13;41:3;
42:4;43:5;58:7;59:13;
65:17
**young (3)**
8:9;31:18;67:11
**younger (1)**
38:2

## Z

**zero (2)**
72:10,10
**ZUCKER (1)**
4:18

## 0

**07747 (1)**
4:13

## 1

**1 (1)**
59:1
**10 (1)**
42:24
**10004 (1)**
4:5
**10065 (1)**
43:5
**10th (3)**
49:8,25;69:10
**11 (4)**
14:15;22:9;58:14;
60:12
**11556 (1)**
4:22
**11th (1)**
59:4
**12:30 (1)**
9:23
**12:45 (1)**
9:23
**13th (1)**
12:1

**14 (1)**
11:2
**15 (5)**
6:19;43:4,5;44:3;
58:10
**15,000 (1)**
58:20
**18th (1)**
43:16
**19 (1)**
36:17
**19,000 (1)**
29:16
**1968 (2)**
36:16;81:13
**1970s (1)**
66:18
**1971 (2)**
50:23;59:4
**1973 (1)**
14:19
**1983 (2)**
18:25;19:4
**1984 (5)**
40:2,3;41:5;46:22;
58:12
**1996 (1)**
59:23

## 2

**2 (1)**
59:2
**2/13/2020 (1)**
59:16
**2000s (1)**
66:18
**2004 (1)**
37:1
**201 (1)**
4:21
**2010s (1)**
66:18
**2017 (1)**
59:6
**2018 (1)**
36:17
**2019 (1)**
69:13
**2022 (1)**
16:15
**2023 (2)**
45:3;60:16
**2024 (4)**
42:24;43:7;59:25;
60:14
**21,000 (3)**
25:13,24;26:1
**23-01995 (1)**
42:23
**23rd (6)**
40:3;50:1,4,7;
58:12;61:24

**24 (2)**
43:8,16
**24-01342 (1)**
68:24
**24th (1)**
59:6
**25th (1)**
68:25
**26th (1)**
69:3

## 3

**3 (2)**
43:20;59:3
**30 (1)**
4:12
**30th (2)**
23:17;43:6
**31 (1)**
43:8
**31st (2)**
42:24;44:7
**363h (1)**
12:2

## 4

**4 (2)**
59:25;60:6
**4,600 (1)**
9:1
**4:30 (1)**
73:13
**4:43 (1)**
85:9

## 5

**5 (1)**
61:3
**549,000 (1)**
61:1
**5th (1)**
60:14

## 6

**63rd (5)**
6:19;43:4,6;44:3;
58:11
**65th (1)**
14:20

## 7

**7 (1)**
43:24
**7:30 (1)**
7:17
**7:40 (1)**
7:18
**700,000 (1)**

61:2
**712016 (1)**
59:15
**73 (1)**
22:25

## 8

**8 (3)**
43:1,21,24
**8:36 (1)**
39:21
**80 (1)**
43:16
**80s (1)**
66:18
**82 (2)**
19:4;59:16
**83 (1)**
19:4
**885,000 (1)**
60:25
**8th (1)**
59:25

## 9

**9 (1)**
68:25
**9.5 (2)**
60:8;71:25
**900 (4)**
27:14;48:17,20;
60:1
**90s (1)**
66:18